

# NORTH CAROLINA STATE BAR

# Certificate of Good Standing

I, Peter G. Bolac, Secretary of the North Carolina State Bar, do hereby certify that

## Frederick Evan Benz
Bar # 49077

was licensed to practice law by the State of North Carolina on August 28, 2015.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 24th of February, 2025.

Secretary of the North Carolina State Bar

