**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| | Case No. 3:25-cv-2847 |
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br>1861 Bay Road<br>East Palo Alto, CA 94303, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>200 Independence Avenue, S.W.<br><br>Washington, DC 20201, *et al.*,<br><br>Defendants. | **DECLARATION OF ALVARO M. HUERTA** |

I, Alvaro M. Huerta, declare as follows:

1.      I am an adult over the age of 18 and a resident of the state of California.  The information set forth herein is true and correct of my own personal knowledge and if asked to testify thereto, I would do so competently.

2.      Pursuant to Local Civil Rule 65-1(a)(5), immediately prior to making this application to the Court, I provided Pamela Johann, Chief of the Civil Division of the United States Attorney's Office of the Northern District of California, with actual notice that Plaintiffs are filing this motion, along with electronic copies of the complaint and the brief accompanying this motion, via e-mail before completing this electronic filing.


Dated: March 27, 2025                    /s/ Alvaro M. Huerta
                                         Alvaro M. Huerta