IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br>1861 Bay Road<br>East Palo Alto, CA 94303, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>200 Independence Avenue, S.W.<br><br>Washington, DC 20201, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-2847<br><br>**[PROPOSED] ORDER TO SHOW CAUSE TO DENY PRELIMINARY INJUNCTION** |

Upon reading the accompanying Memorandum of Law, dated March 26, 2025, and upon all prior pleadings and proceedings had, and good cause being alleged, it is hereby:

**ORDERED** that Defendants show cause before this Court, of the United States District Court for the Northern District of California, located at the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102, on the __ day of _____, 2025, at ___ [a.m./p.m.], or as soon thereafter as counsel can be heard, why an order should not be issued pursuant to this Court's inherent powers and pursuant to Fed. R. Civ. P. 65:

    Enjoining Defendants from interfering with the Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA"), 8 U.S.C. § 1232(c)(5), and the Office of Refugee Resettlement's ("ORR") Foundational Rule, 45 C.F.R. § 410.1309(a)(4) requirements to provide direct legal representation services to unaccompanied children, including by cutting off access to congressionally appropriated funding.

1

**FURTHER ORDERED** that pending a hearing and determination of the Order to Show Cause, the Cancellation Order shall be enjoined;

**FURTHER ORDERED** that service upon Defendants of a conformed copy of this Order to Show Cause, together with copies of the papers in support thereof, shall be made upon counsel for Defendants by electronic service through ECF, and email, on or before the __ day of _____, 2025, shall be deemed good and sufficient service thereof; and it is

**FURTHER ORDERED** that Defendants' opposition papers, if any, shall be served so as to be received by counsel for Plaintiffs, on or before the __ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE