UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Community Legal Services in East Palo Alto, *et al.*,

Plaintiff(s),

v.

U.S. Dep't of Health and Human Services, *et al.*,

Defendant(s).

Case No. 3:25-cv-2847

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Samantha Hsieh, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: all plaintiffs in the above-entitled action. My local co-counsel in this case is Alvaro Huerta, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 274787.

Amica Center for Immigrant Rights
1025 Connecticut Ave., Ste. 701
Washington DC 20036
MY ADDRESS OF RECORD

Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 908-6902
MY TELEPHONE # OF RECORD

(213) 338-7542
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sam@amicacenter.org
MY EMAIL ADDRESS OF RECORD

ahuerta@immdef.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90800.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/27/25

Samantha Hsieh
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Samantha Hsieh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE