# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT SAMANTHA HSIEH IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. SAMANTHA HSIEH WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 20, 2016, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued February 28, 2025

DaVida M. Davis
Director of Regulatory Compliance