UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Case No. 25-cv-02847-AMO <br><br> **ORDER SETTING HEARING, ORDERING RESPONSE, AND ORDERING SERVICE** <br><br> Re: Dkt. No. 7 |

Before the Court is Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. The Court will hear the Motion for Temporary Restraining Order at **10:00 a.m. on Tuesday, April 1, 2025**, in Courtroom 10, 450 Golden Gate Ave., San Francisco, California.

The Court **ORDERS** Defendants to respond in writing by no later than **noon on Monday, March 31, 2025**.

The Court further **ORDERS** Plaintiffs to serve a copy of this Order on counsel for Defendants and to file a certificate of service regarding the same by no later than **5:00 p.m. today, March 27, 2025**.

**IT IS SO ORDERED.**

Dated: March 27, 2025

                                                 **ARACELI MARTÍNEZ-OLGUÍN**
                                                 **United States District Judge**