AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Community Legal Services in East Palo Alto; Amica Center For Immigrant Rights; Estrella Del Paso; Florence Immigrant and Refugee Rights Project (see attachment) <br><br> *Plaintiff(s)* <br> v. <br> United States Department of Health and Human Services; Office of Refugee Resettlement; Department of the Interior. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-2847-AMO |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

(see attachment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Alvaro M. Huerta
Immigrant Defenders Law Center
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014

(see attachment)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: 3/28/2025

*Karen Gorman*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-02847-AMO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Additional Plaintiffs:**

Galveston-Houston Immigrant Representation Project; Immigrant Defenders Law Center; National Immigrant Justice Center; Northwest Immigrant Rights Project; Rocky Mountain Immigrant Advocacy Network; Social Justice Collaborative; Vermont Asylum Assistance Project.

**Additional Defendant's Addresses:**

Office of Refugee Resettlement, Administration for Children and Families
Mary E. Switzer Building
330 C Street, Room 5123
Washington, DC 20201

Department of the Interior,
1849 C Street N.W.
Washington, DC 20240

**Additional Summons Notice:**

U.S. Attorney for the Northern District of California
Civil Process Clerk
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

U.S Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue,
NW Washington, DC 20530-0001

**Additional Plaintiff's Attorney Addresses:**

Karen C. Tumlin
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

Sam Hsieh
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036