1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   ASHLEY VINSON CRAWFORD (SBN 257246)
2  avcrawford@akingump.com
   100 Pine Street, Suite 3200
3  San Francisco, CA 94111
   Telephone:     415-765-9500
4  Facsimile:     415-765-9501

5  Counsel to Amici Former Immigration Judges & Former
   Members of the Board of Immigration Appeals
6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | Community Legal Services in East Palo Alto, et al.,        | Case No. 25-cv-2847-AMO |
12 |                        Plaintiffs,                          | **UNOPPOSED MOTION OF FORMER IMMIGRATION JUDGES & FORMER MEMBERS OF THE BOARD OF IMMIGRATION APPEALS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
13 |         v.                                                  | |
14 | United States Department of Health and Human Services, et al., | |
15 |                        Defendants.                          | |

The former immigration judges and former members of the Board of Immigration Appeals listed in Appendix A hereto respectfully move for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for Preliminary Injunction.

1. As discussed more fully in the brief accompanying this motion, *amici* are former immigration judges and former members of the Board of Immigration Appeals with substantial, combined years of service and intimate knowledge of the U.S. immigration system.

2. Permitting the former immigration judges and former members of the Board of Immigration Appeals listed in Appendix A to participate as *amici* in this case would be appropriate for both reasons. As discussed more fully in the accompanying *amicus curiae* brief, *amici* have centuries of collective experience impartially administering justice in removal hearings, including those where unaccompanied minors were respondents. As discussed in the brief, termination of funding for lawyers for children will diminish due process in immigration court for this vulnerable population. *Amici* are invested in the issues presented by Plaintiffs because they have dedicated their careers to improving the fairness and efficiency of the U.S. immigration system, even after departing from the bench. Therefore, *amici* provide a unique perspective from that of both parties, which they believe will assist the Court in deciding the issues before it. LCvR 7(o)(2).

3. Counsel for *amici* conferred with counsel for Plaintiffs, who consented to the filing of this *amicus curiae* brief.

4. Counsel for *amici* conferred with counsel for the Defendants, who consented to the filing of this *amicus curiae* brief.

Respectfully submitted,

Dated: March 31, 2025                    **AKIN GUMP STRAUSS HAUER & FELD LLP**

By  */s/ Ashley Vinson Crawford*
       Ashley Vinson Crawford

*Counsel to Amici Former Immigration Judges & Former Members of the Board of Immigration Appeals*