1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   ASHLEY VINSON CRAWFORD (SBN 257246)
2  avcrawford@akingump.com
   100 Pine Street, Suite 3200
3  San Francisco, CA 94111
   Telephone:	415-765-9500
4  Facsimile:	415-765-9501

5  Counsel to Amici Former Immigration Judges & Former
   Members of the Board of Immigration Appeals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Community Legal Services in East Palo Alto, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Health and Human Services, et al.,<br><br>Defendants. | Case No. 3:25-cv-2847-AMO<br><br>[**PROPOSED**] **ORDER GRANTING UNOPPOSED MOTION OF FORMER IMMIGRATION JUDGES & FORMER MEMBERS OF THE BOARD OF IMMIGRATION APPEALS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |
|---|---|

1  The motion of the former immigration judges and former members of the Board of Immigration Appeals to file an *amicus curiae* brief in support of Plaintiffs' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED.**

                                                  Hon. Randolph Daniel Moss
                                                  U.S. District Court Judge

1

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION AMICUS CURIAE BRIEF ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION                    CASE NO. 3:25-CV-2847