UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., <br><br> Defendants. | No. 3:25-cv-02847-AMO <br><br> **[PROPOSED] ORDER REQUIRING SECURITY UNDER FED. R. CIV. P. 65(C)** <br><br> Honorable Araceli Martínez-Olguín <br> United States District Judge |

The Court, having reviewed Defendants' request to issue preliminary injunction bond pursuant to Federal Rule Civil Procedure 65(c), hereby enters the following order:

IT IS HEREBY ORDERED that the request is GRANTED.  The Court orders Plaintiffs to post security as required under Federal Rule Civil Procedure 65(c).


DATED: _____                    /*s*/_____
                                  Honorable Araceli Martínez-Olguín
                                  United States District Judge