**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** April 1, 2025          **Time:** 10:00–11:36    **Judge:** Araceli Martínez-Olguín
= 1 hour 36 minutes
**Case No.:** 25-cv-02847-AMO    **Case Name:**  Community Legal Services in East Palo Alto v.
United States Department of Health and Human Services

**Attorney for Plaintiff:** Karen Tumlin (JAC), Carson Scott (IDLC), Esther Sung (JAC), Alvaro
Huerta (IDLC), Samatha Hsich (Amica Center)
**Attorney for Defendant:** Jonathan K. Ross

**Deputy Clerk:** Jenny Galang                    **Reported by:** Ruth Levine Ekhaus

**PROCEEDINGS**

Temporary Restraining Order hearing held.

Plaintiffs' supplemental brief is due Wednesday, **April 2, 2025** by the end of the day.  Government's
supplemental brief is due Tuesday, **April 8, 2025 by 9:00 a.m.**

**The Court takes the matter under submission.  Court to issue an order.**