# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:25-CV-02847-AMO<br><br>**[PROPOSED] PRELIMINARY INJUNCTION** |

1

**AND NOW**, this ___ day of _____, 2025, upon consideration of Plaintiffs' Motion for Preliminary Injunction, the memorandum and evidence in support thereof, Defendants' response thereto, and Plaintiff's reply, it is **HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

> Defendants are **ENJOINED** from withdrawing the services or funds provided by the Office of Refugee Resettlement ("ORR") as of March 20, 2025, under the Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA"), 8 U.S.C. § 1232(c)(5), and ORR's Foundational Rule, 45 C.F.R. § 410.1309(a)(4), particularly ORR's provision of funds for direct legal representation services to unaccompanied children. This injunction precludes cutting off access to congressionally appropriated funding for its duration.

This injunction takes effect immediately, replacing the Court's April 1, 2025 temporary restraining order (Dkt. 33), and will remain in place until a final judgment on Plaintiffs' claims. Defendants will provide a status update to the court 3 business days from this order to report on compliance with the injunction. Non-compliance or delayed compliance may result in a contempt finding and sanctions.

_____
UNITED STATES DISTRICT JUDGE