IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-2847<br><br>**SUPPLEMENTAL DECLARATION OF DANIELA HERNÁNDEZ CHONG CUY (LAW OFFICE OF D. H. CH. C.) IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

# SUPPLEMENTAL DECLARATION OF DANIELA HERNÁNDEZ CHONG CUY FOUNDER, DIRECTING ATTORNEY AND OWNER OF THE LAW OFFICE OF DANIELA HERNÁNDEZ CHONG CUY

*I, Daniela Hernández Chong Cuy, make the following statements on behalf of myself and the Law Office of Daniela Hernández Chong Cuy. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 7-5) as if fully set forth herein.

2. My name is Daniela Hernández Chong Cuy and I am the founder, owner and Directing Attorney of the Law Office of Daniela Hernández Chong Cuy, a Professional Corporation. ("Law Office of D. H. CH. C."). Based in Pasadena, California, the Law Office of D. H. CH. C. provides comprehensive legal representation to unaccompanied immigrant children formerly in the custody the Office of Refugee Resettlement ("ORR") in Los Angeles, San Bernadino, Ventura, and Riverside counties. We are also the sole legal service provider for two ORR long-term foster care facilities ("LTFC"): Building Bridges Foster Family Agency in Ontario, CA, and MarSell Wellness in Montebello, CA.

3. My office currently represents around 60 children under the ORR contract. As of this date, I have not withdrawn representation for any case, but I am preparing to do so, for the reasons stated below.

4. My office faces the prospect of having to furlough and shut down operations by July 2025 if funding for the representation is not restored. On April 1, 2025, I retained Ethics Counsel, at my law firms' expense, to be able to ethically withdraw from cases before that date. I am currently preparing, with advice from my Ethics Counsel, an internal policy for withdrawing from cases, identifying which cases to withdraw from, and the timeline and procedures that would apply to those withdrawals.

5. As of this date, I have been unable to withdraw from any cases due to the number of court hearings and filing deadlines I have had to comply with in the weeks since the contract termination. In total, for the month of April 2025, my office has seven court hearings (in Immigration Court and State Court), one asylum interview, and one USCIS deadline to respond to for clients retained under the ORR contract. We had three additional asylum interviews for this month that we moved to reschedule for a later date, including one for a one-year-old LTFC client. Just today, April 2, 2025, we appeared for two cases in the detained juvenile docket in immigration court for clients in Long Term Foster Care. Tomorrow, April 3, 2025, we have an asylum interview in the Asylum Office for another client retained under the ORR contract.

1

6. Due to the imminency of those hearings and legal deadlines, we could not ethically withdraw from the cases without prejudicing our clients, so we have continued to represent them at our own expense. To give a minor example, our time and travel to the Asylum office, around 80 miles round trip from our office location, is no longer going to be reimbursed by the contract. The expenditure of human resources, time, and materials required to represent existing clients under the ORR contract does not allow a small office like mine to pivot finding additional sources of income.

7. I was advised by my Ethics Counsel to not seek non-immigration *pro bono* counsel to place cases, as I did not have the capacity to train them and supervise them, which could lead to inadequate representation and ethical violations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2 of April 2025, in Pasadena, California.

*[signature: Daniela Hernández]*

_____

**Daniela Hernandez Chong Cuy**
**Directing Attorney/Owner**
**Law Office of Daniela Hernández Chong Cuy**
**UCP Legal Service Provider**