IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-2847 <br><br> **SUPPLEMENTAL DECLARATION OF MARTHA RUCH (CLSEPA) IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

# SUPPLEMENTAL DECLARATION OF MARTHA RUCH
# LEAD IMMIGRATION MANAGING ATTOREY FOR CLSEPA

*I, Martha Ruch, make the following statements on behalf of myself and Community Legal Services in East Palo Alto (CLSEPA). I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 7-16) as if fully set forth herein.

2. My name is Martha Ruch, and I am the Lead Managing Attorney of the Immigration Program at Community Legal Services in East Palo Alto ("CLSEPA"). I have been an immigration attorney with CLSEPA for five and a half years, since September 2019. CLSEPA is a non-profit legal aid organization that serves residents of San Mateo County and Santa Clara County, California. CLSEPA has offices in the city of East Palo Alto, San Francisco, and Mountain View. CLSEPA is one of the primary organizations dedicated to providing free immigration legal services to low-income immigrants in San Mateo County and Santa Clara County, California, including indigent unaccompanied immigrant children who are residing with sponsors in the San Francisco Bay Area after their release from Office of Refugee Resettlement ("ORR") custody.

3. CLSEPA represents 23 children in their immigration matters whose cases were funded by U.S. Department of Health and Human Services ("HHS"). One client's case is still in administratively closed deportation proceedings in immigration court. Since the termination of funding on March 21, 2025, CLSEPA attorneys have received one pending referral from Catholic Charities Santa Clara County for a new potential client. Due to the loss of funding from HHS that supports our legal representation of unaccompanied immigrant children, CLSEPA has been unable to accept new referrals.

4. The financial impact of the loss of this funding is difficult for our organization. HHS provided long-term funding that potentially could cover the full cost of the case. HHS provided sustainable funding that would allow for long-term representation that is required for these children, whose cases may remain in process for months or years into the future based on current processing times and policy. Without this funding, we must reconsider whether we have enough funding to cover the costs of representation in the future.

5. CLSEPA provides legal services in the areas of housing, workers' rights, and reentry, in addition to immigration. We assist all residents of San Mateo and Santa Clara Counties, no matter their race, ethnicity, age, national origin, veteran status, or language. HHS funding is one piece of our budget puzzle, but it is a critical piece that supports our work with our most vulnerable clients – children who are in foster care or ORR facilities and who face

deportation. This work is time-consuming and requires high levels of competency with immigration law and with working with children. Our budget is always tight, and without this funding, we cannot backfill open positions on our immigration team. Each of CLSEPA's attorneys are now responsible for more clients since HHS abruptly cut the funding for our direct legal representation work and left us unable to rehire.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd of April 2025, in San Francisco, California

**Martha Ruch**
Lead Managing Attorney, Immigration Program
CLSEPA