IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-2847<br><br>**SUPPLEMENTAL DECLARATION OF MELISSA MARI LOPEZ (ESTRELLA) IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

# SUPPLEMENTAL DECLARATION OF MELISSA MARI LOPEZ
# EXECUTIVE DIRECTOR, ESTRELLA DEL PASO

*I, Melissa Mari Lopez, make the following statements on behalf of myself and Estrella del Paso. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 7-14) as if fully set forth herein.

2. My name is Melissa Mari. Lopez, and I am the Executive Director at Diocesan Migrant & Refugee Services doing business as Estrella del Paso ("Estrella del Paso"). Estrella del Paso is the largest provider of free immigration legal services in West Texas and New Mexico. Estrella del Paso is based out of El Paso, Texas but provides legal services to populations living anywhere in West Texas and the state of New Mexico who have removal proceedings venued in the El Paso, Texas before the El Paso Non-Detained Immigration Court, the El Paso Detained Immigration Court, or the Otero Detained Immigration Court. Estrella del Paso is the primary organization in West Texas and New Mexico providing legal services to indigent, unaccompanied immigrant children who are not in detention as well as those detained in Office of Refugee Resettlement (ORR) custody in El Paso County.

3. Despite the Temporary Restraining Order (TRO) being in effect since yesterday, the Office of Refugee Resettlement ("ORR") has not yet provided any updates as to the status of the termination. As a result, we have 22 staff members who remain on furlough despite the court's order. We have had shelters in our region reach out to let us know that they were provided notice by ORR that the funding for Long-Term Foster Care had been restored; however, this information has yet to be communicated to Estrella del Paso. We have kept all furlough employees on health insurance to ensure continuity of their medical care; however, because of ORR's failure to provide clarification regarding the continuation of work, Estrella del Paso is currently incurring the full cost of the medical insurance. There is grave concern on our part about the need for our furlough staff members to soon begin seeking other jobs. At present, all team members are highly trained and have been with the organization for more than one year. If these employees find alternative employment, this will have an incredible impact on our ability to reinstate the services previously terminated. Instead, we would have to focus numerous resources on hiring and training new employees.

4. The termination of funding has also had a tremendous impact on the children in ORR shelters. One child was not able to sleep the night before his court hearing on March 28 because he was so fearful of going to court and going to court without anyone there to assist him. Typically, our team would have met with him in advance of court to explain the

process and what to expect, and we would have accompanied him to court in at minimum a Friend of the Court capacity. Instead, this child had to attend court alone. On March 28, 2025, 25 children appeared before the El Paso Immigration Court without the benefit of Friend of Court services. On April 4, 2025, 20 children appeared before the El Paso Immigration Court without the benefit of Friend of Court services. On April 11, 2025, 11 children appeared before the El Paso Immigration Court without the benefit of Friend of Court services. Finally, 11 children are currently in need of representation before the Texas State Family courts to pursue their immigration benefits and are unable to do so.

5. As noted in my original declaration Paragraph 7, El Paso has almost no pro bono service providers. In 2024, Estrella del Paso provided services to 64,008 individuals; however, we were only able to secure pro bono assistance for one case. In that case, the pro bono attorney only agreed to represent the unaccompanied child before the Family Court in El Paso but would not undertake representation of the immigration matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd of April 2025, in El Paso, Texas.

*Digitally signed by Melissa M. Lopez*
*Date: 2025.04.03 16:17:18 -06'00'*

Melissa M. Lopez
Executive Director
Estrella del Paso

2