IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-2847 <br><br> **SUPPLEMENTAL DECLARATION OF MIGUEL A. MEXICANO FURMANSKA (MM PC) IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

# SUPPLEMENTAL DECLARATION OF MIGUEL A. MEXICANO FURMANSKA OWNER AND MANAGER OF LAW OFFICE OF MIGUEL MEXICANO PC

*I, Miguel Angel Mexicano Furmanska, make the following statements on behalf of myself and Law Office of Miguel Mexicano. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 7-19) as if fully set forth herein.

2. I, Miguel Angel Mexicano Furmanska, serve as Managing Attorney and Proprietor of the Law Office of Miguel Mexicano, PC.

3. Since submitting my initial declaration, the financial impact of the contract termination has intensified substantially. I have been forced to implement immediate austerity measures, including reducing all team members' hours and instituting furloughs for two attorneys and two support staff members. Without restoration of funding within the next 21 days, I will have no alternative but to terminate employment for at least four staff members representing almost half of our dedicated team. The abrupt and unanticipated nature of the contract termination has left our firm without sufficient reserves to fulfill our financial obligations to departing staff, including legally mandated final wages and accrued paid time off. Consequently, I will be compelled to incur significant personal debt to meet these obligations, as our firm's limited remaining resources are insufficient to cover these costs. The long-term prospects for the Law Office of Miguel Mexicano are increasingly dire. Without immediate intervention, I anticipate the near dissolution of our legal team in the coming months, leaving me as the sole remaining attorney. This would render me personally responsible for approximately 120 immigration cases—a caseload that far exceeds what any individual practitioner could ethically manage.

4. Since the termination order, my legal team has fulfilled our ethical obligations by attending approximately twelve court appearances without compensation, striving to protect our clients' interests despite the contract's abrupt end. We have endeavored to manage our substantial caseload with significantly reduced staffing, but continuing this volume of uncompensated work is financially unsustainable. Despite our unwavering commitment to these vulnerable children, our capacity to maintain effective representation will inevitably diminish and, absent restored funding, will completely cease in the near future. This imminent collapse of legal services will leave dozens of children to navigate complex immigration proceedings alone, jeopardizing their legal rights and potentially their safety.

5. On a personal level, the past ten days have been one of the most challenging and distressing periods in my professional life. Throughout my nearly twelve-year career as an immigration attorney, I have never encountered such profound despair or professional uncertainty. Having dedicated my practice to protecting society's most vulnerable individuals, I find it inconceivable that the government would abruptly withdraw funding for these essential legal services for unaccompanied children. These services stand as their sole protection against deportation to potentially life-threatening circumstances. This sudden abandonment not only undermines the children's legal rights but also betrays the core humanitarian principles that have guided this field for decades.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2 of April 2025, in Los Angeles, California.

_____

Miguel Angel Mexicano Furmanska
Owner and Managing Attorney
Law Office of Miguel Mexicano PC

2