YAAKOV M. ROTH
Acting Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
KATE MASETTA ALVAREZ
JONATHAN K. ROSS
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 307-5662
Jonathan.K.Ross@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>Defendants. | Case No. 3:25-cv-02847-AMO<br><br>**DEFENDANTS' MOTION TO SHORTEN TIME**<br><br>Date: XX<br>Time: XX<br>Location: Courtroom 10 |

Pursuant to Local Rule 6-3, Defendants respectfully request that the Court hear the accompanying Motion to Dissolve the Temporary Restraining Order ("TRO"), ECF No. 38, at the earliest available opportunity. Good cause exists to expedite consideration of the motion because the Supreme Court's decision issued on April 4, 2025, in *Department of Education v. California*, No.

24A910, *2025 WL 1008354* (U.S. Apr. 4, 2025), eliminates the legal basis for the TRO and confirms that the Court of Federal Claims is the appropriate forum for contract-based funding disputes against the federal government.

The TRO currently compels Defendants to continue funding Plaintiffs requiring the immediate and ongoing expenditure of public resources. However, in *Department of Education v. California*, the Supreme Court held that the "Tucker Act grants the Court of Federal Claims jurisdiction over suits based on "any express or implied contract with the United States." 28 U.S.C. §1491(a)(1). The Supreme Court's decision reaffirms that preliminary injunctive relief is inappropriate because this Court lacks jurisdiction. In light of this binding precedent, and the potential irreparable harm, Defendants respectfully request that the Court hear the Motion to Dissolve or Stay the TRO as soon as possible.

DATED: April 4, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
KATE MASETTA ALVAREZ
MICHAEL A. CELONE
Senior Litigation Counsels

ZACHARY A. CARDIN
Trial Attorney

/s/ Jonathan K. Ross
JONATHAN K. ROSS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7662
jonathan.k.ross@usdoj.gov

Attorneys for Defendants