UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>Defendants. | Case No. 3:25-cv-02847-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME** |

Having read and considered Defendants' Motion to Shorten Time and finding good cause therefor:

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Defendants' motion will be heard on April __, 2025.

Dated:

______________________________
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE