YAAKOV M. ROTH
Acting Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
KATE MASETTA ALVAREZ
JONATHAN K. ROSS
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7662
Jonathan.K.Ross@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>Defendants. | ) | Case No. 3:25-cv-02847-AMO<br><br>**SILVIS DECLARATION REGARDING REQUEST TO SHORTEN TIME** |

I, William C. Silvis, declare as follows:

1. I am an Assistant Director with the United States Department of Justice, Office of Immigration Litigation, General Appeals and Litigation Section, and I am counsel for Defendants United States Department of Health and Human Services and United States Department of the Interior. I

am a member of the District of Columbia Bar Association and the State Bar of Michigan. The facts set forth in this declaration are within my personal knowledge.

2. In the accompanying request, Defendants ask that the Court hear the accompanying Motion to Terminate the Temporary Restraining Order on shortened time. In accordance with the Local Rules and the Court's availability, Defendants noticed the motion for May 15, 2025. Given the critical importance of the issue raised in Defendants' motion, Defendants respectfully request that the Court hear the motion on the soonest available date.

3. On April 4, 2024, I contacted Plaintiffs' counsel to ask if they would enter a stipulation for the relief requested in this motion. Plaintiffs' counsel declined.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, D.C., on April 5, 2025.

/s/ William C. Silvis
WILLIAM C. SILVIS