**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Case No. 3:25-CV-02847-AMO

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO ENFORCE TEMPORARY RESTRAINING ORDER**

**AND NOW**, this ___ day of __________, 2025, upon consideration of Plaintiffs' Emergency Motion to Enforce Temporary Restraining Order, the memorandum and evidence in support thereof, Defendants' response thereto, and Plaintiff's reply, it is **HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

> Defendants are ordered to immediately comply with the Court's April 1, 2025 Temporary Restraining Order.

Defendants will provide a status update to the court one (1) business day from this order to report on compliance with the injunction. Non-compliance or delayed compliance may result in a contempt finding and sanctions.

______________________________
UNITED STATES DISTRICT JUDGE