IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Case No. 3:25-cv-2847

**DECLARATION OF SAMANTHA HSIEH (AMICA CENTER) IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE TRO**

**DECLARATION OF SAMANTHA HSIEH,**
**DEPUTY PROGRAM DIRECTOR OF THE IMMIGRATION IMPACT LAB AT AMICA CENTER FOR IMMIGRANT RIGHTS (FORMERLY CAPITAL AREA IMMIGRANTS' RIGHTS ("CAIR") COALITION)**

*I, Samantha Hsieh, make the following statements on behalf of myself and Amica Center for Immigrant Rights. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Samantha Hsieh, and I am the Deputy Program Director of the Immigration Impact Lab at Amica Center for Immigrant Rights ("Amica Center"), formerly known as the Capital Area Immigrants' Rights ("CAIR") Coalition. Amica Center is a Washington, D.C.-based nonprofit legal services organization that strives to ensure equal justice for all indigent immigrant men, women, and children at risk of detention and deportation in the Washington, D.C. area and beyond by providing free legal services and representation. I am an attorney licensed in Virginia and have been practicing law for more than 8 years. I joined Amica Center in May 2019. I am counsel of record in this case.

2. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence between the parties regarding compliance with this Court's temporary restraining order (TRO) and the administrative record from April 2 to April 3, 2025. On April 2, Plaintiffs emailed Defendants to inquire about Defendants' plan to comply with the TRO that went into effect earlier that morning and to ask when Defendants expect to produce the administrative record. Ex. 1 at 2.

3. Later that day, Defendants responded that they "are in receipt of the Court's order and are taking steps to comply expeditiously." *Id.* Defendants' response contained no detail regarding how or when they planned to comply. With regards to the administrative record, Defendants took the position that they have no obligation to provide the record until they file their answer and that they "intend to adhere to that timeframe here." *Id*.

4. Plaintiffs replied the following morning, requesting that Defendants "outline what has been done to ensure compliance" with the Court's order, which had been in place for over 24-hours at that point. *Id.* at 1. Plaintiffs also urged Defendants to produce the administrative record earlier, given that it is necessary to Plaintiffs' request for Preliminary Injunction to inform their arbitrary and capricious claim. *Id.* at 1-2.

5. Attached as **Exhibit 2** is a true and correct copy of an email exchange between the parties on Friday, April 4, 2025. That evening, Defendants emailed Plaintiffs to notify them that Defendants were preparing a motion to dissolve the TRO in light of *Department of*

*Education v. California*, No. 24A910, 2025 WL 1008354, at *1 (U.S. Apr. 4, 2025), as well as a motion to shorten time to hear that motion, and that they would file those motions "shortly." Ex. 2 at 2. Defendants requested Plaintiffs' position with respect to both motions and asked whether Plaintiffs would "join a stipulation to shorten time to hear the motion to dissolve." *Id*.

6. Plaintiffs responded with their opposition to both motions and position that the Supreme Court order does not apply to the facts of this case. Plaintiffs reiterated their request "that the government comply with its current obligations under the TRO, which has been in effect since Wednesday, April 2, at 8 a.m. PST" and requested information about Defendants' plans to comply with the court's order. *Id.* at 1. Plaintiffs noted that they had not received further communication from Defendants since an email at 2:19pm Pacific Time the prior day indicating that they would be "in touch shortly." *Id.* Plaintiffs restated that "[t]o date, we have received no information about the concrete steps that the government is taking to comply with the Court's order. As recognized by the Court, our clients have suffered irreparable harm, and they will continue do so without action from the government in response to the TRO." *Id.* Plaintiffs received no further response from the Defendants on compliance with the TRO.

7. Attached as **Exhibit 3** is a true and correct copy of an email exchange between the parties from Saturday, April 5, to Monday, April 7, 2025. At around 5pm Pacific Time on Saturday, April 5, I and my Amica colleague Laura Nally learned from organizational plaintiff Estrella del Paso that a child with whom they had an initial meeting on March 21, 2025, but were unable to represent to due to the Cancellation Order was scheduled for deportation the following morning at 7am Pacific Time. Laura Nally notified co-counsel in this case, and at 10:35pm Pacific Time, Plaintiffs emailed Defendants to alert them of the imminent harm to this child and Estrella del Paso and asked them to "explain what Defendants have done to comply with the Court's TRO and why this child, in spite of the Court's order, is set to be removed without any of the protections guaranteed by the TVPRA, including the right to legal representation." Ex. 3 at 1-2. On Monday, April 7, Defendants responded that they had "forwarded to HHS for review" and "will follow up once we have more information." *Id.* at 1. Defendants still did not provide any update on steps that they were taking to comply with this Court's TRO.

