UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 25-cv-02847-AMO<br><br>**ORDER**<br>Re: Dkt. Nos. 39, 40 |

Before the Court are several competing motions, including Plaintiffs' Motion for Preliminary Injunction (ECF 37), Defendants' Motion to Dissolve Temporary Restraining Order ("Motion to Dissolve," ECF 38), Defendants' Motion to Shorten Time on the Motion to Dissolve (ECF 39), and Plaintiffs' Motion to Enforce the Temporary Restraining Order (ECF 40).

The Court, upon consideration of Plaintiffs' Motion to Enforce Temporary Restraining Order and the memorandum and evidence in support thereof, hereby **ORDERS** Defendants to submit a status report recounting the specific steps taken to comply with the injunction. Such status report shall be filed by no later than 2:00 p.m. PST on Tuesday, April 8, 2025. Defendants' pending Motion to Dissolve does not excuse non-compliance with the Court's express orders, and the Court's April 1, 2025 Temporary Restraining Order remains in effect.

//
//
//
//
//

1  The Court **GRANTS** Defendants' Motion to Shorten Time on the Motion to Dissolve.
2  Both the Motion to Dissolve the Temporary Restraining Order and Plaintiffs' Motion for
3  Preliminary Injunction shall be heard together at 10:00 a.m. PST on Tuesday, April 15, 2025, via
4  Zoom.  Plaintiffs' response to the Motion to Dissolve shall be filed by no later than 4:00 p.m. on
5  Friday, April 11, 2025, and it may not exceed six (6) pages.  Defendants' reply in support of the
6  Motion to Dissolve, if any, shall be filed by no later than noon on Monday, April 14, 2025, and it
7  may not exceed four (4) pages.

**IT IS SO ORDERED.**

Dated: April 7, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**