YAAKOV M. ROTH
Acting Assistant Attorney General
WILLIAM C. SILVIS (DCBN 485572)
Assistant Director
MICHAEL A. CELONE (MDBN 1312170145)
CHRISTINA PARASCANDOLA (DCBN 468479)
KATELYN MASETTA ALVAREZ (OHBN 97857)
JONATHAN K. ROSS (NCBN 50203)
Senior Litigation Counsels
ZACHARY A. CARDIN (MDBN 1812110052)
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 305-2040
    Michael.A.Celone@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br> Defendants. | Case No. 3:25-cv-02847-AMO <br><br> **DEFENDANTS' STATUS REPORT AND NOTICE OF COMPLIANCE** |

## DEFENDANTS' STATUS REPORT AND NOTICE OF COMPLIANCE

Pursuant to the Court's April 7, 2025 Order (ECF No. 42), Defendants submit this Status Report to detail the steps taken to comply with the Court's Temporary Restraining Order ("TRO") issued on April 1, 2025 (ECF No. 33).

### I.   Background

The TRO enjoined Defendants from withdrawing the services or funds provided by the Office of Refugee Resettlement ("ORR") as of March 20, 2025, under the Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA"), 8 U.S.C. § 1232(c)(5), and ORR's Foundational Rule, 45 C.F.R. § 410.1309(a)(4), particularly ORR's provision of funds for direct legal representation services to unaccompanied children.  The Court further directed Defendants to restore the relevant funding and services as they existed prior to March 21, 2025.  *Id.*  The TRO was effective as of April 2, 2025, at 11:00 a.m. EST and remains in effect through April 16, 2025, at 10:59 a.m. EST.  *Id.*

### II.   Compliance Steps Taken

Upon learning of the TRO on April 2, 2025, ORR took immediate steps to develop a compliance plan.  Ex. A, Declaration of Toby Biswas ("Biswas Decl."), ¶ 4.  The plan involved restoring the terminated contract line items ("CLINs") for direct legal representation, recruitment of pro bono attorneys, and expansion of direct representation that had been eliminated on March 21, 2025.  Biswas Decl. ¶¶ 6 – 7.

On April 3, 2025, ORR took steps to rescind the partial termination of the Acacia contract and restoring CLINs 2 through 4.  Biswas Decl. ¶ 8. ORR determined that additional funds would be necessary to cover the reinstated services for the entire duration of the six-month contract extension.  Biswas Decl. ¶ 8.

On April 3, 2025, ORR transferred funds to the Department of the Interior ("DOI"), which serves as the contracting agent through its Interior Business Center, via the G-Invoicing system to fund the restored CLINs.  Biswas Decl. ¶ 8; *see* ECF No. 24-1, ¶ 13.  DOI, as the contracting agency, must now

complete the modification of the Acacia contract. Biswas Decl. ¶¶ 9 – 10. This is because the Acacia contract is formally between DOI and Acacia; ORR is not a party to the contract, but acts as a "client" under the interagency agreement. Similarly, only DOI, as the awarding agency, can execute major actions like terminations and modifications, even though ORR retains substantive authority over programmatic decisions.

### III.  Current Status

As of April 7, 2025, ORR has completed all internal steps necessary for compliance, including approval of the decision memo and funding transfer. Biswas Decl. ¶¶ 8 – 10. DOI is currently finalizing the contract modification to restore the terminated CLINs. Defendants are awaiting DOI's final approval and execution of the contract changes.

### CONCLUSION

Defendants respectfully submit that they have taken all feasible steps to comply with the TRO to date and will continue to work with DOI to complete the remaining actions necessary to restore funding and services in compliance with the court's TRO.

DATED: April 8, 2025                     Respectfully submitted,

                                                                 YAAKOV M. ROTH
                                                                 Acting Assistant Attorney General

                                                                 WILLIAM C. SILVIS
                                                                 Assistant Director

                                                                 CHRISTINA PARASCANDOLA
                                                                 KATE MASETTA ALVAREZ
                                                                 JONATHAN K. ROSS
                                                                 Senior Litigation Counsels

                                                                 ZACHARY A. CARDIN
                                                                 Trial Attorney

                                                                 */s/ Michael A. Celone*
                                                                 MICHAEL A. CELONE
                                                                 Senior Litigation Counsel
                                                                 U.S. Department of Justice, Civil Division
                                                                 Office of Immigration Litigation
                                                                 General Litigation and Appeals Section
                                                                 P.O. Box 878, Ben Franklin Station
                                                                 Washington, DC 20044
                                                                 (202) 305-2040
                                                                 Michael.A.Celone@usdoj.gov

                                                                 Attorneys for Defendants

## CERTIFICATE OF COMPLIANCE

      The undersigned, counsel of record for Defendants certifies that this Status Report contains 2 pages, which complies with the word limit of this Court's Standing Order, section 6 and L.R. 11-6.1. All counsel of record were served a copy of this status report electronically via ECF.

                                                                 Respectfully submitted,

                                                                 */s/ Michael A. Celone*
                                                                MICHAEL A. CELONE
                                                                Senior Litigation Counsel
                                                                Office of Immigration Litigation
                                                                Civil Division