YAAKOV M. ROTH
Acting Assistant Attorney General
WILLIAM C. SILVIS (DCBN 485572)
Assistant Director
MICHAEL A. CELONE (MDBN 1312170145)
CHRISTINA PARASCANDOLA (DCBN 468479)
KATELYN MASETTA ALVAREZ (OHBN 97857)
JONATHAN K. ROSS (NCBN 50203)
Senior Litigation Counsels
ZACHARY A. CARDIN (MDBN 1812110052)
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 305-2040
    Michael.A.Celone@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>    Defendants. | Case No. 3:25-cv-02847-AMO<br><br>**DEFENDANTS' STATUS REPORT AND NOTICE OF COMPLIANCE** |

### DEFENDANTS' STATUS REPORT AND NOTICE OF COMPLIANCE

Pursuant to the Court's April 7, 2025 Order (ECF No. 42), Defendants submit this Status Report to detail the steps taken to comply with the Court's Temporary Restraining Order ("TRO") issued on April 1, 2025 (ECF No. 33).

### I.   Background

The TRO enjoined Defendants from withdrawing the services or funds provided by the Office of Refugee Resettlement ("ORR") as of March 20, 2025, under the Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA"), 8 U.S.C. § 1232(c)(5), and ORR's Foundational Rule, 45 C.F.R. § 410.1309(a)(4), particularly ORR's provision of funds for direct legal representation services to unaccompanied children. The Court further directed Defendants to restore the relevant funding and services as they existed prior to March 21, 2025. *Id.* The TRO was effective as of April 2, 2025, at 11:00 a.m. EST and remains in effect through April 16, 2025, at 10:59 a.m. EST. *Id.*

### II.   Compliance Steps Taken

Upon learning of the TRO on April 2, 2025, ORR took immediate steps to develop a compliance plan. Ex. A, Declaration of Toby Biswas ("Biswas Decl."), ¶ 4; Ex. B, Declaration of Sharon Roberts ("Roberts Decl."), ¶¶ 5 – 6. The plan involved restoring the terminated contract line items ("CLINs") for direct legal representation, recruitment of pro bono attorneys, and expansion of direct representation that had been eliminated on March 21, 2025. Biswas Decl. ¶¶ 6 – 7; Roberts Decl. ¶¶ 7 – 8.

On April 3, 2025, ORR took steps to rescind the partial termination of the Acacia contract and restoring CLINs 2 through 4. Biswas Decl. ¶ 8; Roberts Decl. ¶ 7. ORR determined that additional funds would be necessary to cover the reinstated services for the entire duration of the six-month contract extension. Biswas Decl. ¶ 8; Roberts Decl. ¶¶ 6 – 7.

On April 3, 2025, ORR transferred funds to the Department of the Interior ("DOI"), which serves as the contracting agent through its Interior Business Center, via the G-Invoicing system to fund the restored CLINs. Biswas Decl. ¶ 8; Roberts Decl. ¶¶ 2, 7 – 8; *see* ECF No. 24-1, ¶ 13. DOI, as the

contracting agency, must now complete the modification of the Acacia contract. Biswas Decl. ¶¶ 9 – 10; Roberts Decl. ¶¶ 9 – 10. This is because the Acacia contract is formally between DOI and Acacia; ORR is not a party to the contract, but acts as a "client" under the interagency agreement. *See* Roberts Decl. ¶ 2. Similarly, only DOI, as the awarding agency, can execute major actions like terminations and modifications, even though ORR retains substantive authority over programmatic decisions. *Id*.

### III. Current Status

As of April 7, 2025, ORR has completed all internal steps necessary for compliance, including approval of the decision memo and funding transfer. Biswas Decl. ¶¶ 8 – 10; Roberts Decl. ¶¶ 6 – 9. DOI is currently finalizing the contract modification to restore the terminated CLINs. Roberts Decl. ¶ 10. Defendants are awaiting DOI's final approval and execution of the contract changes. Roberts Decl. ¶10.

### CONCLUSION

Defendants respectfully submit that they have taken all feasible steps to comply with the TRO to date and will continue to work with DOI to complete the remaining actions necessary to restore funding and services in compliance with the court's TRO.

| | | |
|---|---|---|
| 1 | DATED: April 8, 2025 | Respectfully submitted, |

YAAKOV M. ROTH
Acting Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
KATE MASETTA ALVAREZ
JONATHAN K. ROSS
Senior Litigation Counsels

ZACHARY A. CARDIN
Trial Attorney

*/s/ Michael A. Celone*
MICHAEL A. CELONE
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-2040
Michael.A.Celone@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants certifies that this Status Report contains 2 pages, which complies with the word limit of this Court's Standing Order, section 6 and L.R. 11-6.1. All counsel of record were served a copy of this status report electronically via ECF.

Respectfully submitted,

*/s/ Michael A. Celone*
MICHAEL A. CELONE
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division