UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No: 3:25-cv-2847 (AMO) |

**DECLARATION OF SHARON ROBERTS**

I, Sharon Roberts, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Associate Director of the U.S. Department of the Interior, Interior Business Center, Acquisition Services Directorate (collectively DOI).

2. DOI provides assisted acquisition services to the Department of Health and Human Services, Administration of Children and Families, Office of Refugee Resettlement (collectively ORR) under the Interior Franchise Fund. The Interior Franchise Fund is one of six pilot programs authorized pursuant to the Federal Financial Reform Act of 1994. Pub. L. 103-356, title IV, § 403, 103 Stat. 3414 (Oct. 13, 1994) and made permanent by the Consolidated Appropriations Act of 2008. Pub. L. 110-161, 121 Stat. 1844 (Dec. 26, 2007) to provide "common administrative support services" to federal agencies more efficiently than through other means.

3. This declaration is based upon my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the contract records of contract number 140D0422C0009 between DOI and Acacia Center for Justice, and information conveyed to me by current agency employees including the Contracting Officer administering the contract.

4. I submit this declaration pursuant to the Court's April 7, 2025 Order, Dkt. 42, in order to recount the specific steps taken by DOI to comply with the TRO.

5. On April 2, 2025, DOI learned of the TRO and promptly began developing a compliance plan with ORR.

6. Also on April 2, 2025, DOI requested from ORR funding formal authorization for DOI to move forward with reinstating the terminated contract line items.

7. On April 3, 2025, ORR's Division of Budget Planning and Analysis transferred funds to DOI via the G-Invoicing system to fund restored CLINS 2 through 4.

8. On April 4, 2025, DOI received a request from HHS to move forward with reinstating the terminated CLINs 2 through 4.

9. Upon receipt HHS's request, DOI began preparing contract documents to rescind the contract termination through a formal bilateral modification to the contract and sought approval to perform the action through DOI's current contract review process.

10. As of the execution of this declaration, the contract action to rescind the partial termination and reinstate contract line items 2 through 4 is under review. DOI will carry out the necessary steps to reinstate contract line items 2 through 4 once the necessary internal review and approvals are complete.

Executed on April 8, 2025.

SHARON ROBERTS Digitally signed by SHARON ROBERTS Date: 2025.04.08 16:54:38 -04'00'

Sharon Roberts