UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Case No. 25-cv-02847-AMO <br><br> **ORDER EXTENDING TEMPORARY RESTRAINING ORDER, ORDERING FURTHER BRIEFING, AND RESETTING HEARINGS** <br><br> Re: Dkt. No. 47 |

Before the Court is Defendants' motion for recusal and reassignment. The Court must address this pending motion before further consideration of the case. Thus, the Court finds that consideration of the motion for recusal constitutes good cause requiring extension of the Temporary Restraining Order dated April 1, 2025 ("TRO"). *See* ECF 33; Fed. R. Civ. Pro. 65(b)(2). Accordingly, the Court hereby **EXTENDS** the TRO, and it shall remain in effect until Wednesday, April 30, 2025, at 7:59 a.m. PST.

Plaintiffs' response to the motion for recusal shall be filed by no later than Monday, April 14, 2025, at 5:00 p.m. PST. The Government's reply in support of the motion for recusal shall be filed by no later than Thursday, April 17, 2025, at 9:00 a.m. PST.

The briefing schedule on Plaintiffs' motion for preliminary injunction remains in effect. *See* ECF 33. The briefing schedule on Defendants' motion to dissolve the TRO remains in effect. *See* ECF 42.

Both Plaintiffs' motion for preliminary injunction and Defendants' motion to dissolve the TRO shall be heard on Wednesday, April 23, 2025, at 2:00 p.m. PST via Zoom if the case remains with the undersigned following resolution of the motion for recusal. The Court **ORDERS**

declarants Toby Biswas and Sharon Roberts to appear on Zoom for the preliminary injunction hearing.

**IT IS SO ORDERED.**

Dated: April 10, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**