GAY CROSTHWAIT GRUNFELD – 121944
BENJAMIN BIEN-KAHN – 267933
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
bbien-kahn@rbgg.com

Attorneys for Amici Former Officials of the United States Department of Health and Human Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants.

Case No. 25-cv-2847-AMO

**MOTION OF FORMER OFFICIALS OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Judge: Araceli Martínez-Olguín

The former officials of the United States Department of Health and Human Services ("HHS") listed in **Appendix A** respectfully move for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for Preliminary Injunction.

As discussed more fully in the proposed brief accompanying this motion, *amici* are former officials of HHS with substantial combined years of service and experience implementing congressionally-authorized programs under the Administration for Children and Families and the Office of Refugee Resettlement. *Amici* seek to submit the proposed brief in order to shed light on how HHS has long interpreted its congressional mandate to ensure that unaccompanied children are provided legal representation in immigration proceedings to the greatest extent practicable, by providing funding to legal service providers with critical experience and expertise in immigration law to support pro bono efforts and provide for direct representation. *Amici* also seek to explain the realities faced by unaccompanied children in the immigration system, and on the limited availability of sufficient adequate pro bono legal representation for them. *Amici* are invested in the issues raised by Plaintiffs' Motion for Preliminary Injunction because they have dedicated many years to efforts to assist unaccompanied children and improve the Unaccompanied Children Bureau, both inside and outside of government.

*Amici*'s proposed brief is both desirable and relevant because it provides an important perspective that would not otherwise be before this Court. Plaintiffs, a group of legal services providers dedicated to providing legal support to unaccompanied children, understandably focus primarily on the effects of Defendants' actions on their ability to continue to represent their clients pursuant to their missions and ethical duties. The former HHS officials' proposed brief will provide the Court with additional context and a more complete picture of the harmful consequences that are likely to result should Defendants' abrupt termination of funding for direct legal representation for unaccompanied children not be enjoined. *Amici* believe their experience implementing the congressionally-mandated programs to provide legal representation to unaccompanied minors, and their familiarity with the realities faced by unaccompanied children and the limited availability

of pro bono representation for them will assist the Court in deciding the issues before it.

Counsel for *amici* conferred with counsel for Plaintiffs, who consented to the filing of this *amicus curiae* brief.

Counsel for *amici* also conferred with counsel for Defendants, who take no position on the filing of this *amicus curiae* brief.

For the foregoing reasons, the *Amici* Former HHS Officials respectfully request that this Court grant their motion for leave to file the attached brief as *amici curiae*.

DATED: April 10, 2025

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Benjamin Bien-Kahn*
Benjamin Bien-Kahn

Attorneys for Amici Former Officials of the United States Department of Health and Human Services