GAY CROSTHWAIT GRUNFELD – 121944
BENJAMIN BIEN-KAHN – 267933
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
bbien-kahn@rbgg.com

Attorneys for Amici Former Officials of the United States Department of Health and Human Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 25-cv-2847-AMO<br><br>**[PROPOSED] ORDER GRANTING MOTION OF FORMER OFFICIALS OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Araceli Martínez-Olguín |

The motion of the former officials of the United States Department of Health and Human Services for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for Preliminary Judgment is **GRANTED**.

**SO ORDERED.**

DATED: _______________, 2025

________________________________________
Honorable Araceli Martínez-Olguín
United States District Court Judge