NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

*Attorneys for Amici Curiae*
*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 25-cv-02847-AMO<br><br>UNOPPOSED MOTION OF NATIONAL CENTER FOR YOUTH LAW, CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW, CHILDREN'S RIGHTS, AND UC DAVIS SCHOOL OF LAW IMMIGRATION CLINIC FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION<br><br>Judge: Hon. Araceli Martínez-Olguín |

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Bardis Vakili (Cal. Bar No. 247783)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

National Center for Youth Law, Center for Human Rights & Constitutional Law, Children's Rights, and UC Davis School of Law Immigration Clinic respectfully move, pursuant to Local Rule 7-11, for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for a Preliminary Injunction.

1. As discussed more fully in the brief accompanying this motion, *amici* are civil rights organizations dedicated to protecting and advancing the rights of children and immigrants. *Amici* have decades of experience litigating on behalf of marginalized communities and, in particular, on behalf of detained immigrant youth in federal immigration custody. *Amici* are organizations with substantial, intimate knowledge of the U.S. system for detaining immigrant youth.

2. Permitting the National Center for Youth Law (NCYL), Center for Human Rights & Constitutional Law (CHRCL), Children's Rights (CR), and UC Davis School of Law Immigration Clinic (the Clinic) to participate as *amici* in this case would be appropriate because of *amici*'s unique knowledge of the circumstances and challenges facing children detained in federal immigration custody, as well as the essential role of counsel in fulfilling the Trafficking Victims Protection Reauthorization Act's mandate to protect children from "mistreatment, exploitation, and trafficking." 8 U.S.C. § 1232(c)(5). As discussed more fully in the accompanying *amicus curiae* brief, *amici* have decades of experience litigating the landmark *Flores* case, which created minimum standards of detention for children in federal immigration custody. CHRCL and NCYL originally filed the *Flores* case in 1985 and have acted as co-counsel on the case ever since. CR has served as *Flores* counsel since 2021, and the Clinic served as *Flores* counsel for several years before withdrawing from the case in 2020. In 2018, NCYL, CHRCL, and the Clinic filed *Lucas R. v. Becerra* to further protect and advance the due process rights of detained unaccompanied immigrant children. As co-counsel, *amici* have successfully litigated *Lucas R.* resulting in declaratory judgment, regulatory changes, and settlement agreements that protect the constitutional and

statutory rights of youth in immigration custody. As discussed in the brief, termination of funding for lawyers for children will frustrate the ability of unaccompanied children to exercise their legal rights, including but not limited to their rights in immigration court and in immigration custody, and endanger a vulnerable population by removing access to independent counsel able to protect them from mistreatment. *Amici* are invested in the issues presented by Plaintiffs because they are dedicated to protecting the rights of detained immigrant youth and have spent decades litigating a variety of cases to advance their rights. Therefore, *amici* provide a unique perspective from that of both parties, which they believe will assist the Court in deciding the issues before it.

3. *Amici* conferred with counsel for Plaintiffs, who indicated they do not oppose *Amici*'s request to file this brief.

4. *Amici* conferred with counsel for Defendants, who indicated they do not oppose *Amici*'s request to file this brief.

Respectfully submitted,

Dated: April 10, 2025

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Diane de Gramont

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín
Bardis Vakili
Sarah Kahn

CHILDREN'S RIGHTS
Leecia Welch

UC DAVIS SCHOOL OF LAW IMMIGRATION CLINIC
Holly S. Cooper

*/s/ Mishan Wroe*
Mishan Wroe
*One of the Attorneys for Amici Curiae*