NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

*Attorneys for Amici Curiae*
*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Case No. 25-cv-02847-AMO

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF NATIONAL CENTER FOR YOUTH LAW, CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW, CHILDREN'S RIGHTS, AND UC DAVIS SCHOOL OF LAW IMMIGRATION CLINIC FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Judge: Hon. Araceli Martínez-Olguín

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Bardis Vakili (Cal. Bar No. 247783)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

The unopposed motion of National Center for Youth Law, Center for Human Rights & Constitutional Law, Children's Rights, and UC Davis School of Law Immigration Clinic to file an *amicus curiae* brief in support of Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**.

**SO ORDERED.**

Dated: April 10, 2025

___________________________
ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mishan Wroe*
Mishan Wroe
*One of the Attorneys for Amici Curiae*