**MOEEL LAH FAKHOURY LLP**
Shaffy Moeel (CA Bar. No. 238732)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
(510) 500-9994
shaffy@mlf-llp.com

**YOUNG CENTER FOR IMMIGRANT CHILDREN'S RIGHTS**
Jane Liu (D.C. Bar No. 989847)*
Young Center for Immigrant Children's Rights
67 E. Madison St., Suite 1810
Chicago, Illinois 60603
(773) 360-8920
jliu@theyoungcenter.org

**pro hac vice* forthcoming
*Counsel for Amicus Curiae Young Center for Immigrant Children's Rights*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.,<br><br>Defendants. | Case No. 25-cv-2847-AMO<br><br>**UNOPPOSED MOTION OF YOUNG CENTER FOR IMMIGRANT CHILDREN'S RIGHTS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

The Young Center for Immigrant Children's Rights (Young Center) hereto respectfully moves for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for a Preliminary Injunction.

1. As discussed more fully in the brief accompanying this motion, amicus is a national non-profit organization whose mission is to protect and advance the rights and best interests of immigrant children in accordance with state, federal, and international law.

2. The Young Center should be granted leave to participate as *amicus* in this case. Since 2004, the Young Center has been appointed by the Office of Refugee Resettlement (ORR) within the U.S. Department of Health and Human Services to serve as the independent Child Advocate, akin to a best interests *guardian ad litem*, for unaccompanied and separated immigrant children in federal immigration custody. The Young Center is appointed as Child Advocate pursuant to the Trafficking Victims Protection Reauthorization Act (TVPRA), which authorizes ORR to appoint Child Advocates to "child trafficking victims and other vulnerable unaccompanied [immigrant] children." 8 U.S.C. § 1232(c)(6)(A). The Young Center is the only organization appointed by ORR to serve in this capacity. In accordance with the TVPRA, Young Center Child Advocates "advocate for the best interest" of each child to whom it is appointed. *Id*. As discussed in the brief, the Young Center has a vested interest in ensuring that unaccompanied children have access to legal representation, because it is in children's best interests to have legal representation in immigration proceedings. Therefore, *amicus* provides a unique perspective from that of both parties, which they believe will assist the Court in deciding the issues before it.

3. Counsel for *amicus* conferred with counsel for Plaintiffs, who consented to the filing of this *amicus curiae* brief.

4. Counsel for *amicus* conferred with counsel for the Defendants, who stated that they do not oppose the filing of this *amicus curiae* brief.

Respectfully submitted,

/s/ *Shaffy Moeel*

MOEEL LAH FAKHOURY LLP
Shaffy Moeel (CA Bar. No. 238732)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
(510) 500-9994
shaffy@mlf-llp.com

YOUNG CENTER FOR IMMIGRANT CHILDREN'S RIGHTS
Jane Liu (D.C. Bar No. 989847)*
Young Center for Immigrant Children's Rights
67 E. Madison St., Suite 1810
Chicago, Illinois 60603
(773) 360-8920
jliu@theyoungcenter.org

**pro hac vice* forthcoming
*Counsel for Amicus Curiae Young Center for Immigrant Children's Rights*

Dated: April 10, 2025