IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Case No. 3:25-CV-02847-AMO

**SUPPLEMENTAL DECLARATION OF ELIZABETH SANCHEZ KENNEDY (GHIRP) IN SUPPORT OF PLAINTIFFS' RENEWED EMERGENCY MOTION TO ENFORCE TEMPORARY RESTRAINING ORDER**

**SUPPLEMENTAL DECLARATION OF ELIZABETH SANCHEZ KENNEDY**
**Executive Director, Galveston-Houston Immigrant Representation Project (GHIRP)**

*I, Elizabeth Sanchez Kennedy, make the following statements on behalf of myself and Galveston-Houston Immigrant Representation Project (GHIRP). I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Elizabeth Sanchez Kennedy, and I am the Executive Director at the Galveston-Houston Immigrant Representation Project. GHIRP is a legal services organization that was launched in October 2020 with a mission to build a resilient, diverse community by providing comprehensive representation and holistic legal services to immigrants in need. GHIRP's legal services range from outreach and education to complex litigation in the Galveston-Houston area. Our legal team provides holistic and comprehensive representation to immigrants in the community, including unaccompanied minors, adults, and women, children, and families.

2. I incorporate my initial Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 7-17) as if fully set forth herein.

3. Despite the partial contract termination, GHIRP's Immigrant Children & Youth team continues to provide legal services to detained and released unaccompanied immigrant children in the Galveston-Houston area. Unfortunately, on Monday, April 7, 2025, we laid of eight (8) staff members due to the loss of funding as a result of the partial contract termination. The staff that were terminated included two attorneys, five legal and administrative assistants, and one social services coordinator.

4. Our Immigrant Children & Youth team has continued providing unfunded legal services in the Office of Refugee Resettlement (ORR) facilities that we serve, including a facility dedicated to tender-aged youth. The portion of the contract that was extended for six months funds CLIN 1 services, which include KYR presentations and confidential legal consultations for *pro se* children in ORR facilities. However, direct representation legal services (the portion of the contract that was terminated) for detained children are necessary due to the "rocket dockets," which has expedited children through the immigration court system.

5. One of the facilities GHIRP serves, which houses children aged 6-17, currently has 33 children in care. The US Department of Homeland Security, Immigration and Customs Enforcement (ICE) filed 31 of the children's Notice to Appear (NTA) placing them in immigration court. We anticipate that their hearings will be scheduled very soon. In court, they will be expected to plead to the charges on the NTA and notify the immigration judge

of the relief they will be seeking. This includes multiple tender-aged children under the age of 12 years old; the youngest child scheduled for court is six (6) years old. Our team is preparing pro se asylum applications for some of the children this week, and we foresee extensive additional services in order to prepare the children for their hearings.

6. Another ORR facility we serve, Gasmer, has 22 children in care (ages 13-17). ICE has also placed these children into expedited immigration court proceedings by filing their NTAs, and the children will be appearing unrepresented in court very soon.

7. Additionally, GHIRP staff are providing shelter services (CLIN 1 services) at a new ORR facility in the Houston area for an organization that is no longer providing services at the facility. There is a recently arrived child at that facility with a complex case that needs immediate intervention by an attorney to avoid imminent deportation to his home country. A different child in the facility was recently scheduled to appear at their asylum interview at the end of this month, where he will be required to appear without an attorney and give comprehensive testimony that proves his asylum eligibility. We anticipate providing additional legal services (beyond CLIN1) to both of these children out of necessity.

8. Finally, we have begun receiving community referrals for children who are no longer represented by partner organizations due to the loss of funding. These referrals have included several children in Texas Department of Family and Protective Services custody, that we are considering representing due to their extreme vulnerabilities and past trauma.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th of April 2025, in Houston, Harris County, Texas.

_/s/ *Elizabeth Sanchez Kennedy*______
**Elizabeth Sanchez Kennedy**
**Executive Director**
**Galveston-Houston Immigrant Representation Project (GHIRP)**