IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Case No. 3:25-CV-02847-AMO

**SUPPLEMENTAL DECLARATION OF MELISSA MARI LOPEZ (ESTRELLA) IN SUPPORT OF PLAINTIFFS' RENEWED EMERGENCY MOTION TO ENFORCE TEMPORARY RESTRAINING ORDER**

**SUPPLEMENTAL DECLARATION OF MELISSA MARI LOPEZ**
**EXECUTIVE DIRECTOR, ESTRELLA DEL PASO**

*I, Melissa Mari Lopez, make the following statements on behalf of myself and Estrella del Paso. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 7-14) as if fully set forth herein.

2. My name is Melissa Mari. Lopez, and I am the Executive Director at Diocesan Migrant & Refugee Services doing business as Estrella del Paso ("Estrella del Paso"). Estrella del Paso is the largest provider of free immigration legal services in West Texas and New Mexico. Estrella del Paso is based out of El Paso, Texas but provides legal services to populations living anywhere in West Texas and the state of New Mexico who have removal proceedings venued in the El Paso, Texas before the El Paso Non-Detained Immigration Court, the El Paso Detained Immigration Court, or the Otero Detained Immigration Court. Estrella del Paso is the primary organization in West Texas and New Mexico providing legal services to indigent, unaccompanied immigrant children who are not in detention as well as those detained in Office of Refugee Resettlement (ORR) custody in El Paso County.

3. Despite the Temporary Restraining Order (TRO) being in effect from April 2, 2025, we are still not able to provide any legal representation, pro se assistance, or assist with pro bono referrals.

4. It is imperative we get our program up and running. Our organization is the only organization that provides legal services to detained unaccompanied children. Recently it has come to our attention that children's cases are moving through the immigration court system at a much faster speed. Prior to just a couple of weeks ago it had been standard practice in El Paso that children who recently arrived at the shelter were not scheduled for their removal hearing within 90 days of their arrival. This served the purpose of allowing time for the child to reunify with family members within the United States and thereby commence proceedings in the venue closer to where the child would be living. This practice has changed however as we are noticing an increasing trend in recently arrived children being immediately scheduled for court. Were we allowed to continue our normal practice this would not be an issue as all children detained at an ORR shelter would be provided with an attorney, however at present we are not allowed to represent children.

5. At present there is a juvenile docket set for Friday, April 11, 2025, and April 18, 2025. On the April 11, 2025, court docket, there are currently fifteen children from the shelters we provide services at who will have to appear unrepresented. On the April 18, 2025, court docket, there are eighteen children who will have to appear unrepresented. Amongst those children there are several who are tendered aged, one is only two years old.

6. On the April 18, 2025, court docket there is also a child our team met with, who wishes to seek voluntary departure back to their home country. We will not be able to assist the child to ensure the child is able to articulate to the judge her wishes. Nor are we able to find pro bono counsel for her, as this is part of the actions that were terminated by the contract. Children often feel intimidated by the court setting and rarely can advocate for themselves. During our intake and KYR session we explain to children what rights they have and what they can and can't do in court, but a one-time know your rights presentation is not sufficient to explain to a child how they can seek voluntary departure on their own, nor is it enough time to empower a child with enough confidence to speak for themselves.

7. Children continue to arrive at our shelters every week and we are seeing a growing number of their cases being scheduled in court resulting in larger dockets of children being forced to proceed on their case without any assistance from counsel or any trusted adult in their lives as these are detained children.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th of April 2025, in El Paso, Texas.

Digitally signed by Melissa M. Lopez
Date: 2025.04.10 16:59:44 -06'00'

Melissa M. Lopez
Executive Director
Estrella del Paso