YAAKOV M. ROTH
Acting Assistant Attorney General
WILLIAM C. SILVIS (DCBN 485572)
Assistant Director
MICHAEL A. CELONE (MDBN 1312170145)
CHRISTINA PARASCANDOLA (DCBN 468479)
KATELYN MASETTA ALVAREZ (OHBN 97857)
JONATHAN K. ROSS (NCBN 50203)
Senior Litigation Counsel
ZACHARY A. CARDIN (MDBN 1812110052)
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 3514-0120
    Katelyn.Masetta.Alvarez@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *ET AL.*, | Case No. 3:25-cv-02847-AMO |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, | Hon. Araceli Martínez-Olguín<br>United States District Judge |
| Defendants. | |

DEFENDANTS' NOTICE OF APPEAL

3:25-CV-02847- AMO               1

1    Defendants United States Health and Human Services, United States Department of Interior, and

2    United States Office of Refugee Resettlement hereby appeal from the Court's April 1, 2025 order

3    granting a Temporary Restraining Order (TRO), ECF No. 33, and the Court's April 10, 2025 order

4    extending the TRO, ECF No. 48, to the United States Court of Appeals for the Ninth Circuit. The court

5    of appeals has jurisdiction under 28 U.S.C. § 1292(a)(1), because the Court extended the TRO beyond

6    the 14-day period in Federal Rule of Civil Procedure 65(b) and because Defendants strongly challenged

7    the Court's basis for entering a TRO. *See Serv. Emps. Int'l Union v. Nat'l Union of Healthcare Workers*,

8    598 F.3d 1061, 1067 (9th Cir. 2010) (observing that an order denominated a TRO that possessed the

9    qualities of a preliminary injunction is a reviewable interlocutory order). Where, as here, a district court

10   held an adversary hearing and the basis for the district court's order was strongly challenged,

11   classification as a TRO is unlikely. *Id*. (citation omitted). Likewise, where, as here, the duration of the

12   order exceeds the ordinary duration for TROs as set forth in the Federal Rules of Civil Procedure,

13   classification as a TRO is unlikely. *Id*. (citation omitted).

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' NOTICE OF APPEAL

3:25-CV-02847- AMO                                2

1    DATED:        April 11, 2025                Respectfully submitted,

2                                                YAAKOV M. ROTH
                                                 Acting Assistant Attorney General
3

4                                                WILLIAM C. SILVIS
                                                 Assistant Director
5

6                                                CHRISTINA PARASCANDOLA
                                                 MICHAEL A. CELONE
                                                 JONATHAN K. ROSS
7                                                Senior Litigation Counsel

8                                                ZACHARY A. CARDIN
                                                 Trial Attorney
9

10                                               /s/ Katelyn Masetta-Alvarez
                                                 KATELYN MASETTA-ALVAREZ
11                                               Senior Litigation Counsel
                                                 U.S. Department of Justice, Civil Division
12                                               Office of Immigration Litigation
                                                 General Litigation and Appeals Section
13                                               P.O. Box 878, Ben Franklin Station
                                                 Washington, DC 20044
14                                               (202) 514-0120
                                                 Katelyn.Masetta.Alvarez@usdoj.gov
15

16                                               *Attorneys for Defendants*

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' NOTICE OF APPEAL

3:25-CV-02847- AMO                               3

1

2                                    CERTIFICATE OF SERVICE

3          I hereby certify that on April 11, 2025, I served the foregoing pleading on all counsel of

4    record by means of the District Clerk's CM/ECF electronic filing system.

5

6

7                                                    /s/ *Katelyn Masetta-Alvarez*
                                                     KATELYN MASETTA-ALVAREZ
8                                                    Senior Litigation Counsel
                                                     U.S. Department of Justice
9                                                    Office of Immigration Litigation

10                                                   *Attorney for Defendants*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFEDANTS' NOTICE OF APPEAL

3:25-CV-02847- AMO