UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>Defendants. | Case No. 3:25-cv-02847-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY TEMPORARY RESTRAINING ORDER PENDING APPEAL** |

Having read and considered Defendants' Motion to Stay the Temporary Restraining Order Pending Appeal and finding good cause therefor:

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The Temporary Restraining Order (ECF Nos. 33, 48) is hereby STAYED.

Dated:

_____
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE