**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

CASE NO. 3:25-CV-02847-AMO

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR RECUSAL OF A DISTRICT JUDGE PURSUANT TO 28 U.S.C. § 455 AND REASSIGNMENT**

Having read and considered Defendants' Motion for Recusal of a District Judge Pursuant To 28 U.S.C. § 455 and Reassignment, and finding no good cause therefore:

IT IS HEREBY ORDERED that Defendants' motion is DENIED.

______________________________
UNITED STATES DISTRICT JUDGE