|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 18 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO; et al.,

      Plaintiffs - Appellees,

 v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al.,

      Defendants - Appellants.

No. 25-2358

D.C. No. 3:25-cv-02847-AMO
Northern District of California, San Francisco

ORDER

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

We conclude that the temporary restraining order is not appealable under 28 U.S.C. § 1292(a)(1). *See E. Bay Sanctuary Covenant v. Trump*, 932 F.3d 742, 762 (9th Cir. 2018) (explaining factors the court considers in determining whether a temporary restraining order is appealable as a preliminary injunction); *see also Washington v. Trump*, 847 F.3d 1151, 1158 (9th Cir. 2017) (per curiam). We therefore dismiss this appeal and deny the emergency motion (Docket Entry No. 5) as moot.

      **DISMISSED.**