IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-2847<br><br>**SUPPLEMENTAL DECLARATION OF SAMANTHA HSIEH (AMICA CENTER) IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION TO ENFORCE TRO** |

**SUPPLEMENTAL DECLARATION OF SAMANTHA HSIEH, DEPUTY PROGRAM DIRECTOR OF THE IMMIGRATION IMPACT LAB AT AMICA CENTER FOR IMMIGRANT RIGHTS (FORMERLY CAPITAL AREA IMMIGRANTS' RIGHTS ("CAIR") COALITION)**

*I, Samantha Hsieh, make the following statements on behalf of myself and Amica Center for Immigrant Rights. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion to Enforce TRO (Dkt. 40-3) as if fully set forth herein.

2. My name is Samantha Hsieh, and I am the Deputy Program Director of the Immigration Impact Lab at Amica Center for Immigrant Rights ("Amica Center"), formerly known as the Capital Area Immigrants' Rights ("CAIR") Coalition. Amica Center is a Washington, D.C.-based nonprofit legal services organization that strives to ensure equal justice for all indigent immigrant men, women, and children at risk of detention and deportation in the Washington, D.C. area and beyond by providing free legal services and representation. I am an attorney licensed in Virginia and have been practicing law for more than 8 years. I joined Amica Center in May 2019. I am counsel of record in this case.

3. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence on April 25, 2025, between the parties regarding compliance with this Court's temporary restraining order. On April 25, Plaintiffs emailed Defendants to inquire about any updates regarding the reinstatement of funding based on statements by Defendants' declarant Sharon Roberts at this Court's April 23 hearing that the revised contract would be sent to Acacia Center for Justice within one to two days. Ex. 1 at 1. Defendants responded on April 28, 2025, acknowledging receipt and indicating they were still "gathering the latest information." *Id.*

4. Further, to Plaintiffs' knowledge, to date, Defendants have not released any funding for the legal representation of unaccompanied immigrant children pursuant to this Court's TRO order, effective Wednesday, April 2 at 8 a.m. PT, to Plaintiffs, other organizations providing such services, or Acacia Center for Justice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 28th of April 2025, in Takoma Park, MD.

*/s/ Samantha Hsieh*
Samantha Hsieh
Deputy Program Director, Immigration Impact Lab
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW, Suite 701
Washington, D.C. 20036
P: (202) 908-6902
sam@amicacenter.org

# Exhibit 1

Outlook

**RE: Filings in CLS v. HHS, 3:25-cv-02847-AMO**

**From** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Date** Mon 4/28/2025 2:13 PM
**To** Adina Appelbaum <adina@amicacenter.org>; Alvaro M. Huerta <ahuerta@immdef.org>; karen.tumlin@justiceactioncenter.org <karen.tumlin@justiceactioncenter.org>; Sam Hsieh <Sam@amicacenter.org>; Carson Scott <CScott@ImmDef.org>
**Cc** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>

Hi Adina,

Thank you very much for your message. I'm acknowledging receipt and appreciate you reaching out. We are in the process of gathering the latest information and will be sure to provide an update as soon as we are able.

Best,
Jonathan

---

**From:** Adina Appelbaum <adina@amicacenter.org>
**Sent:** Friday, April 25, 2025 4:30 PM
**To:** Alvaro M. Huerta <ahuerta@immdef.org>; Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; karen.tumlin@justiceactioncenter.org; Sam Hsieh <Sam@amicacenter.org>; Carson Scott <CScott@ImmDef.org>
**Cc:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>
**Subject:** [EXTERNAL] Re: Filings in CLS v. HHS, 3:25-cv-02847-AMO

Dear Jonathan:

At the PI motion hearing this Wednesday, Defendants' declarant Sharon Roberts stated to the Court on the record that the revised contract would be sent to Acacia for the Unaccompanied Children's Program in 1-2 days. Can you please provide an update?

Thanks,
Adina

**Adina Appelbaum (she/her/ella)**
**Program Director | Immigration Impact Lab**

Amica Center for Immigrant Rights

**Amica Center for Immigrant Rights is formerly known as CAIR Coalition.**
To learn more about our new name and new brand, click here.

Admitted to practice in Washington, D.C. and Virginia

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of the transmission.

---

**From:** Alvaro Huerta <AHuerta@ImmDef.org>
**Sent:** Friday, April 11, 2025 11:27 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; karen.tumlin@justiceactioncenter.org <karen.tumlin@justiceactioncenter.org>; Sam Hsieh <Sam@amicacenter.org>; Adina Appelbaum <adina@amicacenter.org>; Carson Scott <CScott@ImmDef.org>
**Cc:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>
**Subject:** RE: Filings in CLS v. HHS, 3:25-cv-02847-AMO

**[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

Thank you, Counsel. We intend to oppose both motions.

Best,
Alvaro

---
**Alvaro M. Huerta**
Director of Litigation & Advocacy
**Immigrant Defenders Law Center**
ahuerta@immdef.org
213.338.7542

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Friday, April 11, 2025 2:45 PM
**To:** karen.tumlin@justiceactioncenter.org; sam@amicacenter.org; adina@amicacenter.org; Alvaro Huerta <AHuerta@ImmDef.org>; Carson Scott <CScott@ImmDef.org>

**Cc:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>
**Subject:** Filings in CLS v. HHS, 3:25-cv-02847-AMO

**External email: Please be careful if sending personal information or when opening attachments or clicking on links**

Dear Counsel,

We write to inform you that Defendants intend to imminently file a notice of appeal from the Court's Temporary Restraining Order and subsequent extension. In connection with that filing, Defendants will also be seeking a stay of the order in both the district court and the Ninth Circuit.

Please advise if you intend to take a position on either of the forthcoming motions.

Sincerely,
Jonathan

**JONATHAN K. ROSS**
Senior Litigation Counsel

**Office of Immigration Litigation**
**UNITED STATES DEPARTMENT OF JUSTICE**
P.O. Box 878 | Ben Franklin Station | Washington, D.C. 20044
Direct: 202.305.7662 | Jonathan.K.Ross@usdoj.gov

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

Confidentiality: This message is intended for the designated recipient(s) only and may contained privileged information. Dissemination of this email or its attachments to anyone other than the intended recipient is prohibited. If you received this message in error, please notify the sender and destroy this message and all attachments.