# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Case No. 3:25-cv-2847

**SECOND SUPPLEMENTAL DECLARATION OF LAURA NALLY (AMICA CENTER) IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**SECOND SUPPLEMENTAL DECLARATION OF LAURA NALLY, PROGRAM DIRECTOR FOR THE CHILDREN'S PROGRAM AT AMICA CENTER FOR IMMIGRANT RIGHTS (FORMERLY CAPITAL AREA IMMIGRANTS' RIGHTS ("CAIR") COALITION)**

*I, Laura Nally, make the following statements on behalf of myself and Amica Center for Immigrant Rights. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order (Dkt. 7-15) and Declaration in Support of Plaintiffs' Motion for a Preliminary Injunction (Dkt. 37-15) as if fully set forth herein.

2. My name is Laura Nally, and I am the Program Director overseeing the Children's Program at Amica Center for Immigrant Rights ("Amica Center"), formerly known as the Capital Area Immigrants' Rights ("CAIR") Coalition. Amica Center is a Washington, D.C.-based nonprofit legal services organization that strives to ensure equal justice for all indigent immigrant men, women, and children at risk of detention and deportation in the Washington, D.C. area and beyond by providing free legal services and representation. I am an attorney licensed in Virginia and the District of Columbia and have been practicing immigration law for more than 15 years. I joined the Children's Program at Amica Center in August 2019.

3. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence from Acacia Center for Justice (Acacia) on April 28, 2025. On that date, Acacia emailed providers on its Sensitive Communication Contacts and Contract Signatories listservs informing them that the Government had sent a contract modification agreement that afternoon. The agreement reinstated Contract Line Item Numbers 2 through 4, which include funding for the legal representation of unaccompanied children, from April 30, 2025 (the end date for this Court's TRO) through September 29, 2025. According to Acacia, the period from the March 21, 2025, termination date through April 29, 2025, remains subject to a Termination Settlement Proposal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 29th of April 2025, in Alexandria, VA.

*/s/ Laura Nally*
Laura Nally

Director, Detained Children's Program
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW, Suite 701
Washington, D.C. 20036
P: (202) 916-8179
laura@amicacenter.org

# EXHIBIT 1

**Laura Nally**

---

**From:** Natalie Kaminsky <nkaminsky@acaciajustice.org>
**Sent:** Monday, April 28, 2025 6:07 PM
**To:** Natalie Kaminsky
**Cc:** Meghan Johnson Perez; Derek Loh; Shaina Aber; Michael Corradini; Anne Marie Mulcahy; Leah Prestamo; Tania Sawczuk; Ailin Buigues; Cassandra Lopez
**Subject:** UCP Contract Update

**[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

*Note: This email has been sent to all Sensitive Communication Contacts and Contract Signatories.*

Greetings,

We are writing to share the update that this afternoon the government sent a modification agreement for Acacia's review and signature, reinstating Contract Line Item Numbers (CLINs) 2, 3, and 4, with an effective date of April 30, 2025. The CLINs are to be reinstated via a bilateral modification to the current extension period, which until now had only contained CLIN1. The reinstatement is valid from Wednesday, April 30, 2025 through September 29, 2025 (the end of the current extension period). The period of termination (March 21, 2025, through April 29, 2025) will remain subject to a Termination Settlement Proposal; Acacia is preparing related guidance and will send that out to the network as soon as possible.

Although this is welcome news, we want to caution everyone that the effective date of the reinstatement is the same date that the Temporary Restraining Order (TRO) in the litigation expires. If the TRO expires, and the Court does not either extend the TRO or grant the preliminary injunction on the same date, the government may terminate CLINs 2, 3, and 4 once again, or place us under a stop-work order, even if they have executed this bilateral modification reinstating the terminated CLINs.

We will be in touch shortly with details for a network call where we can discuss what this means and next steps. For now, we ask that you cautiously prepare to resume activities. Acacia will be in contact with you on Wednesday as we learn more.

Best,
Meghan, Derek, Natalie

**Natalie Kaminsky** *(she/her)*
**Director of Technical Compliance**
**Unaccompanied Children Program**

ACACIA CENTER FOR JUSTICE

Acacia Center for Justice
acaciajustice.org

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.*