YAAKOV M. ROTH
Acting Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
KATE MASETTA ALVAREZ
JONATHAN K. ROSS
Senior Litigation Counsel
ZACHARY A. CARDIN
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 305-7662
    Jonathan.K.Ross@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br> Defendants. | Case No. 3:25-cv-02847-AMO <br><br> **DEFENDANTS' NOTICE OF APPEAL** |

# DEFENDANTS' NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting Plaintiffs' Motion for Preliminary Injunction entered on April 29, 2025 (ECF No. 87). Defendants are exempt by statute from paying the appellate filing fee. *See* 9th Cir. R. 3-1(c). Defendants previously filed a notice of appeal from the Court's temporary restraining order. ECF No. 56; *see Community Legal Services of East Palo Alto, et al. v. HHS, et al.*, No. 25-2358 (9th Cir.).

DATED: April 30, 2025						Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
KATE MASETTA ALVAREZ
MICHAEL A. CELONE
Senior Litigation Counsel

ZACHARY A. CARDIN
Trial Attorney

*/s/ Jonathan K. Ross*
JONATHAN K. ROSS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7662
Jonathan.K.Ross@usdoj.gov

Attorneys for Defendants