YAAKOV M. ROTH
Acting Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
KATELYN MASETTA-ALVAREZ
JONATHAN K. ROSS
Senior Litigation Counsel
ZACHARY A. CARDIN
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 514-0120
    Katelyn.Masetta.Alvarez@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br> Defendants. | Case No. 3:25-cv-02847-AMO <br><br> **DEFENDANTS' STATUS REPORT AND NOTICE OF COMPLIANCE** |

## DEFENDANTS' STATUS REPORT AND NOTICE OF COMPLIANCE

Pursuant to the Court's Order dated April 29, 2025 (ECF No. 87), Defendants submit this Status Report to explain the steps taken to comply with the Court's preliminary injunction.

On April 28, 2025, the Department of Interior (DOI) completed all required internal reviews, and the DOI contracting officer prepared the final modification and sent the modification to Acacia for signature. *See* Ex. A, 2d Supp. Decl. of Sharon Roberts, ¶ 9. On April 29, 2025, Acacia signed and returned the modification to DOI. *Id.* ¶ 10. The same day, DOI countersigned, thus completing the bilateral modification with an effective date of April 29, 2025 and an end date of September 29, 2025. *Id.* The effective date of April 29 means that Acacia's invoices submitted for tasks completed during the period starting April 29, 2025 and ending September 29, 2025 will be paid pursuant to the modified contract terms. *Id.* ¶ 11. Although a contract with Acacia for CLINs 2-4, including direct-legal services, was not in place between March 21 and April 29, 2025, Acacia may submit a settlement proposal for covered expenses incurred during that time period pursuant to the terms of the partially terminated contract. *Id.* ¶ 12; *see also* Email from Acacia, ECF No. 86-1 at 6 (stating "The period of termination [March 21, 2025, through April 29, 2025] will remain subject to a Termination Settlement Proposal; Acacia is preparing related guidance and will send that out to the network as soon as possible.").

Because the Acacia contract is in place and money is available to provide direct-legal services pursuant to their agreement with Acacia, Defendants are not "withdrawing the services or funds provided by the Office of Refugee Resettlement (ORR) as of March 20, 2025 . . . particularly ORR's provision of funds for direct legal representation services to unaccompanied children." ECF No. 87 at 28. Thus, Defendants are in compliance with the preliminary injunction.

DATED: May 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
JONATHAN K. ROSS
MICHAEL A. CELONE
Senior Litigation Counsel

ZACHARY A. CARDIN
Trial Attorney

*/s/ Katelyn Masetta-Alvarez*
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-0120
Katelyn.masetta.alvarez@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants certifies that this Status Report contains 2 pages, which complies with the word limit of this Court's Standing Order. All counsel of record were served a copy of this status report electronically via ECF.

Respectfully submitted,
*/s/ Katelyn Masetta-Alvarez*
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division