# EXHIBIT A

Case 3:25-cv-02847-AMO     Document 91-1     Filed 05/02/25     Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No: 3:25-cv-2847 (AMO) |

### **SUPPLEMENTAL DECLARATION OF SHARON ROBERTS**

I, Sharon Roberts, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I incorporate my previous declarations in this case (ECF Nos. 45-2, 82-1) as if fully set forth herein.

2. I am the Associate Director of the U.S. Department of the Interior, Interior Business Center, Acquisition Services Directorate (collectively DOI).

3. DOI provides assisted acquisition services to the Department of Health and Human Services, Administration of Children and Families, Office of Refugee Resettlement (collectively ORR) under the Interior Franchise Fund. The Interior Franchise Fund is one of six pilot programs authorized pursuant to the Federal Financial Reform Act of 1994, Pub. L. 103-356, title IV, § 403, 103 Stat. 3414 (Oct. 13, 1994) and made permanent by the Consolidated Appropriations Act of 2008. Pub. L. 110-161, 121 Stat. 1844 (Dec. 26, 2007), to provide "common administrative support services" to federal agencies more efficiently than through other means.

4. This declaration is based upon my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the contract records of contract number 140D0422C0009 between DOI and Acacia Center for Justice (Acacia), and information conveyed to me by current agency employees including the Contracting Officer administering the contract.

5. I submit this declaration to supplement my earlier declarations filed on April 8, 2025 and April 21, 2025 and in order to convey the further specific steps taken by DOI to comply with the TRO.

6. On April 21, 2025, at approximately 8:01pm ET, I executed my previous declaration in this matter. ECF No. 82-1. At 8:27pm ET, DOI received from Acacia its final reinstatement proposal.

7. On April 22 and 23, 2025, DOI reviewed Acacia's final reinstatement proposal and, having found the proposal complete and acceptable, DOI prepared the bilateral contract modification to add CLINs 2-4 to the contract.

8. On April 24, 2025, the DOI contracting officer sent the modification for required internal reviews.

9. On April 28, 2025, DOI completed all required internal reviews, the DOI contracting officer prepared the final modification and sent the modification to Acacia for signature.

10. On April 29, 2025, Acacia signed and returned the modification to DOI and DOI countersigned, thus completing the bilateral modification with an effective date of April 29, 2025, a performance start date of April 30, 2025 and an end date of September 29, 2025.

11. The effective date of April 29 means that Acacia's approved invoices submitted for tasks completed during the period starting April 29, 2025 and ending September 29, 2025 will be paid pursuant to the modified contract terms.

12. A contract with Acacia for CLINs 2-4 was not in place between March 21 and April 29, 2025. Pursuant to the terms of the partially terminated contract and the March 21, 2025 "Cancellation Order," Acacia may submit a settlement proposal for covered expenses within six months of the "Cancellation Order" (by September 21, 2025).

Executed on May 2, 2025.

SHARON ROBERTS
Digitally signed by SHARON ROBERTS
Date: 2025.05.02 15:37:11 -04'00'

Sharon Roberts

2