UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, | Case No. 3:25-cv-02847-AMO |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION ORDER PENDING APPEAL** |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, | |
| Defendants. | |

Having read and considered Defendants' Motion to Stay the Preliminary Injunction Order Pending Appeal and finding good cause therefor:

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The Preliminary Injunction Order (ECF No. 87) is hereby STAYED.

Dated:

_____
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE