UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al., | Case No.  25-cv-02847-AMO |
| Plaintiffs, | **ORDER** |
| v. | Re: Dkt. Nos. 40, 53, 86 |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |

Before the Court are Plaintiffs' two motions to enforce the Temporary Restraining Order ("TRO") entered on April 1, 2025.  ECF 40; ECF 53.  The Court entered a Preliminary Injunction ("PI") in place of the TRO on April 29, 2025.  ECF 87.  The Government filed a status report certifying compliance with the PI.  ECF 91.  In light of the Government's certification, the Court is inclined to terminate the pending motions to enforce as moot.  By no later than noon on May 8, 2025, Plaintiffs shall either withdraw their motions to enforce or file a short statement regarding the continued necessity for the Court to hear the motions to enforce on May 15, 2025.

Separately, the Court TERMINATES as moot Plaintiffs' motion for leave to file supplemental materials in support of the motion for preliminary injunction.  ECF 86.

**IT IS SO ORDERED.**

Dated: May 6, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**