YAAKOV M. ROTH
Acting Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
KATELYN MASETTA-ALVAREZ
JONATHAN K. ROSS
Senior Litigation Counsel
ZACHARY A. CARDIN
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 305-7662
    Jonathan.K.Ross@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, <br><br>    Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br>    Defendants. | Case No. 3:25-cv-02847-AMO <br><br>**DEFENDANTS' MAY 9, 2025 STATUS REPORT AND NOTICE OF COMPLIANCE** |

## DEFENDANTS' STATUS REPORT AND NOTICE OF COMPLIANCE

Pursuant to the Court's Order dated April 29, 2025 (ECF No. 87), Defendants respectfully submit this Status Report.

As noted in Defendants' prior status report (ECF No. 91), the Department of the Interior completed a bilateral contract modification with the Acacia Center for Justice on April 29, 2025, thereby restoring funding for direct legal representation services to unaccompanied children under the relevant contract line items. That modification remains in effect and fully implemented.[1]

Since that time, there have been no material developments. Plaintiffs' recent withdrawal of their motions to enforce (ECF No. 96) further reflects that Defendants remain in compliance with the Court's preliminary injunction. Given that the challenged contract has been reinstated and no party currently asserts noncompliance, Defendants respectfully suggest that the Court vacate its directive requiring continued status reports.

---

[1] Separately, Defendants moved to stay the preliminary injunction in both this Court and the Court of Appeals. In the district court, Plaintiffs' response is due by May 19, 2025, and Defendants' reply is due by May 27, 2025. In the Ninth Circuit, Plaintiffs' filed their opposition to the emergency stay motion today; Defendants' reply is due on May 12, 2025. *See* ECF No. 9, Case No. 25-2808.

DEFENDANTS' STATUS REPORT AND NOTICE OF COMPLIANCE
3:25-CV-02847- AMO                                    1

DATED: May 9, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
KATELYN MASETTA-ALVAREZ
MICHAEL A. CELONE
Senior Litigation Counsel

ZACHARY A. CARDIN
Trial Attorney

*/s/ Jonathan K. Ross*
JONATHAN K. ROSS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7662
Jonathan.K.Ross@usdoj.gov

Attorneys for Defendants

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants certifies that this Status Report contains 2 pages, which complies with the word limit of this Court's Standing Order. All counsel of record were served a copy of this status report electronically via ECF.

Respectfully submitted,
*/s/ Jonathan K. Ross*
JONATHAN K. ROSS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division