YAAKOV M. ROTH
Acting Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
KATELYN MASETTA-ALVAREZ
JONATHAN K. ROSS
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

     U.S. Department of Justice, Civil Division
     Office of Immigration Litigation
     General Litigation and Appeals Section
     P.O. Box 878, Ben Franklin Station
     Washington, DC 20044
     (202) 532-4945
     zachary.a.cardin@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, | Case No. 3:25-cv-02847-AMO |
| Plaintiffs, | **DEFENDANTS' STATUS REPORT** |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, | |
| Defendants. | |

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Status Report. Since Defendants' last Status Report, filed on May 9, 2025, *see* ECF No. 98, there have been no material developments.

DATED: May 23, 2025                                        Respectfully submitted,


                                                          YAAKOV M. ROTH
                                                          Acting Assistant Attorney General

                                                          WILLIAM C. SILVIS
                                                          Assistant Director

                                                          CHRISTINA PARASCANDOLA
                                                          MICHAEL A. CELONE
                                                          KATELYN MASETTA-ALVAREZ
                                                          JONATHAN K. ROSS
                                                          Senior Litigation Counsel

                                                          ZACHARY A. CARDIN
                                                          Trial Attorney

                                                          */s/ Zachary Cardin*
                                                          ZACHARY CARDIN
                                                          Trial Attorney
                                                          Office of Immigration Litigation
                                                          General Litigation and Appeals Section
                                                          P.O. Box 878, Ben Franklin Station
                                                          Washington, DC 20044
                                                          (202) 532-4945
                                                          zachary.a.cardin@usdoj.gov


                                                          Attorneys for Defendants