UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 25-cv-02847-AMO<br><br>**ORDER DENYING STAY PENDING APPEAL**<br><br>Re: Dkt. No. 93 |

On April 29, 2025, the Court granted Plaintiffs' motion for preliminary injunction, preventing Defendants from cancelling or withdrawing funds for direct legal representation services to unaccompanied children in immigration proceedings. *See* ECF 87. Before the Court is Defendants' motion to stay the preliminary injunction pending its appeal. ECF 93. Defendants simultaneously pursued a stay of the injunction on an expedited basis before the Court of Appeals for the Ninth Circuit, a request that has already been denied. *Cmty. Legal Servs. in E. Palo Alto v. United States Dep't of Health & Hum. Servs.*, No. 25-2808, 2025 WL 1393876 (9th Cir. May 14, 2025). For the same reasons that the Court of Appeals denied Defendants' request for a stay, including a failure to demonstrate likelihood of success on its assertions that the agency discretion or the Tucker Act prohibit this Court's review of Plaintiffs' Administrative Procedure Act claims, and the Defendants' failure to evidence irreparable harm during the pendency of the appeal, this Court **DENIES** Defendants' request for a stay pending appeal.

**IT IS SO ORDERED.**

Dated: May 30, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**