UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 25-cv-02847-AMO<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE AND PRODUCTION OF ADMINISTRATIVE RECORD**<br><br>Re: Dkt. Nos. 120, 123, 124 |

The parties submitted their joint case management statement on June 20, 2025. Having reviewed the parties' submission, the Court **VACATES** the case management conference set for June 26, 2025. The Court **TERMINATES** as moot Plaintiffs' counsel's administrative motion to appear remotely at the case management conference.

The Court adopts the parties' joint proposal regarding production of the administrative record. The certified administrative record shall be produced within 30 days of either of the following possible events, whichever is sooner, so long as the preliminary injunction remains in place in the interim: (a) the Court denies Defendants' motion to dismiss; or (b) the preliminary injunction, ECF 87, is stayed, dissolved, or otherwise modified. However, if Defendants are granted a stay pending appeal or other extraordinary relief from the preliminary injunction after July 7, 2025, the administrative record will be due 14 days after such relief is granted. No administrative record need be produced if the Court grants Defendants' motion to dismiss.

//

//

//

1  The Court will provide a briefing schedule for the parties' anticipated cross-motions for
2  summary judgment, if necessary, following resolution of Defendants' motion to dismiss.

4  **IT IS SO ORDERED.**

5  Dated: June 23, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**