BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
KATELYN MASETTA-ALVAREZ
JONATHAN K. ROSS
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 532-4945
    zachary.a.cardin@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>    Defendants. | Case No. 3:25-cv-02847-AMO<br><br>**DEFENDANTS' STATUS REPORT** |

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Status Report. Since Defendants' last Status Report, filed on May 23, 2025, *see* ECF No. 104, there have been no material developments.

DATED: July 7, 2025                                            Respectfully submitted,

                                                               BRETT A. SHUMATE
                                                                Assistant Attorney General

                                                               WILLIAM C. SILVIS
                                                               Assistant Director

                                                               CHRISTINA PARASCANDOLA
                                                               MICHAEL A. CELONE
                                                               KATELYN MASETTA-ALVAREZ
                                                               JONATHAN K. ROSS
                                                               Senior Litigation Counsel

                                                               ZACHARY A. CARDIN
                                                               Trial Attorney

                                                               */s/ Zachary Cardin*
                                                               ZACHARY CARDIN
                                                               Trial Attorney
                                                               Office of Immigration Litigation
                                                               General Litigation and Appeals Section
                                                               P.O. Box 878, Ben Franklin Station
                                                               Washington, DC 20044
                                                               (202) 532-4945
                                                               zachary.a.cardin@usdoj.gov

                                                               Attorneys for Defendants