BRETT A. SHUMATE
Assistant Attorney General
U.S. Department of Justice
Civil Division
GLENN GIRDHARRY
Deputy Director
Office of Immigration Litigation
WILLIAM C. SILVIS (DCBN 485572)
Assistant Director
MICHAEL A. CELONE (MDBN 1312170145)
CHRISTINA PARASCANDOLA (DCBN 468479)
KATELYN MASETTA ALVAREZ (OHBN 97857)
Senior Litigation Counsel

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-0120
Katelyn.Masetta.Alvarez@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *ET AL.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>Defendants. | Case No. 3:25-cv-02847-AMO<br><br>**NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD**<br><br>Hon. Araceli Martínez-Olguín<br>United States District Judge |

Defendants respectfully submit this Notice of Production confirming that on August 18, 2025, Defendants served the certified administrative record on all counsel of record via email. The record certification and index are attached.

DATED: August 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

GLENN GIRDHARRY
Deputy Director

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
JONATHAN K. ROSS
MICHAEL A. CELONE
Senior Litigation Counsel

/s/ Katelyn Masetta-Alvarez
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-0120
Katelyn.Masetta.Alvarez@usdoj.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I served the certified administrative record on all counsel of record by email. I further certify that counsel of record will be served with the foregoing Notice through the electronic case files (ECF) system.

/s/ *Katelyn Masetta-Alvarez*
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation

*Attorney for Defendants*