UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | No. 25-cv-02847-AMO |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Alexander Parcan, Division Chief, Division of Unaccompanied Alien Children Legal Affairs, Unaccompanied Alien Children Bureau, Office of Refugee Resettlement, Administration for Children and Families, U.S. Department of Health and Human Services, certify to the best of my knowledge that the materials listed in the attached index constitute the non-privileged documents that were considered, either directly or indirectly, in connection with promulgation of the policies challenged in the above-captioned action.

Executed this 15th day of August 2025, in Washington, D.C.

Alexander Parcan

Alexander Parcan