# ADMINISTRATIVE RECORD INDEX

| Begin Bates | Description |
|---|---|
| CLS-00000001 | Acacia Legal Services Contract Summary |
| CLS-00000003 | 140D0422C0009 Conformed Contract (redacted for commercially sensitive info) |
| CLS-00000307 | Secretarial Directive re Program Integrity (Feb. 3, 2025) |
| CLS-00000308 | Program and Payment Integrity Review Determination (Feb. 21, 2025) |
| CLS-00000310 | Decision memo re: Partial Termination of Specific Line Items on the Unaccompanied Alien Children Legal Services Contract 140D0422C0009 (Mar. 20, 2025) |
| CLS-00000313 | Decision memo re: Method of Delivering Legal Services to Unaccompanied Alien Children in Custody of the Administration for Children and Families Office of Refugee Resettlement (Mar. 20, 2025) |
| CLS-00000316 | Sixth Presentment of the Twenty-First Statewide Grand Jury Regarding Non-Government Organizations (Mar. 6, 2025) |
| CLS-00000374 | Third Presentment of the Twenty-First Statewide Grand Jury Regarding Unaccompanied Alien Children (Mar. 29, 2023) |
| CLS-00000420 | Email re: Notice of Immediate Stop Work Order (Feb. 18, 2025) |
| CLS-00000421 | Immediate Stop Work Order (Feb. 18, 2025) |
| CLS-00000422 | Email re: Cancellation of Stop Work Order (Feb. 21, 2025) |
| CLS-00000424 | Cancelation of Stop Work Order (Feb. 21, 2025) |
| CLS-00000425 | Notice of Termination (Mar. 21, 2025) |