BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
KATELYN MASETTA-ALVAREZ
JONATHAN K. ROSS
Senior Litigation Counsels
ZACHARY A. CARDIN
DEAN A. DE LAS ALAS
Trial Attorneys

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (771) 202-1393
    Dean.Delasalas@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>    Defendants. | Case No. 3:25-cv-02847-AMO<br><br>**DEFENDANTS' STATUS REPORT** |

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Status Report. Since Defendants' last Status Report, filed on July 7, 2025, *see* ECF No. 127, Defendant Office of Refugee Resettlement ("ORR") continues to abide by the Court's Preliminary Injunction. Though ORR's previous contract with the Acacia Center for Justice ("Acacia"), *see* ECF No. 98 (Defendants' May 9, 2025, Status Report), expired on July 31, 2025, ORR entered into a new contract on August 1, 2025, without any interruption of services.

DATED: August 21, 2025                                          Respectfully submitted,

BRETT A. SHUMATE
 Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

ZACHARY A. CARDIN
DEAN P. DE LAS ALAS
Trial Attorney

*/s/ Dean P. De Las Alas*
DEAN P. DE LAS ALAS
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(771) 202-1393
Dean.Delasalas@usdoj.gov

Attorneys for Defendants