BRETT SHUMATE
Assistant Attorney General
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
Senior Litigation Counsels
ZACHARY A. CARDIN
DEAN PHILLIP DE LAS ALAS
Trial Attorneys

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 514-3097
    christina.parascandola@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>    Defendants. | Case No. 3:25-cv-02847-AMO<br><br>**STIPULATION TO POSTPONE SUBMISSION OF JOINT PROPOSED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS** |

1   The Parties submit this stipulation pursuant to Local Rules 6-2 and 7-12 and jointly request that the Court allow the Parties to postpone the submission of a joint proposed briefing schedule for dispositive motions, as described below.

On August 1, 2025, this Court ordered that the Parties "meet and confer and, within 14 days following service of the administrative record, jointly submit a proposed briefing schedule on the anticipated dispositive motions." *See* Order, ECF No. 131.  On August 18, 2025, Defendants served Plaintiffs' counsel with the administrative record.  *See* ECF No. 132.  The Parties have met and conferred by zoom and by email several times and now submit this proposal to the Court.

Because the Ninth Circuit is still considering (1) Defendants' request for en banc review of Defendants' Motion to Stay this Court's preliminary injunction and (2) Defendants' appeal on the merits of this Court's preliminary injunction, the Parties propose waiting to set a briefing schedule. Any dispositive motions, and any need for discovery, will be better informed after the Ninth Circuit decides one or both of these pending requests.  The Parties respectfully request to jointly revisit, within 14 days of a decision from the Ninth Circuit, whether they will propose a briefing schedule at that time. Parties also note that further appeal could be taken to the U.S. Supreme Court, which might further justify a delayed briefing schedule or discovery decision before this Court.

Defendants join the position above except as to the need for discovery.  Defendants' position is that the Court can decide this matter based on the certified administrative record.

The Parties reserve their rights as to any position on further delay of a briefing schedule beyond that requested here (14 days from a Ninth Circuit decision on one or both of pending requests), but agree to jointly revisit the issue if and when circumstances change due to a Supreme Court appeal, a lift of the current preliminary injunction, a change in the Parties' contract status, or other relevant development.

A proposed order is included herewith.

| | |
|---|---|
| Dated: September 2, 2025 | Respectfully submitted, |
| | By:  /s/ *Laura M. Sturges*\* |

GIBSON, DUNN & CRUTCHER LLP
Katherine Marquart (CA Bar No. 248043)
Ariana Sañudo (CA Bar No. 324361)
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
asanudo@gibsondunn.com
ahalliday@gibsondunn.com

Laura M. Sturges (CO Bar No. 36843) (*pro hac vice*)
Patricia M. Herold (CO Bar No. 54552) (*pro hac vice*)
Caelin Moriarity Miltko (CO Bar No. 56721) (*pro hac vice*)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org

JUSTICE ACTION CENTER
Esther H. Sung (*pro hac vice*)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org

STIPULATION TO POSTPONE SUMBISSION OF JOINT PROPOSED BRIEFING SCHEDULE
3:25-CV-02847- AMO                                    2

laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org

AMICA CENTER FOR IMMIGRANT RIGHTS
Adina Appelbaum (*pro hac vice*)
Samantha Hsieh (*pro hac vice*)
Peter Alfredson (D.C. Bar No. 1780258)*
Evan Benz (*pro hac vice*)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org

*Attorneys for Plaintiffs*

BRETT SHUMATE
Assistant Attorney General
Civil Division

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*/s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
Senior Litigation Counsel
ZACHARY A. CARDIN
DEAN PHILLIP DE LAS ALAS
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendants*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that, as authorized by attorneys for Plaintiffs, all signatories have concurred in the filing of this document.

STIPULATION TO POSTPONE SUMBISSION OF JOINT PROPOSED BRIEFING SCHEDULE
3:25-CV-02847- AMO                                3

**[PROPOSED] ORDER**

Upon consideration of the parties' Stipulation, it is hereby ORDERED that, within 14 days of a decision from the Ninth Circuit, disposing of (1) Defendants' request for en banc review of Defendants' Motion to Stay this Court's preliminary injunction or (2) Defendants' appeal on the merits of this Court's preliminary injunction, the Parties will jointly revisit whether they will propose a briefing schedule to govern dispositive motions and submit a joint status report to the Court.

IT IS SO ORDERED.

Dated:   September 3, 2025

_____
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE