BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
KATELYN MASETTA-ALVAREZ
JONATHAN K. ROSS
Senior Litigation Counsels
ZACHARY A. CARDIN
DEAN P. DE LAS ALAS
Trial Attorneys

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (771) 202-1393
    Dean.Delasalas@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br> Defendants. | Case No. 3:25-cv-02847-AMO <br><br> **DEFENDANTS' STATUS REPORT** |

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Status Report. Since Defendants' last Status Report, filed on August 21, 2025, *see* ECF No. 137, there have been no material developments.

DATED: October 6, 2025[1]                    Respectfully submitted,

                                                  BRETT A. SHUMATE
                                                  Assistant Attorney General

                                                  WILLIAM C. SILVIS
                                                  Assistant Director

                                                  CHRISTINA PARASCANDOLA
                                                  Senior Litigation Counsel

                                                  ZACHARY A. CARDIN
                                                  DEAN P. DE LAS ALAS
                                                  Trial Attorney

                                                  */s/ Dean P. De Las Alas*
                                                  DEAN P. DE LAS ALAS
                                                  Trial Attorney
                                                  Office of Immigration Litigation
                                                  General Litigation and Appeals Section
                                                  P.O. Box 878, Ben Franklin Station
                                                  Washington, DC 20044
                                                  (771) 202-1393
                                                  Dean.Delasalas@usdoj.gov

                                                  Attorneys for Defendants

---

[1] Forty-five days after August 21, 2025, is October 5, 2025. October 5, 2025, however, fell on a Sunday. Thus, October 6, 2025, which is the following Monday, is the correct deadline for the status report. *See* Fed. R. Civ. P. 6(a)(1)(C) (stating that, when the Court does not specify how time for a deadline is calculated, the last day of a period stated in days is "the next day that is not a Saturday, Sunday, or legal holiday").