| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Katherine Marquart (CA Bar No. 248043)<br>Ariana Sañudo (CA Bar No. 324361)<br>Arthur Halliday (CA Bar No. 347620)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7000<br>kmarquart@gibsondunn.com<br>asanudo@gibsondunn.com<br>ahalliday@gibsondunn.com<br><br>Laura M. Sturges (CO Bar No. 36843) (pro hac vice)<br>Patricia M. Herold (CO Bar No. 54552) (pro hac vice)<br>Caelin Moriarity Miltko (CO Bar No. 56721) (pro hac vice)<br>1900 Lawrence Street, Suite 3000<br>Denver, CO 80202-2211<br>(303) 298-5700<br>lsturges@gibsondunn.com<br>pherold@gibsondunn.com<br>cmoriaritymiltko@gibsondunn.com<br><br>IMMIGRANT DEFENDERS LAW CENTER<br>Alvaro M. Huerta (CA Bar No. 274787)<br>Carson A. Scott (CA Bar No. 337102)<br>Lya Ferreyra (CA Bar No. 340148)<br>Immigrant Defenders Law Center<br>634 S. Spring St., 10th Floor<br>Los Angeles, CA<br>(213) 634-0999<br>ahuerta@immdef.org<br>cscott@immdef.org<br>lferreyra@immdef.org | JUSTICE ACTION CENTER<br>Esther H. Sung (CA Bar No. 255962)<br>Karen C. Tumlin (CA Bar No. 234691)<br>Laura Flores-Perilla (CA Bar No. 355645)<br>JUSTICE ACTION CENTER<br>P.O. Box 27280<br>Los Angeles, CA 90027<br>(323) 450-7272<br>esther.sung@justiceactioncenter.org<br>karen.tumlin@justiceactioncenter.org<br>laura.flores-perilla@justiceactioncenter.org<br><br>AMICA CENTER FOR IMMIGRANT RIGHTS<br>Adina Appelbaum (VA Bar No. 88974) (pro hac vice)<br>Samantha Hsieh (VA Bar No. 90800) (pro hac vice)<br>Peter Alfredson (D.C. Bar No. 1780258) (pro hac vice)<br>Evan Benz (NC Bar No. 49077) (pro hac vice)<br>Amica Center for Immigrant Rights<br>1025 Connecticut Ave., NW, Suite 701<br>Washington, D.C. 20036<br>(202) 331-3320<br>adina@amicacenter.org<br>sam@amicacenter.org<br>peter@amicacenter.org<br>evan@amicacenter.org<br>Attorneys for Plaintiffs<br><br>*Attorneys for Plaintiffs*<br><br>[Additional Counsel on Signature Page] |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　　Defendants. | CASE NO. 3:25-CV-02847-AMO<br><br>**JOINT STIPULATION RE: STATUS REPORT AND [PROPOSED] ORDER** |

1  Parties submit this Joint Stipulation in response to this Court's September 3, 2025 Order on the Parties Stipulation to Postpone Submission of Joint Proposed Briefing Schedule for Dispositive Motions, ECF No. 140 ("Scheduling Stipulation").

On August 1, 2025, this Court ordered that the Parties "meet and confer and, within 14 days following service of the administrative record, jointly submit a proposed briefing schedule on the anticipated dispositive motions." *See* Order, ECF No. 131. On August 18, 2025, Defendants served Plaintiffs' counsel with the administrative record. *See* ECF No. 132. Thereafter, the Parties met and conferred several times, and on September 2, 2025, the Parties submitted the Scheduling Stipulation, which proposed that "within 14 days of a decision from the Ninth Circuit, disposing of (1) Defendants' request for en banc review of Defendants' Motion to Stay this Court's preliminary injunction or (2) Defendants' appeal on the merits of this Court's preliminary injunction, the Parties will jointly revisit whether they will propose a briefing schedule to govern dispositive motions and submit a joint status report to the Court." ECF No. 140 at 5.

On September 3, 2025, the Court granted the Parties' Scheduling Stipulation.

On October 10, 2025, the Ninth Circuit denied Defendants' request for en banc review of Defendants' Motion to Stay this Court's preliminary injunction. *See Cmty. Legal Servs. in East Palo Alto v. Dep't of Health and Human Servs.*, No. 25-2808, Dkt. 94 (9th Cir. Oct. 10, 2025). Pursuant to the Court's Order on the Scheduling Stipulation, the Ninth Circuit's decision triggered the 14-day timeline for the Parties to jointly revisit whether they will propose a briefing schedule to govern dispositive motions.

