BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
Senior Litigation Counsels
ZACHARY A. CARDIN
DEAN P. DE LAS ALAS
Trial Attorneys

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (771) 202-1393
    Dean.Delasalas@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>    Defendants. | Case No. 3:25-cv-02847-AMO<br><br>**DEFENDANTS' STATUS REPORT** |

DEFENDANTS' STATUS REPORT
3:25-CV-02847-AMO

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Status Report. Since Defendants' last Status Report, filed on October 6, 2025, *see* ECF No. 142, Defendant Office of Refugee Resettlement ("ORR") continues to abide by the Court's Preliminary Injunction. Though ORR's previous contract with the Acacia Center for Justice ("Acacia"), *see* ECF No. 137 (Defendants' Aug. 21, 2025, Status Report), expired on October 31, 2025, ORR entered into a new contract on November 1, 2025, without any interruption of services.

DATED: November 19, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
Senior Litigation Counsel

ZACHARY A. CARDIN
DEAN P. DE LAS ALAS
Trial Attorney

*/s/ Dean P. De Las Alas*
DEAN P. DE LAS ALAS
Trial Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(771) 202-1393
Dean.Delasalas@usdoj.gov

Attorneys for Defendants