GIBSON, DUNN & CRUTCHER LLP
Katherine Marquart (CA Bar No. 248043)
Ariana Sañudo (CA Bar No. 324361)
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
asanudo@gibsondunn.com
ahalliday@gibsondunn.com

Laura M. Sturges (CO Bar No. 36843) (pro hac vice)
Patricia M. Herold (CO Bar No. 54552) (pro hac vice)
Caelin Moriarity Miltko (CO Bar No. 56721) (pro hac vice)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

AMICA CENTER FOR IMMIGRANT RIGHTS
Adina Appelbaum (VA Bar No. 88974) (pro hac vice)
Samantha Hsieh (VA Bar No. 90800) (pro hac vice)
Peter Alfredson (D.C. Bar No. 1780258) (pro hac vice)
Evan Benz (NC Bar No. 49077) (pro hac vice)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | CASE NO. 3:25-CV-02847-AMO <br><br> **RESPONSE TO DEFENDANTS' STATUS REPORT (ECF NO. 146)** |

Plaintiffs respectfully submit this response to Defendants' Status Report, ECF No. 146, to inform the Court of a development that Defendants did not include in their November 19, 2025 Status Report. Plaintiffs recently learned that Defendants published a Request for Proposals for legal services for Unaccompanied Alien Children, outlining a new plan and requirements related to the provision of legal services for unaccompanied children. *See* Katya Schwenk et al., *Trump is Poised to Privatize Legal Aid for Migrant Children*, The Lever (Dec. 4, 2025), available at https://www.levernews.com/trump-is-poised-to-privatize-legal-aid-for-migrant-children/?action=subscribe&success=true ("Experts say the new request for proposals departs considerably from past versions, adding new stipulations that potentially endanger children's legal rights, violating their privacy and stripping away resources meant to go toward fighting their cases in immigration court."). The draft Request for Proposals was published on November 15, 2025, four days *before* Defendants' November 19, 2025 Status Report. Plaintiffs are continuing to monitor the Request for Proposals to ensure that any changes to the status quo comply with the requirements of the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008, Pub. L. No. 110-457, 122 Stat. 5044, the Office of Refugee Resettlement's Foundational Rule, and this Court's preliminary injunction, ECF No. 87 at 28 (enjoining Defendants from "withdrawing the services or funds provided by the Office of Refugee Resettlement … as of March 20, 2025"), including, *inter alia*, by providing a plan for the continuation or transition of existing representations. Plaintiffs will file any appropriate motions should any approved plan by Defendants violate the foregoing.

Date: December 11, 2025                               Respectfully submitted,

*/s/ Laura M. Sturges*                                  */s/ Adina Appelbaum*

| GIBSON, DUNN & CRUTCHER LLP | AMICA CENTER FOR IMMIGRANT RIGHTS |
|---|---|
| Katherine Marquart (CA Bar No. 248043) | Adina Appelbaum (VA Bar No. 88974) (*pro hac vice*) |
| Ariana Sañudo (CA Bar No. 324361) | Samantha Hsieh (VA Bar No. 90800) (*pro hac vice*) |
| Arthur Halliday (CA Bar No. 347620) | Peter Alfredson (D.C. Bar No. 1780258) (*pro hac vice*) |
| 333 South Grand Avenue | Evan Benz (NC Bar No. 49077) (*pro hac vice*) |
| Los Angeles, CA 90071-3197 | Amica Center for Immigrant Rights |
| (213) 229-7000 | 1025 Connecticut Ave., NW, Suite 701 |
| kmarquart@gibsondunn.com | Washington, D.C. 20036 |
| asanudo@gibsondunn.com | |
| ahalliday@gibsondunn.com | |

| | |
|---|---|
| Laura M. Sturges (CO Bar No. 36843) (*pro hac vice*)* | (202) 331-3320 |
| Patricia M. Herold (CO Bar No. 54552) (*pro hac vice*) | adina@amicacenter.org |
| Caelin Moriarity Miltko (CO Bar No. 56721) (*pro hac vice*) | sam@amicacenter.org |
| 1900 Lawrence Street, Suite 3000 | peter@amicacenter.org |
| Denver, CO 80202-2211 | evan@amicacenter.org |
| (303) 298-5700 | |
| lsturges@gibsondunn.com | |
| pherold@gibsondunn.com | |
| cmoriaritymiltko@gibsondunn.com | |

*/s/ Esther H. Sung*

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

*/s/ Alvaro M. Huerta*

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org

*Attorneys for Plaintiffs*

*In compliance with Civil Local Rule 5-l(i)(3), the filer of this document attests under penalty of perjury that, as authorized by all attorneys, all signatories have concurred in the filing of this document*