BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 802-3410
    zachary.a.cardin@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, | Case No. 3:25-cv-02847-AMO |
| Plaintiffs, | **DEFENDANTS' STATUS REPORT** |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, | |
| Defendants. | |

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Status Report. Since Defendants' last Status Report, filed on January 5, 2026, *see* ECF No. 148, Defendant Office of Refugee Resettlement ("ORR") continues to abide by the Court's Preliminary Injunction.

On December 11, 2025, Plaintiffs filed a response to Defendants' last status report. *See* ECF No. 147. In response to Plaintiffs' filing, Defendants report that on or about December 16, 2025, the Acacia Center for Justice ("Acacia") submitted a "bid protest" to the U.S. General Accountability Office ("GAO") in response to ORR's Request for Proposals ("RFP") for a legal services provider for unaccompanied alien children. *See* GAO, Acacia Center for Justice (75P00126R00003), https://www.gao.gov/docket/b-424162.1 (last updated Dec. 31, 2025) (hereinafter "Acacia Bid Protest"). On December 23, 2025, ORR issued an amendment to its RFP stating that a revised solicitation will be forthcoming. *See* System for Award Management, *Contract Opportunity: Legal Services for Unaccompanied Alien Children (UAC)*, https://sam.gov/workspace/contract/opp/e738545e846246fe9c36f0b42458e514/view (last viewed Dec. 31, 2025) (accessed by clicking on "2025-12-23 13:09:25" from the drop-down menu labeled "Version"). On December 31, 2025, the GAO dismissed Acacia's bid protest. *See* Acacia Bid Protest.

DATED: February 19, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
Senior Litigation Counsel

ZACHARY A. CARDIN
Trial Attorney

*/s/ Zachary Cardin*
ZACHARY CARDIN
Trial Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 802-3410

zachary.a.cardin@usdoj.gov

Attorneys for Defendants

DEFENDANTS' STATUS REPORT
3:25-CV-02847- AMO                                2