BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 532-4945
    zachary.a.cardin@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>    Defendants. | Case No. 3:25-cv-02847-AMO<br><br>**DEFENDANTS' AMENDED STATUS REPORT** |

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Amended Status Report. Yesterday Defendants inadvertently filed an incorrect version of their report. ECF No. 150.

Since Defendants' last Status Report, filed on January 5, 2026, *see* ECF No. 148, Defendant Office of Refugee Resettlement ("ORR") continues to abide by the Court's Preliminary Injunction. ORR's contract with the Acacia Center for Justice ("Acacia") expired on January 31, 2026. *Id*. But ORR and Acacia subsequently renewed the contract for another three months. There has been no interruption in services.

DATED: February 20, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
Senior Litigation Counsel

ZACHARY A. CARDIN
Trial Attorney

*/s/ Zachary Cardin*
ZACHARY CARDIN
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532-4945
zachary.a.cardin@usdoj.gov

Attorneys for Defendants

DEFENDANTS' AMENDED STATUS REPORT
3:25-CV-02847- AMO                    1