BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br> Defendants. | Case No. 3:25-cv-02847-AMO <br><br> **DEFENDANTS' STATUS REPORT** |

DEFENDANTS' STATUS REPORT
3:25-CV-02847-AMO

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Status Report. Since Defendants' last Status Report, filed on February 20, 2026, ECF No. 151, Defendant Office of Refugee Resettlement ("ORR") continues to abide by the Court's Preliminary Injunction. ORR's contract with the Acacia Center for Justice ("Acacia") expires on April 30, 2026, with an option to renew for the period May 1 through July 31, 2026. *Id*. There has been no interruption in services.

As Plaintiffs noted on December 11, 2025, ORR published, on November 25, 2025, a draft Request for Proposals ("RFP") for legal services for Unaccompanied Alien Children. *See* ECF No. 147. The RFP that Plaintiffs referred to is Notice ID 75P00126R00003. Offers were due at 2pm EDT on April 3, 2026.

Since ORR issued the RFP, ORR has amended the RFP multiple times. The RFP and descriptions of the amendments are publicly available on the U.S. General Services Administration's System for Award Management website at sam.gov, or at https://sam.gov/workspace/contract/opp/ 863a04e291464af48cc8e03e60623dd8/view (viewed Apr. 6, 2026). The most recent amendment to the RFP was on March 24, 2026. The purpose of the amendment was for ORR to provide answers to questions it received. The answers are in the document entitled "Attachment J- Questions and Answers_2026.03.24 (Amd 0010).pdf." A printout of the webpage is attached here as Exhibit A. Any member of the public with internet access may download the RFP and attachments. Defendants offer to provide the RFP, which is several hundred pages long, at the Court's request.

DEFENDANTS' STATUS REPORT
3:25-CV-02847-AMO                    1

DATED: April 6, 2026                    Respectfully submitted,


                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        WILLIAM C. SILVIS
                                        Assistant Director


                                        *s/ Christina Parascandola*
                                        CHRISTINA PARASCANDOLA
                                        MICHAEL A. CELONE
                                        Senior Litigation Counsel
                                        ZACHARY CARDIN
                                        Trial Attorney
                                        Office of Immigration Litigation
                                        P.O. Box 878, Ben Franklin Station
                                        Washington, DC 20044
                                        (202) 514-3097
                                        christina.parascandola@usdoj.gov


                                        Attorneys for Defendants

DEFENDANTS' STATUS REPORT
3:25-CV-02847-AMO                        2