# Exhibit A



An official website of the United States government   Here's how you know

**Scheduled SAM Maintenance** Show Details
Apr 3, 2026                                                                        ⊗          | See All Alerts |

**Contract Awards Scheduled Maintenance** Show Details
Mar 30, 2026                                                                       ⊗



Home    Search    Data Bank    Data Services    Help

◁   **Contract Opportunity**

Version | Current Record |

| **Opportunity** |
| :--- |

# Legal Services for Unaccompanied Alien Children (UAC)

Active

Notice ID
**75P00126R00003**

Related Notice
**(blank)**

Contract Opportunity Type
**Combined Synopsis/Solicitation**

Contract Line Item Number
**(blank)**

Inactive Dates
**Apr 18, 2026**

Inactive Policy
**15 days after date offers due**

Date Offers Due
**Apr 03, 2026 2:00 PM EDT**

Published Date
**Mar 24, 2026 7:18 PM EDT**

Department/Ind. Agency
**HEALTH AND HUMAN SERVICES, DEPARTMENT OF**

Sub-tier
**OFFICE OF THE ASSISTANT SECRETARY FOR ADMINISTRATION (ASA)**

Office
**PROGRAM SUPPORT CENTER ACQ MGMT SVC**

## Classification

Original Set Aside
**(blank)**

Product Service Code
**R418 - SUPPORT-PROFESSIONAL: LEGAL**

NAICS Code
**541110 - Offices of Lawyers**

Place of Performance
**(blank)**

Initiative
**None**

## Description

**Amd 0010 [03/24/2026]**

The purpose of this amendment is to provide answers to questions received. As a result of this amendment and the Government's answers, the following documents have been updated or added.

1.) [Updated] 75P00126R00003_2026.03.24 (Amd 0010)

2.) [Updated] Attachment A- Pricing Worksheet_2026.03.24 (Amd 0010)

3.) [Updated] Attachment B- Section C- PWS_2026.03.24 (Amd0010)

4.) [Added] Attachment J- Questions and Answers_2026.03.24 (Amd 0010)

**Amd 0009 [03/20/2026]**

The purpose of this amendment is to extend the proposal due date:

Sign In

From: 03/23/2026 2:00PM Eastern Time

To: 04/03/2026 2:00PM Eastern Time

Responses to questions received are forthcoming.

**Amd 0008 [03/18/2026]**

The purpose of this amendment is to notify industry that responses to questions received are forthcoming and that the current proposal deadline of 3/23/2026 at 2:00PM Eastern Time will be extended.

**Amd 0007 [02/23/2026]**

The purpose of this Amendment is to re-open and revise the solcitaition, associated attachments, and extend the proposal due date.

As a result of this Amendment, the following due dates shall be updated:

All questions/inquiries concerning the solicitation must be submitted by e-mail (no faxes or telephone calls will be accepted) to the Contract Specialist, and received no later than **March 2nd, 2026** pm Eastern Time.

The proposal must be received no later than **March 23rd, 2026**, at 2:00PM Eastern Time.

The following attachments are included with this Amendment:

75P00126R00003_2026.02.23

Attachment A- Pricing Worksheet UAC Legal Services (Amd. 0007) 2026.02.23

Attachment B- Section C- PWS (Amd. 0007)  2026.02.23

Attachment C- Standard Form (SF)-1449

Attachment D- ORR Facilities by State

Attachment E- Quality Assurance Surveillance Plan (QASP) Amd. 00007) 2026.02.23

Attachment F- ACF External System Control Implementation Policy and Procedures

Attachment G- ATO Templates-2025

Attachment H- Glossary of Abbreviations and Acronyms

Attachment I- Past Performance Questionnaire

**Amd 0006 [12/23/2025]**

The purpose of this amendment is to provide notice that an additional amendment is forthcoming, and offerors will have an opportunity to submit new or revised proposals

**Amd 0005 [12/12/2025]**

The purpose of this amendment is to provide a direct link to the Small Business Customer Experience (SBCX) for subcontracting plan submission [referenced in 75P00126R00003 (Rev2)(Amd 00004)(12.11.2025)- Section L.10]:

https://osdbu.hhs.gov/subcontracting/6b3954ee-c2ca-4e07-bb04-bfd09c99858c

**Amd 0004 [12/11/2025]**

The purpose of this amendment is to provide a missing answer (Q127) of the Question and Answers posted under Amendement 0003, and update the solicitation accordingly. In addition, this amendment updates the Pricing Workseet (Attachment B) to include an omitted cell E11 (Base Period-Tab), finally this amendment corrects an issue with quantities, converting all decimals to whole numbers. Included with this amendement are revised copies of the following attachments:

- QA-75P00126R00003(Rev1) (Amd 0004)(12.11.2025)#Q127
- 75P00126R00003 [Rev2](Amd 0004)(12.11.2025)
- Attachment B-Pricing Worksheet UAC Legal Services (Rev2) (Amd 0004)(12.11.2025)

**Amd 0003 [12/09/2025]**

The purpose of this amendment is to provide answers to all questions received by the question due date of December 1st, 2025 at 2:00PM Eastern Time  [See: Q&A-75P00126R00003(12.09.2025) (Amd 0003)].

As a result of the Q&A; the solicitation have been amended/updated and following documents have been updated/added and are marked as (Amd 00003) in their name in the attachments:

- 75P00126R00003 [Rev1](Amd 0003)(12.09.2025)
- Attachment A- Performance Work Statement (PWS) [Rev1] (Amd 0003) (12.09.2025)
- Attachment B-Pricing Worksheet UAC Legal Services [Rev1] (Amd 0003)(12.09.2025)
- Attachment E- ORR Facilities by State (Amd 0003)
- Attachment F- Quality Assurance Surveillance Plan (QASP)[Rev1](Amd 0003)(12.09.2025)
- Attachment G- ACF External System Control Implementation Policy and Procedures (Amd 0003)
- Attachment H- ATO Templates (2025) (Amd 0003)
- Attachment I-  Selected Controls (Moderate) (Amd 0003)
- Attachment J-  Selected Controls (Low) (Amd 0003)

**Amd 0002 [12/05/2025]**

The purpose of this amendment is to extend the proposal due date as a result of questions received. As a result of this amendment, the proposal due date shall be changed as follows:

**From:** December 8th, 2025 2:00PM Eastern Time

**To:** December 16th, 2025; 2:00PM Eastern Time.

Answers to questions received prior to the due date of December 1st, 2025 will be provided in a subsequent amendment.

**Amd 0001 [11/25/2025]**

Due to reported issues accessing "*Attachment B- Pricing Worksheet UAC Legal Services*", included with the initial posting on November 24th, 2025- the intial attachment has been removed and replaced with "*Attachment B- Pricing Worksheet UAC Legal Services (11.25.2025)*" to resolve this issue.

All else remains unchanged.

————

The purpose of this acquisition is to obtain comprehensive legal services for Unaccompanied Alien Children (UAC) who are currently in, or have been released from, the care of the Office of Refugee Resettlement (ORR). These services are essential to support the legal needs of this vulnerable population in accordance with federal mandates.

This combined synopsis/solicitation is a Request for Proposals (RFP), prepared utilizing FAR 12 and 15 procedures. This announcement constitutes the only solicitation. Offers are being requested and a separate written solicitation will not be issued.

This acquisition is performed as a full and open competition.

This solicitation incorporates provisions and clauses by reference. The full text of provisions and clauses may be accessed electronically at www.acquisition.gov, and https://www.acquisition.gov/hhsar. The solicitation document and incorporated provisions and clauses are those in effect through Federal Acquisition Circular (FAC) 2025-06 October 1, 2025.

All questions/inquiries concerning the solicitation must be submitted by e-mail (no faxes or telephone calls will be accepted) to the Contract Specialist, **no later than December 1st, 2025, at 2:00 pm Eastern Time**. Questions must be e-mailed to the following addresses: Azeb Mengistu via email Azeb.Mengistu@hhs.gov and copy to Christopher McGucken at Christopher.McGucken@hhs.gov with the subject line "Questions – Legal Services for Unaccompanied Children – Solicitation 75P00126R00003."

The proposal must be received **no later than December 8th, 2025, at 2:00 pm Eastern Time**. The Offeror shall submit the proposal to the Contract Specialist at the following email addresses: Azeb Mengistu via email Azeb.Mengistu@hhs.gov and copy to Christopher McGucken at Christopher.McGucken@hhs.gov with the subject line "Proposal – Legal Services for Unaccompanied Children – Solicitation 75P00126R00003."

Please refer to attached document "**75P00126R00003**" for full description/details.

## Contact Information

### Primary Point of Contact

**Azeb Mengistu**

Email
azeb.mengistu@hhs.gov

Phone Number
(blank)

### Alternative Point of Contact

**Christopher McGucken**

Email
christopher.mcgucken@hhs.gov

Phone Number
(blank)

### Contracting Office Address

12501 ARDENNES AVE. SUITE 400
(No Street Address 2)
ROCKVILLE, MD 20857 USA

## Attachments/Links

### Links

No links have been added to this opportunity.

### Attachments

**Download All**    **Request Access**

| Document | File Size | Access |
|---|---|---|
| 75P00126R00003_2026.03.24 (Amd 0010).pdf | 1 MB | 🔓 Public |
| Attachment A- Pricing Worksheet_2026.03.24 (Amd 0010).xlsx | 57.2 KB | 🔓 Public |
| Attachment B- Section C- PWS_2026.03.24 (Amd 0010).pdf | 435.26 KB | 🔓 Public |
| 75P00126R00003_2026.02.23.pdf (deleted) | 849.73 KB | 🔓 Public |
| Attachment A- Pricing Worksheet UAC Legal Services (Amd. 0007) 2026.02.23.xlsx (deleted) | 53.63 KB | 🔓 Public |
| Attachment B- Section C- PWS (Amd 0007) 2026.02.23.pdf (deleted) | 429.49 KB | 🔓 Public |
| Attachment C- Standard Form (SF)-1449.pdf (deleted) | 754.26 KB | 🔓 Public |
| Attachment C- Standard Form (SF)-1449.pdf | 754.26 KB | 🔓 Public |
| Attachment D - ORR Facilities by State.xlsx | 16.16 KB | 🔓 Public |
| Attachment E- Quality Assurance Surveillance Plan (QASP) (Amd. 0007) 2026.02.23.pdf | 302.55 KB | 🔓 Public |
| Attachment F- ACF External System Control Implementation Policy and Procedures.pdf | 204.38 KB | 🔓 Public |
| Attachment G- ATO Templates-2025.zip | 927.92 KB | 🔓 Public |
| Attachment H- Glossary of Abbreviations and Acronyms.pdf | 59.35 KB | 🔓 Public |
| Attachment I- Past Performance Questionnaire.docx | 48.4 KB | 🔓 Public |
| Attachment J- Questions and Answers_2026.03.24 (Amd 0010).pdf | 542.59 KB | 🔓 Public |

**Our Website**

About This Site

Our Community

Release Notes

System Alerts

**Our Partners**

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

**Policies**

Terms of Use

Privacy Policy

Restricted Data Use

Freedom of Information Act

Accessibility

**Customer Service**

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration