BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532 - 4945
Zachary.a.cardin@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br> Defendants. | Case No. 4:25-cv-02847-AMO <br><br> **DEFENDANTS' STATUS REPORT** |

DEFENDANTS' STATUS REPORT
4:25-CV-02847-AMO

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Status Report. Since Defendants' last Status Report, filed on April 6, 2026, *see* ECF No. 153, Defendant Office of Refugee Resettlement ("ORR") continues to abide by the Court's Preliminary Injunction. The government posted an Amendment to its legal services solicitation (Amendment 11) on May 15, 2026. https://sam.gov/workspace/contract/opp/4fd0b12182ec4cc38a7d7f7f9f243986/view. Per the posting, the purpose of this Amendment "is to re-open and revise the [solicitation], associated attachments, and extend the proposal due date." Proposals must be received by June 1st, 2026, at 12:00 p.m. ET.  Additionally, the current contract with Acasia expired on April 30, 2026, and there was an option to renew for the period May 1 through July 31, 2026. The option to renew occurred and there was no interruption in services. On May 20, 2026, opposing counsel informed undersigned counsel of an invoicing/billing substantiation issue that has delayed the payment of certain invoices.  Counsel for the government is investigating the matter.

DATED: May 21, 2026                          Respectfully submitted,

                                             BRETT A. SHUMATE
                                             Assistant Attorney General

                                             WILLIAM C. SILVIS
                                             Assistant Director

                                             MICHAEL A. CELONE
                                             KATELYN MASETTA-ALVAREZ
                                             Senior Litigation Counsel


                                             */s/ Zachary Cardin*
                                             Zachary Cardin
                                             Trial Attorney
                                             Office of Immigration Litigation
                                             General Litigation and Appeals Section
                                             P.O. Box 878, Ben Franklin Station
                                             Washington, DC 20044
                                             202-532-4945
                                             Zachary.a.cardin@usdoj.gov


                                             Attorneys for Defendants

DEFENDANTS' STATUS REPORT
4:25-CV-02847- AMO                          1