GIBSON, DUNN & CRUTCHER LLP
Katherine Marquart (CA Bar No. 248043)
Ariana Sañudo (CA Bar No. 324361)
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
asanudo@gibsondunn.com
ahalliday@gibsondunn.com

Laura M. Sturges (pro hac vice)
Patricia M. Herold (pro hac vice)
Caelin Moriarity Miltko (pro hac vice)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

IMMIGRANT DEFENDERS LAW
CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

AMICA CENTER FOR IMMIGRANT
RIGHTS
Adina Appelbaum (pro hac vice)
Samantha Hsieh (pro hac vice)
Peter Alfredson (pro hac vice)
Evan Benz (pro hac vice)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | CASE NO. 4:25-CV-02847-AMO <br><br> **DECLARATION OF LAURA STURGES ISO PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT** <br><br> Date: October 1, 2026 <br> Time: 2:00 PM PT <br> Judge: Hon. Araceli Martínez-Olguín <br> Date Action Filed: March 26, 2025 |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF LAURA STURGES ISO PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE
WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT
CASE NO. 4:25-CV-02847-AMO

I, Laura M. Sturges, declare as follows:

1.      I am an adult over the age of 18 and a resident of the state of Colorado.  The information set forth herein is true and correct of my own personal knowledge and if asked to testify thereto, I would do so competently.

2.      Attached hereto as Exhibit A is a true and correct copy of emails between counsel for Plaintiffs and counsel for Defendants in the above-captioned matter, dated between May 20, 2026 and June 26, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 1st of July 2026, in Denver, Colorado.

_____ */s/ Laura M. Sturges*_____

Laura M. Sturges

Gibson, Dunn &
Crutcher LLP

2

DECLARATION OF LAURA STURGES ISO PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE
WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT
CASE NO. 4:25-CV-02847-AMO