# Exhibit A

| | |
|---|---|
| **From:** | Moriarity Miltko, Caelin |
| **To:** | "Celone, Michael A. (CIV)"; Cardin, Zachary A. (CIV); Masetta Alvarez, Katelyn (CIV); Silvis, William (CIV) |
| **Cc:** | Laura Flores-Perilla; Karen Tumlin; Esther Sung; Alvaro Huerta; Lya Ferreyra; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott; Sturges, Laura; Halliday, Arthur |
| **Subject:** | RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.) |
| **Date:** | Friday, June 26, 2026 11:45:00 AM |

Hi Michael,

Thanks for your response. However, the Court's order is clear that your client may not "withdraw[] the . . . the funds provided by the Office of Refugee Resettlement ('ORR') as of March 20, 2025" and may not "cut[] off access to congressionally appropriated funding." Nothing in your response justifies your client's withdrawal and withholding of these funds, particularly as we understand the information outlined in your response was not required to facilitate payment of these funds prior to March 20, 2025.  We can certainly pass along the request for information, although that is not within the scope of our representation of providers who challenge the withdrawal of government-provided funding for counsel to represent unaccompanied children in immigration proceedings, as required under the TVPRA and Foundational Rule.

Because the withholding of funds is in violation of the court's preliminary injunction order, and is materially impacting providers' ability to continue services, we will proceed with seeking judicial relief, namely asking the Court to issue an order to show cause why Defendants' withholding of payments is not a violation of this injunction. If you think it would be helpful to confer before we file, we are happy to do so either today or Monday.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>
**Sent:** Wednesday, June 24, 2026 2:44 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV)

<Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin
<karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>;
Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>;
peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org;
Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur
<AHalliday@gibsondunn.com>
**Subject:** Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

**This Message Is From an External Sender**
This message came from outside your organization.

Good afternoon Caelin,

Thank you for bringing the issue regarding pending invoice payments to our attention.

We have conferred with our clients and understand that the Office of Refugee Resettlement
(ORR) informed Acacia in December 2025 of the need for certain non-privileged
documentation required to substantiate payments for services claimed under Contract Line
Item Number (CLIN) 2. Our understanding is that Acacia has not yet provided this requisite
information, which precludes ORR from fulfilling their regulatory responsibilities under the
Federal Acquisition Regulations (FAR) to ensure that all invoiced services were fully
performed and properly billed.  We also understand that ORR has paid the invoices for
CLINs 1, 3, and 4.

To verify that the CLIN 2 invoiced services were provided during the billing
period, correctly allocated under CLIN 2, and otherwise FAR- and contract-compliant, ORR
requires the following non-privileged supplemental information:

- The Alien number of each Unaccompanied Alien Child represented during the
billing period.

- The attorney name and corresponding firm name providing the representation.

- The specific dates of representation or scheduled hearings.

- The dates of the respective Form EOIR-28 or Form G-28 filings.

- The respective billable hours and direct costs allocated to these verifiable services.

We appreciate your assistance in facilitating the collection and submission of these
materials. Resolving this billing substantiation issue administratively will ensure our clients
can promptly facilitate payment and mitigate any need for judicial involvement over these
specific contractual mechanics.

We are generally available this week for a meet and confer to discuss this matter further.
Please let us know your availability.

Thanks,

Michael

**Michael A. Celone**
Senior Litigation Counsel
United States Department of Justice
Civil Division
Post Office Box 868 | Ben Franklin Station | Washington, D.C.  20044-0868
(direct) 202.305.2040

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Thursday, June 18, 2026 8:01:39 PM
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>
**Subject:** [EXTERNAL] Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Zach,

Following up on the correspondence below. We understand from our plaintiff providers that your client still has not paid any invoices from December 2025 forward. This lack of payment for more than six months is materially impacting providers' ability to continue services. As you know, the Court's order states that your clients are "ENJOINED from withdrawing the services or funds provided by" ORR, and "particularly ORR's provision of funds for direct legal representation services to unaccompanied children." Further, the Court's injunction "precludes cutting off access to congressionally appropriated funding."

We intend to ask the Court to issue an order to show cause why Defendants' withholding of payments is not a violation of this injunction. Please let us know by COB Wednesday June 24 if there is information you can share that would preclude our need for relief from the Court.

Thank you.

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Wednesday, 20 May 2026 15:30:56
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Good Evening,

I am not aware of this issue and don't plan to address it in the status report, but if plaintiffs can provide more information that would be helpful.

Best,
Zachary Cardin
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Wednesday, May 20, 2026 3:32 PM
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>;

peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org;
Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur
<AHalliday@gibsondunn.com>
**Subject:** [EXTERNAL] Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO
(N.D. Cal.)

Counsel,

We have received information that Defendants have been withholding December 2025 invoice
payments, impeding Providers' ability to continue providing services.  Please let us know whether
you intend to address these payments in your upcoming status report, including the extent to
which ongoing withholding is in violation of the Preliminary Injunction's prohibition on
"withdrawing the services or funds provided by the Office of Refugee Resettlement ("ORR") as of
March 20, 2025" under the TVPRA and ORR Foundational Rule, including funds for direct legal
representation services.

Best,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

This message may contain confidential and privileged information for the sole use of the
intended recipient. Any review, disclosure, distribution by others or forwarding without
express permission is strictly prohibited. If it has been sent to you in error, please reply to
advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm
and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the
intended recipient. Any review, disclosure, distribution by others or forwarding without
express permission is strictly prohibited. If it has been sent to you in error, please reply to
advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm
and/or our privacy policy.