BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532 - 4945
Zachary.a.cardin@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, | Case No. 4:25-cv-02847-AMO |
| Plaintiffs, | **DEFENDANTS' STATUS REPORT** |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, | |
| Defendants. | |

DEFENDANTS' STATUS REPORT
4:25-CV-02847-AMO

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Status Report. Since Defendants' last Status Report, filed on April 6, 2026, *see* ECF No. 153, Defendant Office of Refugee Resettlement ("ORR") continues to abide by the Court's Preliminary Injunction. The current contract with Acasia expired on April 30, 2026, and there was an option to renew for the period May 1 through July 31, 2026. The option to renew occurred and there was no interruption in services. On July 1, 2026 Plaintiffs recently filed a show cause motion. *See* ECF No. 157. Defendants will respond by July 10, 2026.

DATED: July 6, 2026                                  Respectfully submitted,

                                                     BRETT A. SHUMATE
                                                     Assistant Attorney General

                                                     WILLIAM C. SILVIS
                                                     Assistant Director

                                                     MICHAEL A. CELONE
                                                     KATELYN MASETTA-ALVAREZ
                                                     Senior Litigation Counsel


                                                     */s/ Zachary Cardin*
                                                     Zachary Cardin
                                                     Trial Attorney
                                                     Office of Immigration Litigation
                                                     General Litigation and Appeals Section
                                                     P.O. Box 878, Ben Franklin Station
                                                     Washington, DC 20044
                                                     202-532-4945
                                                     Zachary.a.cardin@usdoj.gov


                                                     Attorneys for Defendants

DEFENDANTS' STATUS REPORT
4:25-CV-02847- AMO                          1