BRETT A. SHUMATE
Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305 - 2040
michael.a.celone@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br> Defendants. | Case No. 4:25-cv-02847-AMO <br><br> **DEFENDANTS' MOTION TO REMOVE AND REPLACE INCORRECTLY FILED EXHIBITS TO DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

DEFENDANTS' MOTION TO REMOVE AND REPLACE INCORRECTLY FILED EXHIBITS TO DEFENDANTS'
RESPONSE TO ORDER TO SHOW CAUSE
4:25-CV-02847-AMO

Pursuant to Civil Local Rule 7-11 of the Northern District of California, Defendants, U.S. Department of Health and Human Services, et al., respectfully submit this motion to remove and replace incorrectly filed exhibits to Defendants' Response to Order to Show Cause, Dkt. No. 161. Defendants request that the Court direct the Clerk of Court to permanently remove and delete docket number 161-2 (Exhibits to Dkt. No. 161-1, Declaration of Richard Debany) from the Electronic Case Filing ("ECF") system, and to substitute it with the corrected, properly redacted exhibits filed concurrently with this motion.

## I. RELEVANT BACKGROUND AND REMEDIAL ACTIONS

On July 10, 2026, Defendants filed their Response to this Court's Order to Show Cause (OSC Response, Dkt. No. 161). Attached to that Response, as exhibits to the Declaration of Richard Debany (Dkt. No. 161-1), were three documents containing certain sensitive, confidential information. Due to an inadvertent clerical error, the affected exhibits (filed as Dkt. No. 161-2) were filed with incomplete redactions, potentially exposing protected information.

Defendants became aware of the error this morning and have acted expeditiously to properly redact those exhibits and are filing the corrected versions concurrently with this motion. Good cause exists to permanently remove the improperly redacted exhibits (Dkt. No. 161-2) in order to protect commercial and privacy interests contained in the underlying materials.

DEFENDANTS' MOTION TO REMOVE AND REPLACE INCORRECTLY FILED EXHIBITS TO DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE
4:25-CV-02847- AMO                                    1

## III. CONCLUSION

For the foregoing reasons, Defendants request that the Court grant this Motion and order the Clerk of Court to permanently remove Docket Number 161-2 from the docket and substitute it with the corrected, properly redacted versions included with this motion.

Dated: July 15, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel

ZACHARY CARDIN
Trial Attorney

*/s/ Michael A. Celone*
MICHAEL A. CELONE
Senior Litigation Counsel
Civil Division
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-2040
Michael.A.Celone@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' MOTION TO REMOVE AND REPLACE INCORRECTLY FILED EXHIBITS TO DEFENDANTS'
RESPONSE TO ORDER TO SHOW CAUSE
4:25-CV-02847- AMO                    2