IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

|  |  |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | CASE NO. 3:25-CV-02847-AMO<br><br><br>**DECLARATION OF MARION DONOVAN-KALOUST (IMMDEF) IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION** |

**DECLARATION OF MARION DONOVAN-KALOUST**
**DIRECTOR OF LEGAL SERVICES AT IMMIGRANT DEFENDERS LAW CENTER**

*I, Marion Donovan-Kaloust, make the following statements on behalf of myself and Immigrant Defenders Law Center ("ImmDef"). I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I hereby incorporate my Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 7-8), my Supplemental Declaration in Support of Plaintiff's Motion for Preliminary Injunction (Dkt. 37-7), and my Declaration in Support of Plaintiff's Motion for an Order to Show Cause (Dkt. 157-3) as if fully set forth herein.

2. As of the date of this declaration, ImmDef still has not received payment for legal services provided to unaccompanied children through the federally funded Unaccompanied Children Program (UCP) during the December 2025 through April 2026 invoice period. Instead, ImmDef has been informed by the Acacia Center for Justice that, as of July 21, 2026, the government continues to demand child-specific information that we can neither retroactively produce, nor provide to the government without raising serious attorney-client privilege and confidentiality concerns.

3. ImmDef has incurred costs of over $4,800,000 providing legal services to unaccompanied children and covering associated costs such as filing fees from December 2025 through April 2026. ImmDef has not been reimbursed for any of it.

4. Until recently, ImmDef continued covering filing costs for our unaccompanied child clients with the use of emergency funds. However, given that we have not been reimbursed for approximately $250,000 in filing fees since December 2025, we can no longer afford to continue to cover these fees. In light of the filing fees implemented by House Resolution 1 (the "One Big Beautiful Bill Act"), ImmDef's inability to continue to cover the fees will leave many of our child clients on the hook for hundreds of dollars in filing fees. If there are multiple siblings in a represented family, that family may be required to pay thousands of dollars in filing fees alone. Given that many of our clients are indigent, this causes significant hardship to clients and delays our ability to file relief as we wait for them to save up the money to apply for immigration relief. At a time when removal proceedings against unaccompanied children are being expedited, delays in filing can have disastrous consequences for children.

5. If ORR continues to fail to pay the December 2025 through April 2026 invoices, ImmDef would be placed in a worse position than it was before this litigation. Specifically, we have had to cover payroll for staff from reserves—reserves that were earmarked to allow us to

1

continue operating on a short-term basis in the event of a future termination of our federal funding. With those reserves dwindling due to the government's nonpayment of the back invoices, we have had to close a larger number of child cases than we otherwise would have and have significantly reduced new client intake, triaging potential clients to accept only those at the most imminent risk of government harm.

6. Due to the delays in payment, ImmDef is operating on a bare minimum staffing level, which impacts our capacity to zealously represent our child clients, provide the services they are entitled to under the TVPRA, and offer representation to new clients. Given our mission and vision that no immigrant should have to face an unjust immigration system alone, turning away child clients in removal proceedings due to financial instability caused by the government's nonpayment is antithetical to our mission. On a human level, it is hard on our team to have to look into the face of a child facing deportation proceedings and turn them away, knowing that children should have access to zealous, competent counsel at their side.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22 of July 2026 in Riverside, CA.



_____

**Marion ("Mickey") Donovan-Kaloust**
**Immigrant Defenders Law Center**
**634 S. Spring Street, 10th Floor**
**Los Angeles, CA 90014**
**Tel: (213) 674-9438**
**Fax: (213) 282-3133**
**mickey@immdef.org**