IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

COMMUNITY LEGAL SERVICES IN EAST
PALO ALTO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

Defendants.

Case No. 4:25-CV-02847-AMO

**DECLARATION OF ELIZABETH SANCHEZ KENNEDY (GHIRP) IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**

**DECLARATION OF ELIZABETH SANCHEZ KENNEDY**

**Executive Director, Galveston-Houston Immigrant Representation Project (GHIRP)**

*I, Elizabeth Sanchez Kennedy, make the following statements on behalf of myself and Galveston-Houston Immigrant Representation Project (GHIRP).  I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. §1746.*

1. I am over the age of 18 and make this declaration based upon my personal knowledge and experience.  If called to do so, I could and would competently testify to these matters under oath.

2. I am the Executive Director at the Galveston-Houston Immigrant Representation Project (GHIRP), a plaintiff in the above-captioned case.  I incorporate my Declaration in Support of Plaintiffs' Motion to Enforce the Preliminary Injunction (Dkt. # 165) as if fully set forth herein. I previously submitted a declaration on behalf of GHIRP in support of Plaintiffs' Motion for a Preliminary Injunction and Motion for a Temporary Restraining Order and those declarations are incorporated by reference.

3. GHIRP is a legal services organization that serves nearly 3,000 individuals per year in the Galveston-Houston area (Texas).  Specifically, GHIRP's Immigrant Children & Youth program represents unaccompanied immigrant children who are not detained, as well as those held in Office of Refugee Resettlement (ORR) custody. We provide comprehensive legal services to children detained in three ORR facilities in the Galveston-Houston area, including tender aged children (children under the age of 13).

4. GHIRP currently employs 12 attorneys who are handling over 500 active cases representing unaccompanied children.  In addition, our attorneys and other staff help support a number of pro bono cases representing unaccompanied children in partnership with pro bono attorneys.

5. GHIRP's Immigrant Children & Youth attorneys provide tireless advocacy for our clients despite exceptionally difficult circumstances.  Immigration enforcement in the Galveston-Houston area has intensified, including interior arrests of children and youth living in our community who are then sent to the ORR shelters we serve.  The combined effect of several

enforcement initiatives, moreover, has created an unusually difficult landscape for client advocacy.

6. For example, since the beginning of the administration, our team must now respond to the detained "rocket dockets" which have expedited and increased the frequency of client hearings.  GHIRP attorneys previously attended hearings approximately 3-5 times per month, but now appear for hearings on rocket dockets (with very little notice) as frequently as 3-4 times a week for 3-6 hours per docket. Our team must also respond to a blitz of U.S. Citizenship and Immigration Services ("USCIS") Asylum Office interviews – over 30 interviews have been scheduled within a matter of weeks, for applications filed over a three-year time period.  Normally GHIRP sees approximately 10-15 interviews over a year, so responding to this high volume of interviews in a compressed time period has been extraordinarily difficult.  In addition, parents and caretakers attempting to sponsor their children out of ORR detention are being detained in the process, which immediately pauses or terminates reunification and leads to prolonged and indefinite detention. GHIRP's advocacy related to sponsor detentions and child reunification has increased significantly as part of our representation.  Before, GHIRP did not need to expend resources and extensive staff time to ensure that children are released to their sponsors and that sponsors are not detained and deported in the process. Now, some of the children we have represented remained in ORR custody for over 450 days even with our advocacy.

7. GHIRP's attorneys, legal assistants, and social services coordinators have extensive training on child-friendly representation and know how to effectively advocate for young clients in court without re-traumatizing them.  But these fast-paced government initiatives are forcing young children to confront (and publicly discuss) deep trauma very quickly, often in the detained setting without familial support.  Our legal advocates are experiencing immense pressure to continue providing trauma-informed representation while inoculating our child clients from external harms and hostility.

8. GHIRP's work in the Galveston-Houston area serving unaccompanied immigrant children is critical because we have seasoned legal staff, with over 50 years of combined experience,

who have a deep understanding of child immigration laws.  At a time when immigration enforcement has intensified against children, GHIRP's extensive experience is essential to ensuring children have access to due process, safety, and stability.

9. In fact, the Houston area is home to one of the highest number of detained and released immigrant children in the nation who are in removal proceedings.  However, some of our local partner organizations are either no longer providing legal representation services to unaccompanied immigrant children or reducing capacity. We have seen detained children (non-GHIRP clients) on the same immigration court dockets as our facilities who will be losing representation due to partner organizations' closures, including children housed at a Residential Treatment Center with mental health and competency concerns.  GHIRP now stands as one of the few organizations representing unaccompanied minors in the Houston area, while the need for legal services is increasing and the number of trained child advocates is diminishing.  These children are vulnerable and should not be required to navigate our complex immigration system without an attorney by their side.

10. Unaccompanied Child Program ("UCP") funding from ORR represents approximately 49% of GHIRP's overall annual budget and approximately half of our organization's staff. The last month for which we received payment from ORR for our UCP legal services was November 2025, which means that GHIRP has been operating without 49% of its normal funding for over six months. GHIRP's total unpaid UCP invoices exceeds $1,000,000. The harm the delay in UCP payments has had on GHIRP and our work cannot be overstated. We have used a significant portion of our reserves to make payroll and ensure there is no disruption in services.  GHIRP's reserve funding typically supports administrative staff, underfunded programs, expenses necessary for efficient operations that are not grant-funded, and our Federal Litigation team.  Due to the delayed payments, our reserves will fall below sustainable levels by October 2026.  We are preparing for a significant cut to all programs in order to keep our doors open throughout the fiscal year.

11. The delayed UCP payments impacts our ability to serve the community, meet the needs of immigrant children and families, and to carry out our mission.  The UCP payment delays

have impacted current and prospective immigrant children and youth clients, as we are limiting the number of new cases we accept for representation. We have also had to revise our commitments to current clients, such as pursuing only one form of relief even though the client may be eligible for multiple forms of relief.

12. If we do not receive payments for services performed over the last six months soon, GHIRP will have to make imminent staffing decisions which will directly, and immediately, impact our services. GHIRP management is building a timeline to withdraw from hundreds of cases and significantly reduce its Immigrant Child & Youth program, while being mindful of our ethical obligations to our clients and staffing capabilities. The impossible task of urgently withdrawing from our clients' cases and forcing them to go forward alone in immigration court will have devastating impacts on our clients, staff, and mission.

13. While we have tried to utilize other sources of funding to the extent possible, those are not enough to mitigate the impact of these payment delays. Just last month, funding for GHIRP's Detained Adult program was abruptly halted, and another program serving adults in the community is sunsetting within weeks. While we are committed to continuing representation for adults in custody, we are not accepting new clients. These programs are critical to carrying out our mission yet will soon be unfunded. The need for detained adult services continues to increase, including for sponsors and parents of our unaccompanied minor clients who are being detained. GHIRP can no longer support the Immigrant Children & Youth program staff and services through unrestricted funds while serving the needs of the entire organization and community.

14. GHIRP's legal team strictly adheres to ethical standards and professional responsibilities with respect to representation, client confidentiality, and privileged information. Government requests seeking confidential client information conflict with our ability to comply with ethical obligations to our clients, exposing them to further harm. Even in the face of financial hardship to our organization, we cannot compromise our responsibility to maintain client information confidential.

4

15. The funding for our representation of unaccompanied children represents almost half of GHIRP's annual budget. If the payments for this work are not promptly resumed, the harm to GHIRP, our mission, our staff, the services we provide, and our clients will be immeasurable and in all likelihood cannot be fully reversed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd of July, 2026, in Houston, Texas.

 _/s/ *Elizabeth Sanchez Kennedy*_____
**Elizabeth Sanchez Kennedy**
**Executive Director**
**Galveston-Houston Immigrant Representation Project (GHIRP)**