IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Case No. 4:25-CV-02847-AMO<br><br>**DECLARATION OF ALICIA R. HORST (MID-SOUTH IMMIGRATION ADVOCATES) IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION** |

**DECLARATION OF ALICIA R. HORST**

**EXECUTIVE DIRECTOR, MID-SOUTH IMMIGRATION ADVOCATES**

*I, Alicia R. Horst, make the following statements on behalf of myself and Mid-South Immigration Advocates.  I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. §1746.*

1. I am over the age of 18 and make this declaration based upon my personal knowledge and experience.  If called to do so, I could and would competently testify to these matters under oath.

2. I am the Executive Director at Mid-South Immigration Advocates (MIA).  I incorporate my Declaration in Support of Plaintiffs' Motion to Enforce the Preliminary Injunction (Dkt. #165) as if fully set forth herein.

3. Mid-South Immigration Advocates currently serves 793 clients in Arkansas, Tennessee, and North Mississippi in their humanitarian-based immigration cases, concentrating on survivors of violence and unaccompanied children.  Specifically, MIA actively represents 359 unaccompanied children in their immigration matters through Acacia's Unaccompanied Children's Program. MIA currently has five attorneys who handle these 359 cases representing unaccompanied children.

4. MIA operates in a legal services desert. The massive jurisdiction of the Memphis Immigration Court includes all of Arkansas, all of Tennessee, and Mississippi north of Jackson. MIA was the first nonprofit organization in the region with a mission entirely focused on providing free and affordable immigration legal services to populations at risk of removal. MIA is the only organization with experience providing representation to children detained in ORR custody within the region. No other nonprofit organizations or private attorneys within this jurisdiction have experience representing children in ORR custody. Further, MIA's staff are regional experts in identifying and representing child victims of human trafficking. The organization's unique and critical depth of experience and expertise on legal matters involving immigrant children is unparalleled.

5. Unaccompanied Children's Program (UCP) funding from ORR represents over 90% of MIA's overall annual budget and 100% of the organization's budget for the Children's Project. Federal funding cuts related to legal services for immigrants have also decimated MIA's other programs, making UCP funding our last significant source of income.

6. The last month for which we received payment from ORR for our UCP legal services was November 2025, and we have received no payments for these services since December 2025. These payment delays have had a ruinous impact on MIA and our work. The organization has spent down nearly all of its reserves to cover staff time and expenses for UCP work. We can no longer maintain a viable organization and are winding down operations of the organization as a whole, including a timeline for laying off all staff within the next three months.

7. MIA cannot provide the information requested by ORR for both practical and ethical reasons.

8. Mid-South Immigration Advocates, its staff, and its clients are all facing catastrophic harm as a result of withheld payment. As MIA withdraws from cases, clients are left with no option for representation, as all other local and regional nonprofit legal service providers are already at or beyond capacity.

9. If the payments due for services provided since December 2025 are not promptly disbursed, the harm to us, our work and mission, our staff, and our clients will be vast and devastating, and likely irreversible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd of July, 2026, in Memphis, TN.

/s/ Alicia R. Horst

ALICIA R. HORST

EXECUTIVE DIRECTOR

MID-SOUTH IMMIGRATION ADVOCATES

2