IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants.

Case No. 4:25-CV-02847-AMO

**DECLARATION OF MELISSA MARI LOPEZ, "ESTRELLA," IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**

**DECLARATION OF MELISSA MARI LOPEZ**

**EXECUTIVE DIRECTOR, DIOCESAN MIGRANT AND REFUGEE SERVICES DOING**

**BUSINESS AS ESTRELLA DEL PASO**

*I, Melissa Mari Lopez, make the following statements on behalf of myself and Diocesan Migrant and Refugee Services doing business as Estrella del Paso. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. §1746.*

1. I am over the age of 18 and make this declaration based upon my personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2. I am the Executive Director at Diocesan Migrant and Refugee Services *doing business as* Estrella del Paso *(hereinafter "Estrella del Paso")*, a plaintiff in the above-captioned case. I incorporate my Declaration in Support of Plaintiffs' Motion to Enforce the Preliminary Injunction (Dkt. 165) as if fully set forth herein. I incorporate my Declaration in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. 37-4) and Plaintiff's Motion for Temporary Restraining Order (Dkt. 7-14) as if fully set forth herein.

3. Estrella del Paso serves an average of over 40,000 people annually in El Paso, Texas. Specifically, Estrella del Paso served approximately 6,500 unaccompanied children annually through 2024. In 2025, Estrella del Paso served 1,596 unaccompanied children. In El Paso, we tend to serve both males and females, typically teenagers, from Spanish speaking countries; however, the children do not all speak Spanish and instead speak dialects that require the use of a non-Spanish interpreter for communication. The legal needs of the children vary significantly from representation in seeking voluntary departure to complex legal matters requiring multiple processes to obtain legal status in the United States.

4. Estrella del Paso currently has 3 attorneys handling the representation of unaccompanied children. These attorneys are currently handling 243 active cases representing unaccompanied children. In addition, our attorneys and other staff help support one active pro bono case representing unaccompanied children in partnership with pro bono attorneys.

1

5. At Estrella del Paso, we have represented children in obtaining various forms of immigration benefits from proving they are United States citizens to obtaining asylum, U nonimmigrant status as a survivor of a crime, T nonimmigrant status as a survivor of human trafficking, Special Immigrant Juvenile Status, residency through family members, voluntary departure, and return to their home country, if they so desire. In the nearly 20 years that Estrella del Paso has been representing unaccompanied children, tens of thousands of children have received a Know Your Rights presentation and legal screening and thousands more have received full representation before the Immigration Court and other federal agencies to obtain lawful status to remain in the United States permanently. Estrella del Paso provides critical legal representation to unaccompanied children in El Paso, a legal desert. There are fewer than 20 attorneys whose practices are based in El Paso and represent immigrants as their sole focus of practice. Of those 20, very few represent individuals in removal proceedings, and Estrella del Paso is the only provider of unaccompanied children's services in El Paso. There is no law school in El Paso currently, and the closest law school is in New Mexico, approximately 220 miles away. It was previously the case that nearly every child whose case was concluded before the El Paso immigration court was offered representation by Estrella del Paso. In the past few weeks as the conclusion of the current contract for unaccompanied children's services looms and as more time passes without reimbursement of past services rendered, Estrella del Paso has not been able to offer legal representation to all unaccompanied children. Recently, on a single day, 25 children appeared before the El Paso immigration court unrepresented. Currently, the court is scheduling hearings several times per week. Without Estrella del Paso representing these unaccompanied children, the number of children appearing in court without representation will skyrocket into the hundreds within weeks.

6. As mentioned above, despite the significant number of immigrants in El Paso, there are not enough immigration attorneys to meet the needs of the community. Generally, the immigration attorneys with the expertise to represent unaccompanied children are employees of Estrella del Paso. There simply isn't a market in El Paso to allow attorneys

to specialize in representing unaccompanied children. Due to the constantly changing nature of the representation of unaccompanied children, once attorneys leave Estrella del Paso to pursue other career opportunities, they quickly lose their expertise. As the only provider of unaccompanied children's services in El Paso, Estrella del Paso is uniquely situated to represent unaccompanied children. For example, our attorneys have learned unique skills needed to represent children who have experienced trauma. They take the time necessary to develop a rapport with the children and ensure that child-friendly activities are available to ensure the children understand what is happening with their cases. They carry teddy bears along with their case files, so that the children can use the teddy bears to comfort themselves during hearings and when they are having difficult discussions. These practices have been developed over the course of 20 years and that expertise cannot be quickly replicated.

7. UCP funding from ORR represents approximately 50% to 55% of Estrella del Paso's overall annual budget.

8. The last month for which we received payment from ORR for our UCP legal services was November 2025. The delay in payments has had a devastating impact on Estrella del Paso and our work affecting our unaccompanied children's program but also affecting the entire organization. Due to the payment delays, Estrella del Paso implemented a hiring freeze in late April/early May across the entire organization. We currently have nearly 15 positions that are vacant due to lack of payment. To continue providing services we are contractually obliged to provide, we have had to completely deplete our savings. If our contract is not renewed prior to July 31, 2026, and we are not paid for services already rendered, we will be forced to terminate our unaccompanied children's program. At our present funding levels, we will only be able to retain the 3 attorneys currently representing unaccompanied children for only a few months. Those attorneys will need to remain to ensure that our legal and ethical obligations to the unaccompanied children we represent are met and that we properly complete their representation and close out their cases. Once all cases are closed out, at present, we would not be able to retain all three attorneys, losing their wealth of

institutional knowledge and specialized trauma informed care and representation of the children. Furthermore, to ensure we would not place the organization in an even more precarious financial position, we ceased offering representation to any unaccompanied children effective Friday, July 17, 2026. Although we are not taking new cases, we remain committed to and are still representing all current clients whose representation began prior to July 17, 2026.

9. Estrella del Paso currently represents a teenage child detained in the custody of the Office of Refugee Resettlement (hereinafter "ORR"). This client does not have any options for reunification. Our office is pursuing Special Immigrant Juvenile Status (hereinafter "SIJS) for this client. Currently, the case is pending before the Texas family court with an upcoming hearing in a few weeks. The child is unable to reunify with their parents and is applying for SIJS based on abuse, abandonment, or neglect by both of their parents. If the court grants the child the necessary predicate family court order at the hearing, Estrella del Paso would need to prepare and file the SIJS application with the Department of Homeland Security. As a policy, the Department of Homeland Security no longer grants fee waivers and requires payment of all application fees. Our client is unaccompanied, has no reunification options, and is pursuing relief due to abuse, abandonment, or neglect by both parents. Under the contract currently in place, Estrella del Paso pays the application fees and then seeks reimbursement from ORR. If the delayed payments continue unpaid, Estrella will be unable to pay the application fee for this client. If the fee is not paid, our client will be unable to pursue SIJS status despite being eligible for this benefit.

10. While we have tried to utilize other sources of funding to the extent possible, those are not enough to mitigate the impact of these payment delays. Funding is typically tied to a specific purpose which prohibits the use of funds not specifically designated for unaccompanied children to be used for that purpose.

11. As an organization, Estrella del Paso is incredibly concerned about ORR's request for additional data as a condition of payment because we believe the disclosure of this information would result in ethical violations of our attorney/client relationships. We do

4

not consent to share the information being requested, and it would take significant resources to obtain the requested information. Additionally, some of the information may no longer be available or nearly impossible to obtain. Some of the individuals that worked on this program in the past are no longer working at Estrella del Paso. At present, we have yet to be reimbursed for services we provided months ago, and we do not have any confidence that we would be reimbursed for the significant staff time and resources it would take to compile and provide additional, very sensitive information to ORR.

12. In addition, if the ORR payments do not resume soon, Estrella del Paso will face imminent and catastrophic harm. Operating without reserves places Estrella del Paso in a precarious position where even a slight delay in payment by any funder would put the organization in danger of not making payroll, reducing other programming, and other more dire and long-term consequences.

13. If the payments are not promptly resumed, the harm to us, our work, our staff, and our clients will be catastrophic and potentially irreversible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd, of July 2026, in El Paso, Texas.

_____

Melissa M. Lopez

Executive Director

Estrella del Paso

5