GIBSON, DUNN & CRUTCHER LLP
Katherine Marquart (CA Bar No. 248043)
Ariana Sañudo (CA Bar No. 324361)
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
asanudo@gibsondunn.com
ahalliday@gibsondunn.com

Laura M. Sturges (CO Bar No. 36843) (pro hac vice)
Patricia M. Herold (CO Bar No. 54552) (pro hac vice)
Caelin Moriarity Miltko (CO Bar No. 56721) (pro hac vice)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

AMICA CENTER FOR IMMIGRANT RIGHTS
Adina Appelbaum (VA Bar No. 88974) (pro hac vice)
Samantha Hsieh  (VA Bar No. 90800) (pro hac vice)
Peter Alfredson (D.C. Bar No. 1780258) (pro hac vice)
Evan Benz (NC Bar No. 49077) (pro hac vice)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,

                    Plaintiffs,

          v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

                    Defendants.

CASE NO. 4:25-CV-02847-AMO

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**

Date:           August 27, 2026
Time:           2:00 p.m.
Judge:          Hon. Araceli Martínez-Olguín
Date Action Filed: March 26, 2025

**AND NOW**, this ___ day of _____, 2026, upon consideration of Plaintiffs' Emergency Motion to Enforce the Preliminary Injunction, the memorandum and evidence in support thereof, and Defendants' response thereto, it is **HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

Defendants' ongoing conditioning of required funding on demands that inevitably result in cutting off funding for direct representation of unaccompanied children violates the preliminary injunction by "cutting off access to congressionally appropriated funding" for "direct legal representation services to unaccompanied children." Defendants shall immediately (within five business days) cure their violation of the preliminary injunction and comply with the Court's preliminary injunction.

**FURTHER ORDERED** that Defendants shall file status reports no later than two (2) business days after the expiration of the cure period set forth above, and every seven (7) days thereafter until Defendants have paid all invoices for direct legal representation services provided to unaccompanied children for December 2025, January 2026, February 2026, and March 2026, Defendants shall file a status report with this Court, and serve a copy on Plaintiffs' counsel.

_____
Hon. Araceli Martínez-Olguín
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING MOTION TO ENFORCE
CASE NO. 4:25-CV-02847-AMO