GIBSON, DUNN & CRUTCHER LLP
Katherine Marquart (CA Bar No. 248043)
Ariana Sañudo (CA Bar No. 324361)
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
asanudo@gibsondunn.com
ahalliday@gibsondunn.com

Laura M. Sturges (CO Bar No. 36843) (pro hac vice)
Patricia M. Herold (CO Bar No. 54552) (pro hac vice)
Caelin Moriarity Miltko (CO Bar No. 56721) (pro hac vice)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

AMICA CENTER FOR IMMIGRANT RIGHTS
Adina Appelbaum (VA Bar No. 88974) (pro hac vice)
Samantha Hsieh (VA Bar No. 90800) (pro hac vice)
Peter Alfredson (D.C. Bar No. 1780258) (pro hac vice)
Evan Benz (NC Bar No. 49077) (pro hac vice)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org
Attorneys for Plaintiffs

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants.

CASE NO. 4:25-CV-02847-AMO

**JOINT STIPULATION TO SHORTEN TIME**

Pursuant to Civil Local Rules 6-1 and 6-2, the Parties by and through their respective counsel of record hereby stipulate the following:

1. WHEREAS, on July 16, 2026, this Court held a hearing on an Order to Show Cause regarding whether Defendants are complying with the preliminary injunction entered in this action. At that hearing, the Court ordered the Parties to meet and confer regarding next steps;

2. WHEREAS, the Court issued a Minute Order on July 16, 2026 ordering the Parties to meet and confer to clarify "any further motions" and to update the Court by July 23, 2026;

3. WHEREAS, the Parties met and conferred on July 17, 2026 and July 21, 2026 and could not resolve the dispute between the Parties;

4. WHEREAS, Plaintiffs plan to file a motion to enforce the preliminary injunction shortly;

5. WHEREAS, the Parties agreed to request an expedited briefing and hearing schedule;

6. WHEREAS, the earliest hearing date for which Plaintiffs can notice their motion to enforce under the Local Rules and the Court's calendar is August 27, 2026;

7. WHEREAS, Plaintiffs' motion raises time-sensitive questions and Plaintiffs request emergency relief;

8. WHEREAS, the Parties have agreed that once Plaintiffs file their motion to enforce, the Court should set a hearing on the motion for August 6, 2026, at 2:00 p.m. and set an expedited briefing schedule tied to that hearing date as follows: (1) Defendants' opposition brief due July 31, 2026, and (2) Plaintiffs' reply brief due August 3, 2026;

9. WHEREAS, this shortening of time will not alter the date of any event or deadline already fixed by the Court, is made in good faith and not for the purposes of any delay, and will not prejudice any party or the Court; and

10. WHEREAS, this is the Parties' first joint request to shorten time;

NOW, THEREFORE IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, subject to the Court's approval, that: (1) the Court should set Plaintiffs' motion to enforce for hearing on August 6, 2026, at 2:00 p.m. and set an expedited briefing schedule tied to

that hearing date as follows: (1) Defendants' opposition brief due July 31, 2026, and (2) Plaintiffs' reply brief due August 3, 2026.

A proposed order is included herewith.

Date: July 23, 2026

Respectfully submitted,

*/s/ Laura M. Sturges*

GIBSON, DUNN & CRUTCHER LLP
Katherine Marquart (CA Bar No. 248043)
Ariana Sañudo (CA Bar No. 324361)
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
asanudo@gibsondunn.com
ahalliday@gibsondunn.com

Laura M. Sturges (CO Bar No. 36843) (*pro hac vice*)
Patricia M. Herold (CO Bar No. 54552) (*pro hac vice*)
Caelin Moriarity Miltko (CO Bar No. 56721) (*pro hac vice*)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

*Attorneys for Plaintiffs*

*/s/ Michael A. Celone*

BRETT SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel
ZACHARY A. CARDIN
Trial Attorneys

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box. 878, Ben Franklin Station
Washington, D.C. 20044
(771) 202-1393
Dean.Delasalas@usdoj.gov

*Attorneys for Defendants*

*/s/ Laura Flores-Perilla*

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

*/s/ Alvaro M. Huerta*

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org

*/s/ Samantha Hsieh*

AMICA CENTER FOR IMMIGRANT RIGHTS
Adina Appelbaum (VA Bar No. 88974) (*pro hac vice*)
Samantha Hsieh (VA Bar No. 90800) (*pro hac vice*)
Peter Alfredson (D.C. Bar No. 1780258) (*pro hac vice*)
Evan Benz (NC Bar No. 49077) (*pro hac vice*)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org

*Attorneys for Plaintiffs*

**In compliance with Civil Local Rule 5-l(i)(3), the filer of this document attests under penalty of perjury that, as authorized by all attorneys, all signatories have concurred in the filing of this document*

**[PROPOSED] ORDER**

Upon consideration of the Parties' Stipulation, it is hereby ORDERED that, Plaintiffs' motion to enforce shall be set for hearing on August 6, 2026, at 2:00 p.m., that Defendants' opposition brief to the motion to enforce shall be due July 31, 2026, and that Plaintiffs' reply brief shall be due August 3, 2026.

IT IS SO ORDERED.

Dated:

______________________________
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE