GIBSON, DUNN & CRUTCHER LLP
Katherine Marquart (CA Bar No. 248043)
Ariana Sañudo (CA Bar No. 324361)
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
asanudo@gibsondunn.com
ahalliday@gibsondunn.com

Laura M. Sturges (CO Bar No. 36843) (pro hac vice)
Patricia M. Herold (CO Bar No. 54552) (pro hac vice)
Caelin Moriarity Miltko (CO Bar No. 56721) (pro hac vice)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

AMICA CENTER FOR IMMIGRANT RIGHTS
Adina Appelbaum (VA Bar No. 88974) (pro hac vice)
Samantha Hsieh (VA Bar No. 90800) (pro hac vice)
Peter Alfredson (D.C. Bar No. 1780258) (pro hac vice)
Evan Benz (NC Bar No. 49077) (pro hac vice)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org
Attorneys for Plaintiffs

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | CASE NO. 4:25-CV-02847-AMO <br><br> **JOINT STIPULATION TO SHORTEN TIME** |

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rules 6-1 and 6-2, the Parties by and through their respective counsel of record hereby stipulate the following:

1.      WHEREAS, on July 16, 2026, this Court held a hearing on an Order to Show Cause regarding whether Defendants are complying with the preliminary injunction entered in this action. At that hearing, the Court ordered the Parties to meet and confer regarding next steps;

2.      WHEREAS, the Court issued a Minute Order on July 16, 2026 ordering the Parties to meet and confer to clarify "any further motions" and to update the Court by July 23, 2026;

3.      WHEREAS, the Parties met and conferred on July 17, 2026 and July 21, 2026 and could not resolve the dispute between the Parties;

4.      WHEREAS, Plaintiffs plan to file a motion to enforce the preliminary injunction shortly;

5.      WHEREAS, the Parties agreed to request an expedited briefing and hearing schedule;

6.      WHEREAS, the earliest hearing date for which Plaintiffs can notice their motion to enforce under the Local Rules and the Court's calendar is August 27, 2026;

7.      WHEREAS, Plaintiffs' motion raises time-sensitive questions and Plaintiffs request emergency relief;

8.      WHEREAS, the Parties have agreed that once Plaintiffs file their motion to enforce, the Court should set a hearing on the motion for August 6, 2026, at 2:00 p.m. and set an expedited briefing schedule tied to that hearing date as follows:  (1) Defendants' opposition brief due July 31, 2026, and (2) Plaintiffs' reply brief due August 3, 2026;

9.      WHEREAS, this shortening of time will not alter the date of any event or deadline already fixed by the Court, is made in good faith and not for the purposes of any delay, and will not prejudice any party or the Court; and

10.     WHEREAS, this is the Parties' first joint request to shorten time;

NOW, THEREFORE IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, subject to the Court's approval, that:  (1) the Court should set Plaintiffs' motion to enforce for hearing on August 6, 2026, at 2:00 p.m. and set an expedited briefing schedule tied to

Gibson, Dunn & Crutcher LLP

2

that hearing date as follows:  (1) Defendants' opposition brief due July 31, 2026, and (2) Plaintiffs' reply brief due August 3, 2026.

A proposed order is included herewith.

Date: July 23, 2026                                              Respectfully submitted,


/s/ Laura M. Sturges                                            /s/ Michael A. Celone

GIBSON, DUNN & CRUTCHER LLP                        BRETT SHUMATE
Katherine Marquart (CA Bar No. 248043)             Assistant Attorney General
Ariana Sañudo (CA Bar No. 324361)                  Civil Division
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue                             WILLIAM C. SILVIS
Los Angeles, CA 90071-3197                         Assistant Director
(213) 229-7000
kmarquart@gibsondunn.com                           MICHAEL A. CELONE
asanudo@gibsondunn.com                             Senior Litigation Counsel
ahalliday@gibsondunn.com                           ZACHARY A. CARDIN
                                                   Trial Attorneys
Laura M. Sturges (CO Bar No. 36843) (*pro hac
vice*)                                             U.S. Department of Justice, Civil Division
Patricia M. Herold (CO Bar No. 54552) (*pro hac   Office of Immigration Litigation
vice*)                                             General Litigation and Appeals Section
Caelin Moriarity Miltko (CO Bar No. 56721) (*pro   P.O. Box 878, Ben Franklin Station
hac vice*)                                         Washington, D.C. 20044
1900 Lawrence Street, Suite 3000                   (771) 202-1393
Denver, CO 80202-2211                              Dean.Delasalas@usdoj.gov
(303) 298-5700
lsturges@gibsondunn.com                            *Attorneys for Defendants*
pherold@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

*Attorneys for Plaintiffs*




/s/ Laura Flores-Perilla

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org

Gibson, Dunn & Crutcher LLP

3

/s/ Alvaro M. Huerta

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org


/s/ Samantha Hsieh

AMICA CENTER FOR IMMIGRANT RIGHTS
Adina Appelbaum (VA Bar No. 88974) (*pro hac vice*)
Samantha Hsieh (VA Bar No. 90800) (*pro hac vice*)
Peter Alfredson (D.C. Bar No. 1780258) (*pro hac vice*)
Evan Benz (NC Bar No. 49077) (*pro hac vice*)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org

*Attorneys for Plaintiffs*

*\*In compliance with Civil Local Rule 5-l(i)(3), the filer of this document attests under penalty of perjury that, as authorized by all attorneys, all signatories have concurred in the filing of this document*

Gibson, Dunn &
Crutcher LLP

4

JOINT STIPULATION TO SHORTEN TIME
CASE NO. 4:25-CV-02847-AMO

## [PROPOSED] ORDER

Upon consideration of the Parties' Stipulation, it is hereby ORDERED that, Plaintiffs' motion to enforce shall be set for hearing on August 6, 2026, at 2:00 p.m., that Defendants' opposition brief to the motion to enforce shall be due July 31, 2026, and that Plaintiffs' reply brief shall be due by noon on August 3, 2026.

IT IS SO ORDERED.

Dated: July 24, 2026



Hon. _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Araceli Martinez-Olguin

Gibson, Dunn &
Crutcher LLP