FOR OFFICIAL USE ONLY

**ADMINISTRATION FOR**
# CHILDREN & FAMILIES
Office of Refugee Resettlement | 330 C Street, S.W., Washington, DC 20201
www.acf.gov/orr

## Legal Services Representation Summary

*July 8, 2026*

**BLUF**: ORR is attempting to identify the reason why Unaccompanied Alien Children (UAC) continue to appear in Department of Justice Executive Office for Immigration Review (DOJ EOIR) immigration hearings without legal representation.

**Background:** Under ORR's legal services provider contract, UAC are to receive legal orientation, legal screenings, courtroom assistance, other case-related legal assistance, and direct legal representation while in ORR custody, with continuity of representation in certain cases after release and timely notice of representation to ORR through Form L-3 (CLIN 1, Objectives 1–2, pp. 24–25; CLIN 2, Objective 3(a)–(c), pp. 26–29). Despite these requirements and full contract funding, ORR became aware through media reports, and later through confirmation from DOJ EOIR, that some UAC were appearing in immigration court without legal representation.

The U.S. government is notified of legal representation via three forms: L-3, G-28, and E-28.  ORR is notified via an L-3 Form, which confirms legal representation and allows ORR to share information regarding UAC.  The Department of Homeland Security (DHS) component, U.S. Citizenship and Immigration Services (USCIS), accepts legal filing notification via a G-28 form and DOJ EOIR accepts legal representation notification via an E-28 Form.

ORR conducted the following analyses: (1) Review of monthly A Numbers provided by Acacia compared to how many **do not** have a G28, E28, or L-3 on file, (2) Review of monthly A Numbers provided by Acacia compared to how many UAC have no record of being in the United States at the time the report was submitted, (3) In-person validation of UAC representation at immigration hearings (observed by federal employees), (4) Report summary with information provided by ORR Shelter grantees. Together, the following charts provide a snapshot of representation-related information.

*Legal Representation Data Analysis Summary from multiple data sets:*

1.  **Chart One**: Compares the monthly A Numbers provided by Acacia loaded to the secure UCP-ORR SharePoint folder entitled "Legal Representation Activity Report" to those UAC who **do not** have a G-28/E-28 or an L-3 on file. On April 10, 2025, Acacia confirmed that these monthly reports reflected their active clients and defined an active client as, "generally representation that has been initiated under CLIN 2 funding and has not yet closed." To verify this active client list ORR compared records against outcomes across the Federal Government. *Note: Upon request, ORR can provide detailed lists for further review.*
    ***Please Note:*** *Chart One has been updated to add additional transparency around the L-3 form. January and March numbers have been updated from the prior 06222026 version, due to ORR use of a new tool to validate and identify duplicates.*

| Active Representation File | Network Activity Date | Total Active Representation | No G-28 or E-28 | No G-28, E-28 or L-3 |
|---|---|---|---|---|
| Legal Representation Activity Report_2025-12-31_Dataset | Acacia network activity as of **November 30, 2025.** | 24,157 | 3,574 | 2,928 |
| Legal Representation Activity Report_2026-02-02_Dataset | Acacia network activity as of **December 31, 2025.** | 24,117 | 3,698 | 2,995 |
| Legal Representation Activity Report_2026-03-02_Dataset | Acacia network activity as of **January 31, 2026.** | 23,896 | 3,782 | 3,048 |
| Legal Representation Activity Report_2026-03-31_Dataset | Acacia network activity as of **February 28, 2026.** | 23,665 | 3,826 | 3,075 |
| Legal Representation Activity Report_2026-04-30_Dataset | Acacia network activity as of **March 31, 2026.** | 23,487 | 3,778 | 3,004 |

*\*For all charts in this document, some figures may be affected by data entry errors, timing of submissions, incomplete records, or interpretation of information from non-standardized or unstructured sources.*

FOR OFFICIAL USE ONLY

**ADMINISTRATION FOR**
**CHILDREN & FAMILIES**
Office of Refugee Resettlement | 330 C Street, S.W., Washington, DC 20201
www.acf.gov/orr

2.   **Chart Two:** Compares the monthly A Numbers provided by Acacia loaded to the secure UCP-ORR SharePoint folder titled "Legal Representation Activity Report" to those UAC who **were not physically in the United States at the time of the report**.  On April 10, 2025, Acacia confirmed that these monthly reports reflected their active clients and defined an active client as, "generally representation that has been initiated under CLIN 2 funding and has not yet closed." To verify this active client list, ORR compared records against outcomes across the Federal Government.

| Active Representation File | Network Activity Date | Total Active Representation | UAC Physically Not in Country (VD/OR) |
|---|---|---|---|
| Legal Representation Activity Report_2025-12-31_Dataset | Acacia network activity as of **November 30, 2025.** | 24,157 | 265 |
| Legal Representation Activity Report_2026-02-02_Dataset | Acacia network activity as of **December 31, 2025.** | 24,117 | 305 |
| Legal Representation Activity Report_2026-03-02_Dataset | Acacia network activity as of **January 31, 2026.** | 23,896 | 388 |
| Legal Representation Activity Report_2026-03-31_Dataset | Acacia network activity as of **February 28, 2026.** | 23,665 | 330 |
| Legal Representation Activity Report_2026-04-30_Dataset | Acacia network activity as of **March 31, 2026.** | 23,487 | 355 |

3.   **Chart Three:** Reflects the total number of children scheduled for hearings during the week reviewed and the number of children who appeared in court without representation. These observations were conducted by ORR's federal field staff during Week 1 and ICE attorneys during Week 2. This data is intended to document instances where children appeared in court without an attorney present.

| Date | Hearings Observed | UAC Currently in ORR Care | UAC Unrepresented | % of Total |
|---|---|---|---|---|
| May 11th-15th | 191 | 106 | 139 | 73% |
| May 18th-22nd | 431 | 249 | 296 | 69% |

4.   **Chart Four**: Captures the daily monitoring and recordkeeping conducted by case managers who bring children to court. This chart reflects information recorded about children's court appearances, including whether representation was present at the time of the appearance.

| Date | Hearings Observed | UAC Currently in ORR Care | UAC Unrepresented | % of Total |
|---|---|---|---|---|
| June 8th-12th | 192 | 192 | 47 | 24% |
| June 15th-19th | 176 | 176 | 45 | 26% |

*\*For all charts in this document, some figures may be affected by data entry errors, timing of submissions, incomplete records, or interpretation of information from non-standardized or unstructured sources.*