**ACACIA**
CENTER FOR JUSTICE

1025 Connecticut Ave NW, STE 1000A (#1008)
Washington, DC 20036
acaciajustice.org

| | |
|---|---|
| **To:** | Dewayne Frederick, Contracting Officer's Representative [ACF] |
| | Karla Mansilla, Section Chief, Legal Services and Child Advocates [ACF] |
| **From:** | Acacia UCP-REDA Team |
| **Date:** | Thursday, April 30, 2026 |
| **Memorandum:** | Semi-Annual Direct Representation Spending Update |

As part of a broader effort under its Unaccompanied Children Program (UCP) to monitor legal services contract deliverables, as required by the Performance Work Statement (PWS), Acacia submits semiannual memoranda summarizing CLIN 2 spending on direct representation cases.

The current memo presents analyses based on data from August 1, 2025, the beginning of the current legal services contract, through February 28, 2025.[1] Its present submission is aligned with the reporting schedule approved by ORR on August 15, 2025.

### Summary Findings

The PWS requires that Acacia report to ORR an analysis of the running cost of direct representation against Acacia-network legal service provider (LSP) caseloads. Acacia has billed **$1,879 per case**, from the beginning of the contract through the end of the reporting period. This amount is well below the $8,500 average spending level per case specified in the PWS.

As Acacia has discussed previously with ORR, although the "cumulative spending per case" metric is required by the PWS and reflects certain spending under the current contract, it should not be treated as reflecting the full cost of representing a child's case. To inform ORR's periodic assessment of the labor and costs of direct representation, Acacia has developed two additional metrics. For the current reporting period (which comprises August 2025 through February 2026):

- Acacia-network LSPs have submitted invoices reflecting a program-level average of **3.0 hours billed per case each month.**
- Acacia has billed an average of **$309 per case each month**.

### Analysis and Results

Acacia compiled data from UCP financial recordkeeping systems, as well as program service data, for a baseline view into spending per case. We present this view in three different ways: cumulative spending per case, monthly billed hours per case, and monthly spending per case.

For these analyses, Acacia analyzed the amount billed for Acacia-network direct representation costs under CLIN 2 of the legal services contract. This includes staff hours and "Other Direct Costs" (ODCs) such as travel and litigation expenses, and it covers all case categories. As Acacia continues its ongoing, time-intensive data verification effort

---

[1] Analyses based on data from LSPs' invoices to Acacia are provided at a two-month lag.

with our subcontractor network, we anticipate this process will reveal updates to the spending data not captured by providers' initial data reporting but included in subsequent updates; future reporting will be revised accordingly.

It is important to note that the analyses presented in this memo do not allow for the drawing of general conclusions about the full cost of representation for a child's case. This is because they do not account for other costs, such as the time spent orienting children and providing legal screenings (which are funded separately under this contract but would be required in a representational relationship should such services not otherwise be provided), as well as such activities as data collection and reporting, or any program management costs for the work as a whole.

The analyses also do not include spending on mentorship provided by LSPs on cases represented on a *pro bono* basis by private firms and non-profit organizations under this contract. The measurement of effort and cost for *pro bono* cases is substantively different and largely unavailable to Acacia as compared to the staff hours and ODCs for cases billed directly to the contract, which are the focus here.

Cumulative Spending on Direct Representation under the Legal Services Contract

The *cumulative spending per case* metric is the program-level running cost of direct representation under the current legal services contract.[2] It is calculated by dividing the cumulative amount billed to the contract by the total number of cases represented under the contract to date, across all LSPs and representation case categories. The number of cases represented under the contract includes all cases open at any point during the contract, including those that have since been closed to the program.

---

[2] PWS, Objective IV(i)(4)(c).

Figure 1 presents this metric over time, following monthly reporting and invoicing cadences. The line in orange indicates the data presently available from the contract. As of the end of February 2026, Acacia has cumulatively billed $1,879 per direct representation case.

*Figure 1. Cumulative Direct Representation Spending per Case*



Source: Acacia analysis of LSP invoices and UCP program data

Cumulative direct representation spending per case will increase as the program evolves, reflecting the ongoing efforts of LSPs working on children's cases.

Because this metric only reports cumulative spending under the current legal services contract, it does not incorporate any costs occurring under prior contracts for cases that were initiated during prior contracts and continued into the current contract. It therefore should not be used to estimate the cost of direct representation for a child's case more generally.

Monthly Billed Hours per Case

This *monthly billed hours per case* metric reflects the program-level average of LSP hours billed per direct representation case under CLIN 2 funding. It is provided for each month of the current contract for which data is presently available. It is calculated as the number of direct representation billed hours in a given month divided by the total number of cases open at any point that month.[3] It includes both attorney and non-attorney time.

---

[3] PWS, Objective IV(i)(4)(b).

This non-cumulative, monthly metric offers a useful and granular view into the ongoing labor of direct representation. It can be paired with pay rates (which may vary by region or type of LSP) to estimate monthly direct representation costs at the program level. However, please note that cases vary in complexity and the effort required to provide direct representation; consequently, this number cannot predict time spent on individual cases.

Figure 2 presents this metric over time, following monthly reporting and invoicing cadences. LSPs spent an average of 3.0 hours providing direct representation per case per month. As indicated by the monthly averages (i.e., the solid orange line), this metric has remained stable and close to the contract average (i.e., the dashed black line) each month.

*Figure 2. Monthly Direct Representation Billed Hours per Case*



Source: Acacia analysis of LSP invoices and UCP program data

Monthly Direct Representation Spending per Case

This memo also presents a monthly view of the program-level average spending on direct representation. This *monthly direct representation spending per case* metric is provided for each month of the current contract for which data is presently available. It is calculated as the amount of direct representation spending in a given month divided by the total number of cases open at any point that month.

This non-cumulative, monthly metric offers another useful and granular view into the ongoing cost of direct representation. Specifically, knowing the average monthly cost of representing a single case makes it possible to estimate the average cost for direct representation of a completed case. The only additional variable that must be provided is

the number of months that an average case lasts. However, because cases vary in length and complexity, this method should only be used to produce program-level estimates of average case costs (i.e., for collections of cases like those represented through the current contract). Additionally, please keep in mind the broader activities that contribute to the full cost of a child's case (as explained at the beginning of the "Analysis and Results" memo section), which are not included in the staff hours and ODC billings incorporated here.

Figure 3 presents this metric over time, following monthly reporting and invoicing cadences. Acacia billed an average of $309 for direct representation costs per case per month. As indicated by the monthly averages (i.e., the solid orange line), this metric has remained stable and close to the contract average (i.e., the dashed black line) each month.

*Figure 3. Monthly Direct Representation Spending per Case*



Source: Acacia analysis of LSP invoices and UCP program data

**Conclusion**

Acacia continues to work to ensure that the data presented here can be reliably compiled and updated on a regular basis for monitoring as needed.

Moving forward, we expect the cumulative direct representation spending per case metric will continue to increase over the course of the contract and that its growth will vary based on the rate of case initiations. For the monthly metrics on hours and spending per case, levels are currently relatively stable. However, all these metrics may be impacted by other contributing factors related to network operations, immigration system variables and policies, and case activity.