PAID INVOICES

| CLIN/Month | CLIN 1: Legal Orientation | CLIN 2: Direct Services/Legal Representation | CLIN 3: Pro Bono/Recruitment | CLIN 4: Language Recruiting | TOTAL |
|---|---|---|---|---|---|
| 25-Aug | $4,665,260.95 | $13,944,719.64 | $1,797,439.57 | $670,815.44 | $21,078,235.60 |
| 25-Sep | $4,665,260.95 | $15,836,729.78 | $1,797,439.57 | $670,815.44 | $22,970,245.74 |
| 25-Oct | $4,665,260.96 | $17,475,889.58 | $1,797,439.58 | $670,815.46 | $24,609,405.58 |
| 25-Nov | $4,665,260.96 | $13,765,849.73 | $1,144,887.49 | $670,815.46 | $20,246,813.64 |
| 25-Dec | $4,665,260.96 | PENDING | $1,144,887.49 | $670,815.46 | $6,480,963.91 |
| 26-Jan | $4,665,260.96 | PENDING | $1,144,887.49 | $670,815.46 | $6,480,963.91 |
| 26-Feb | $4,665,260.96 | PENDING | $1,144,887.49 | $670,815.46 | $6,480,963.91 |
| 26-Mar | $4,665,260.96 | PENDING | $1,144,887.49 | $670,815.46 | $6,480,963.91 |
| 26-Apr | $4,665,260.96 | $0.00 | $1,144,887.49 | $670,815.46 | $6,480,963.91 |
| 26-May | $4,665,260.95 | $0.00 | $1,144,887.49 | $670,815.44 | $6,480,963.88 |
| 26-Jun | $4,665,260.95 | $0.00 | $1,144,887.49 | $670,815.44 | $6,480,963.88 |
| 26-Jul | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $51,317,870.52 | $61,023,188.73 | $14,551,418.64 | $7,378,969.98 | $134,271,447.87 |