8. Records indicate that the above-referenced child was discharged from Office of Refugee Resettlement (ORR) custody on April 6 and removed from the United States. As of the time of signing, Plaintiffs have received no further information from Defendants on their plans to comply with the TRO or provide access to representation to similarly situated children.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 7th of April 2025, in Takoma Park, MD.

Samantha Hsieh
Deputy Program Director, Immigration Impact Lab
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW, Suite 701
Washington, D.C. 20036
P: (202) 908-6902
sam@amicacenter.org

# Exhibit 1

Outlook

**RE: [EXTERNAL] RE: Community Legal Services in East Palo Alto, et al, v. HHS, et al., 25-cv-2847 (N.D. Cal)**

**From** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Date** Thu 4/3/2025 5:19 PM
**To** Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Alvaro M. Huerta <ahuerta@immdef.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Johann, Pamela (USACAN) <Pamela.Johann@usdoj.gov>; Sam Hsieh <Sam@amicacenter.org>; cscott@immdef.org <CScott@ImmDef.org>; Esther Sung <Esther.Sung@justiceactioncenter.org>

**[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

Hi Karen,

Acknowledging your email. Defendants will be back in touch shortly.

Thank you,
Jonathan

**From:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>
**Sent:** Thursday, April 03, 2025 2:35 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Alvaro Huerta <AHuerta@immdef.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Johann, Pamela (USACAN) <Pamela.Johann@usdoj.gov>; sam@amicacenter.org; cscott@immdef.org; Esther Sung <Esther.Sung@justiceactioncenter.org>
**Subject:** RE: [EXTERNAL] RE: Community Legal Services in East Palo Alto, et al, v. HHS, et al., 25-cv-2847 (N.D. Cal)

Dear Jonathan,

Thank you for your email. Please clarify what Defendants have done to ensure compliance with the Court's TRO, which took effect at 8 am PST yesterday. Your email yesterday says you are "taking steps to comply expeditiously" but since the TRO was already in effect at that time, please outline what has been done to ensure compliance. Our plaintiffs have not been informed of any action but have continued to receive requests from ORR subcontractors to take on new cases, explicitly referring to the news of the TRO as a basis to ask them to take on new cases. This is continuing the harms to our plaintiffs that the Court sought to rectify with her TRO Order.

Regarding the administrative record, you will recall that we discussed with the Court at Tuesday's hearing that moving into preliminary injunction territory (as we are now) requires the

administrative record. As you know, we have also brought an arbitrary and capricious claim. We re-urge our request for production of the administrative record.

Finally, we wanted to confirm understanding of the Acacia contract and correct any misunderstanding from Tuesday's hearing. The contract has been extended for six months as to CLIN 1 only. This is for KYR and legal consultations. We understand that some CLIN 2 services have been moved to CLIN 1. So, to make clear, it is not correct that there is currently no contract in place today.

Thank you,
--Karen

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Wednesday, April 2, 2025 4:31 PM
**To:** Alvaro Huerta <AHuerta@immdef.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Johann, Pamela (USACAN) <Pamela.Johann@usdoj.gov>; sam@amicacenter.org; cscott@immdef.org; Karen Tumlin <karen.tumlin@justiceactioncenter.org>
**Subject:** Re: [EXTERNAL] RE: Community Legal Services in East Palo Alto, et al, v. HHS, et al., 25-cv-2847 (N.D. Cal)

Hi Alvaro,

Thanks for reaching out. Defendants are in receipt of the Court's order and are taking steps to comply expeditiously.

Regarding the administrative record, Defendants note that under L.R. 16-5, the government is not required to provide the administrative record until Defendants file our answer, and we intend to adhere to that timeframe here.

Best,
Jonathan

> On Apr 2, 2025, at 11:40 AM, Alvaro Huerta <AHuerta@immdef.org> wrote:
>
> Counsel,
>
> We are in receipt of last night's order from the Judge. At your earliest convenience, can you please let us know 1) how Defendants intend to comply with the Court's order, and 2) when you are able to provide the administrative record? Considering the Court's briefing schedule, we would appreciate a response as soon as possible. Many thanks.
>
> Best,
> Alvaro
>
> ---
> **Alvaro M. Huerta**
> Director of Litigation & Advocacy
> **Immigrant Defenders Law Center**
> ahuerta@immdef.org
> 213.338.7542

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Friday, March 28, 2025 12:44 PM
**To:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Alvaro Huerta <AHuerta@ImmDef.org>; sam@amicacenter.org; Carson Scott <CScott@ImmDef.org>
**Cc:** Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Johann, Pamela (USACAN) <Pamela.Johann@usdoj.gov>; Esther Sung <Esther.Sung@justiceactioncenter.org>
**Subject:** RE: Community Legal Services in East Palo Alto, et al, v. HHS, et al., 25-cv-2847 (N.D. Cal)

External email: Please be careful if sending personal information or when opening attachments or clicking on links

This is great—thank you, Karen. Looking forward to being in touch.

**From:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>
**Sent:** Friday, March 28, 2025 3:42 PM
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Alvaro Huerta <AHuerta@ImmDef.org>; sam@amicacenter.org; Carson Scott <CScott@ImmDef.org>
**Cc:** Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Johann, Pamela (USACAN) <Pamela.Johann@usdoj.gov>; Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Esther Sung <Esther.Sung@justiceactioncenter.org>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto, et al, v. HHS, et al., 25-cv-2847 (N.D. Cal)

Hi all,

Adding Jonathan to this chain who just called Carson about this request and had not seen the original email or our reply. Making sure we all have each other's email as needed.

Thank you,
--Karen

**From:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>
**Sent:** Thursday, March 27, 2025 4:42 PM
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Alvaro Huerta <AHuerta@ImmDef.org>; sam@amicacenter.org; Carson Scott <CScott@ImmDef.org>
**Cc:** Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Johann, Pamela (USACAN) <Pamela.Johann@usdoj.gov>
**Subject:** RE: Community Legal Services in East Palo Alto, et al, v. HHS, et al., 25-cv-2847 (N.D. Cal)

Dear Will,

Thank you for reaching out. I am also copying Pamela here as she reached out separately while we were conferring on your email below. We think the court carefully set the response deadline and hearing timing based on the court's availability to digest your opposition and hear the matter quickly. Given the irreparable harms we have set out that our clients are facing we have to oppose any extension to the schedule.

If it still makes sense to hop on the phone, I can be reached at 323-316-0944. I'll try to loop in my colleagues as well.

Thanks,
--Karen

---

**From:** Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Sent:** Thursday, March 27, 2025 2:59 PM
**To:** Alvaro Huerta <AHuerta@ImmDef.org>; sam@amicacenter.org; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Carson Scott <CScott@ImmDef.org>
**Cc:** Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Subject:** Community Legal Services in East Palo Alto, et al, v. HHS, et al., 25-cv-2847 (N.D. Cal)

Good afternoon counsel,

AUSA Pam Johann of the U.S. Attorney's Office provided me with your contact information. This case has been assigned to my Office for handling. We note that the Court has entered an order requiring a response to the TRO on Monday, March 31, and a hearing on April 1. Would Plaintiffs be amenable to an extension of time of two days for the government's response? We would like to have the opportunity to consult with the agencies on the relief requested in your motion as well as the underlying circumstances set forth in the papers. Please let me know if Plaintiffs are amenable to this request.

Thank you,

Will Silvis

**William C. Silvis**
**Assistant Director**
**United States Department of Justice**
**Office of Immigration Litigation**
**General Litigation and Appeals Section**
Post Office Box 878 | Ben Franklin Station | Washington, D.C. 20044-0878
(office) 202-307-4693
(cell) 202-598-9022

This communication, including any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.

Confidentiality: This message is intended for the designated recipient(s) only and may contained privileged information. Dissemination of this email or its attachments to anyone other than the intended recipient is prohibited. If you received this message in error, please notify the sender and destroy this message and all attachments.

# Exhibit 2

Outlook

**RE: Community Legal Services in East Palo Alto, et al, v. HHS, et al., 25-cv-2847 (N.D. Cal)**

**From** Alvaro Huerta <AHuerta@ImmDef.org>
**Date** Fri 4/4/2025 10:53 PM
**To** Silvis, William (CIV) <William.Silvis@usdoj.gov>; karen.tumlin@justiceactioncenter.org <karen.tumlin@justiceactioncenter.org>; Carson Scott <CScott@ImmDef.org>; Sam Hsieh <Sam@amicacenter.org>
**Cc** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>

**[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

Thank you for notifying us, Counsel. We would oppose both motions. We do not believe the Supreme Court order applies to the facts in this case.

We also request that the government comply with its current obligations under the TRO, which has been in effect since Wednesday, April 2, at 8 a.m. PST.  Please let us know how you intend to comply with the current valid court order. We have made two prior requests for updates on compliance and your colleague Jonathan said Defendants would be “back in touch shortly” yesterday at 2:19 p.m. PST. To date, we have received no information about the concrete steps that the government is taking to comply with the Court’s order. As recognized by the Court, our clients have suffered irreparable harm, and they will continue do so without action from the government in response to the TRO.

---
**Alvaro M. Huerta**
Director of Litigation & Advocacy
**Immigrant Defenders Law Center**
ahuerta@immdef.org
213.338.7542

---

**From:** Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Sent:** Friday, April 4, 2025 6:45 PM
**To:** karen.tumlin@justiceactioncenter.org; Alvaro Huerta <AHuerta@ImmDef.org>; Carson Scott <CScott@ImmDef.org>; sam@amicacenter.org
**Cc:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Subject:** Community Legal Services in East Palo Alto, et al, v. HHS, et al., 25-cv-2847 (N.D. Cal)

External email: Please be careful if sending personal information or when opening attachments or clicking on links

---

Good evening Counsel,

The government is preparing a motion to dissolve the TRO in light of *Department of Education v. California*, No. 24A910, 2025 WL 1008354, at *1 (U.S. Apr. 4, 2025), as well as a motion to shorten time to hear that motion. We intend to file these motions shortly. We will provide you with copies of the filings as soon as they are submitted.

At your earliest convenience, please let us know your position with respect to the requested relief in both motions, and whether Plaintiffs will join a stipulation to shorten time to hear the motion to dissolve?

We appreciate your attention to this matter.

Thank you – Will

**William C. Silvis**
**Assistant Director**
**United States Department of Justice**
**Office of Immigration Litigation**
**General Litigation and Appeals Section**
Post Office Box 878 | Ben Franklin Station | Washington, D.C. 20044-0878
(office) 202-307-4693
(cell) 202-598-9022

This communication, including any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.

Confidentiality: This message is intended for the designated recipient(s) only and may contained privileged information. Dissemination of this email or its attachments to anyone other than the intended recipient is prohibited. If you received this message in error, please notify the sender and destroy this message and all attachments.

# Exhibit 3

Outlook

## RE: CLSEPA v. DHHS - CHILD TO BE REMOVED AT 8 AM MDT ON 4/6 WITHOUT LEGAL REPRESENTATION OR OTHER TVPRA PROTECTIONS

**From** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Date** Mon 4/7/2025 11:03 AM
**To** Esther Sung <Esther.Sung@justiceactioncenter.org>
**Cc** Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Alvaro M. Huerta <ahuerta@immdef.org>; Carson Scott <cscott@immdef.org>; Sam Hsieh <Sam@amicacenter.org>; Adina Appelbaum <adina@amicacenter.org>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Johann, Pamela (USACAN) <Pamela.Johann@usdoj.gov>

**[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

Dear Esther,

Thank you for your message and for bringing this to our attention. We received your email and forwarded it to HHS for review. We will follow up once we have more information.

Sincerely,
Jonathan

---

**From:** Esther Sung <Esther.Sung@justiceactioncenter.org>
**Sent:** Sunday, April 06, 2025 1:35 AM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Cc:** Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Alvaro Huerta <ahuerta@immdef.org>; Carson Scott <cscott@immdef.org>; sam@amicacenter.org; adina@amicacenter.org; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Johann, Pamela (USACAN) <Pamela.Johann@usdoj.gov>
**Subject:** [EXTERNAL] CLSEPA v. DHHS - CHILD TO BE REMOVED AT 8 AM MDT ON 4/6 WITHOUT LEGAL REPRESENTATION OR OTHER TVPRA PROTECTIONS
**Importance:** High

Dear Jonathan:

It has come to our attention that an unaccompanied child, A[redacted] D[redacted] G[redacted] M[redacted] (A# [redacted]), is set to be picked up from an ORR shelter in Estrella del Paso's service area at 8 am Mountain Time, to be removed on the basis of an *in absentia* removal order entered in 2022. Under normal circumstances, this child *would* have been represented by Estrella del Paso, who would have filed a motion to reopen the child's case, which would have triggered an automatic stay of removal. But, due to the March 21, 2025 Cancellation Order, this child has

had NO legal representation since his apprehension on March 16, 2025, and is set to be removed imminently. Local ORR and ICE points of contact have indicated that there is "nothing that can be done."

If Defendants had been in compliance with the Court's TRO since 8 am PDT on Wednesday, April 2, 2025, this child would not have been scheduled for removal *without* representation by counsel at 8 am MDT on Sunday, April 6, 2025, five days after he entered ORR custody. Notwithstanding the motion Defendants filed on Friday night to dissolve the Court's TRO, the TRO remains a binding court order, and so far Defendants have provided Plaintiffs very little information on the actions they have taken to ensure compliance with the Court's order.

We would appreciate it if you would please respond immediately and explain what Defendants have done to comply with the Court's TRO and why this child, in spite of the Court's order, is set to be removed without any of the protections guaranteed by the TVPRA, including the right to legal representation and the right to seek asylum in a non-adversarial setting before an asylum officer.

Thank you,
Esther

JUSTICE ACTION CENTER

**Esther Sung** (she/her)
*Legal Director*

Justice Action Center
323-450-7272
esther.sung@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*