On October 22, 2025, the Parties met and conferred regarding the joint status report. Because the Ninth Circuit is still considering Defendants' appeal on the merits of this Court's preliminary injunction, Defendants may seek further review of the Ninth Circuit's order denying their motion to stay, and counsel for Defendants are on furlough status due to the lapse in appropriations affecting the Department of Justice, the Parties propose waiting to set a briefing schedule. The Parties respectfully request to jointly revisit proposing a briefing schedule within 14 days of any of the following, whichever occurs first: (1) the Ninth Circuit issues a ruling on the merits regarding this Court's preliminary injunction order; or (2) Defendants file a petition for a writ of certiorari with the United

States Supreme Court. Any such petition is due January 8, 2026.

The Parties further request a stay of all proceedings pending the reinstatement of appropriations to the Department of Justice, including a stay of the status reports this Court has ordered Defendants to file every 45 days. Plaintiffs reserve their right to return to this Court to seek an order of enforcement and/or lift of this stay should Defendants fail to otherwise comply with this Court's preliminary injunction order.

The Parties reserve their rights as to any position on further delay of a briefing schedule beyond that requested here.

A proposed order is included herewith.

Date: October 24, 2025                    Respectfully submitted,

/s/ Laura M. Sturges                      /s/ Dean Phillip De Las Alas*

GIBSON, DUNN & CRUTCHER LLP               BRETT SHUMATE
Katherine Marquart (CA Bar No. 248043)    Assistant Attorney General
Ariana Sañudo (CA Bar No. 324361)         Civil Division
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue                    GLENN M. GIRDHARRY
Los Angeles, CA 90071-3197                Acting Deputy Director
(213) 229-7000
kmarquart@gibsondunn.com                  WILLIAM C. SILVIS
asanudo@gibsondunn.com                    Assistant Director
ahalliday@gibsondunn.com
                                          CHRISTINA PARASCANDOLA
Laura M. Sturges (CO Bar No. 36843) (*pro hac vice*)    MICHAEL A. CELONE
Patricia M. Herold (CO Bar No. 54552) (*pro hac vice*)  Senior Litigation Counsel
Caelin Moriarity Miltko (CO Bar No. 56721) (*pro hac vice*)  ZACHARY A. CARDIN
                                          DEAN PHILLIP DE LAS ALAS
1900 Lawrence Street, Suite 3000          Trial Attorneys
Denver, CO 80202-2211
(303) 298-5700                            U.S. Department of Justice, Civil Division
lsturges@gibsondunn.com                   Office of Immigration Litigation
pherold@gibsondunn.com                    General Litigation and Appeals Section
cmoriaritymiltko@gibsondunn.com           P.O. Box. 878, Ben Franklin Station
                                          Washington, D.C. 20044
                                          (771) 202-1393
                                          Dean.Delasalas@usdoj.gov

*Attorneys for Plaintiffs*
*Additional counsel listed on the next page*    *Attorneys for Defendants*

*/s/ Laura Flores-Perilla*

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org


*/s/ Alvaro M. Huerta*

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org


*/s/ Adina Appelbaum*

AMICA CENTER FOR IMMIGRANT RIGHTS
Adina Appelbaum (VA Bar No. 88974) (*pro hac vice*)
Samantha Hsieh (VA Bar No. 90800) (*pro hac vice*)
Peter Alfredson (D.C. Bar No. 1780258) (*pro hac vice*)
Evan Benz (NC Bar No. 49077) (*pro hac vice*)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org

*Attorneys for Plaintiffs*

*\*In compliance with Civil Local Rule 5-l(i)(3), the filer of this document attests under penalty of perjury that, as authorized by all attorneys, all signatories have concurred in the filing of this document*

## [PROPOSED] ORDER

Upon consideration of the Parties' Stipulation, it is hereby ORDERED that, within 14 days of (1) the Ninth Circuit issuing a ruling on the merits regarding this Court's preliminary injunction order; or (2) Defendants filing a petition for a writ of certiorari with the United States Supreme Court, whichever occurs first, the Parties will jointly revisit whether they will propose a briefing schedule to govern dispositive motions and submit a joint status report to the Court.

It is further ORDERED that all deadlines in this case are stayed pending reinstatement of appropriations to the Department of Justice.

IT IS SO ORDERED.

Dated: _____

Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE