**ACACIA**
CENTER FOR JUSTICE

1025 Connecticut Ave NW, STE 1000A (#1008)
Washington, DC 20036
acaciajustice.org

June 15, 2026

Tatricia James
Contracting Officer
Director, Strategic Buying Center – Mission Support
Office of Mission Acquisition Solutions
Office of Acquisitions
Assistant Secretary for Financial Resources
U.S. Department of Health and Human Services
(202) 441-2795
tatricia.james@hhs.gov

*Via E-mail*

Re: Demand for Payment of May 7, 2026 Invoice and Reservation of Rights

Dear Tatricia James:

This letter serves as formal notice that the U.S. Department of Health and Human Services, Administration for Children and Families ("Government") has failed to timely pay an invoice that the Acacia Center for Justice ("Acacia") properly submitted on May 7, 2026 under Contract No. 75P00125C00016 ("Contract"). *See* Enclosure (Invoice).

The Contract incorporates FAR 52.212-4, which requires the Government to make payment by the 30th day after receipt of a proper invoice, in accordance with the Prompt Payment Act and prompt payment regulations. *See* Contract at 52-53 and 58 (incorporating FAR 52.212-4 in lieu of a distinct applicable prompt payment clause); FAR 52.212-4(i)(2); 31 U.S.C. § 3903; 5 C.F.R. 1315 *et seq.* Moreover, the Contract provides that Acacia is entitled to late payment interest for invoices that are not paid within 30 days. *See* FAR 52.212-4(i)(6) ("All amounts that become payable by the Contractor to the Government under this contract shall bear simple interest from the date due until paid unless paid within 30 days of becoming due.").

On May 7, 2026, Acacia submitted an invoice seeking payment of $14,938,000.96 for services billed under CLIN 2 – Option Period 1 of the Contract. Payment was due on June 6, 2026. Your email to Acacia on Friday, May 29, 2026 stated that the Government is agreeing to process payment of submitted CLIN 2 invoices. However, as of the date of this letter, the Government has not yet remitted payment.

As a consequence of this non-payment, Acacia is entitled to late payment interest in accordance with FAR 52.212-4(i)(6). Acacia estimates that $15,404.81 in interest has

1



1025 Connecticut Ave NW, STE 1000A (#1008)
Washington, DC 20036
acaciajustice.org

accrued since payment became past due.[1] Acacia respectfully requests that the Government immediately remit payment of the past due amount and equitably adjust the Contract price to account for the late payment interest owed, as determined by the Government.

Acacia remains committed to performing under the Contract. If you have questions or would like to discuss this further, please contact Acacia's Chief Financial Officer, Jessica Lee, at 213-660-9093 or jlee@acaciajustice.org.

Sincerely,

Leah Prestamo
General Counsel, Acacia Center for Justice
lprestamo@acaciajustice.org

Enclosure

---

[1] Acacia respectfully requests that the Government verify the amount actually due for late payment interest, since Acacia is only able to provide an estimate.



# INVOICE

**CUSTOMER**

| | | | | |
|---|---|---|---|---|
| Name: | Administration for Children and Families | | Date: | 4/8/2026 |
| Address: | 330 C Street, S.W. | | Invoice No. | Dec 2025 CLIN 2 |
| | | | TIN: | 87-4099467 |
| City: | Washington    State: DC    ZIP: 20201 | | | |
| Attn: | | | | |

| Date | DESCRIPTION | TOTAL |
|---|---|---|
| December 1 – December 31 2025 | Project: Legal Services for Unaccompanied Children<br><br>**Contract No: 75P00125C00016**<br><br>CLIN 2: Representation, Other Legal Assistance, Data Collection & Analysis, and Services at Emergency Facilities (T&M). **IPP Item 2** | $14,938,000.96 |
| | Please remit your payment to: Acacia Center for Justice<br>Wire instruction:<br>Bank: ▆▆▆▆▆▆▆▆<br>Bank routing no: ▆▆▆▆▆▆▆▆<br>Account name: ▆▆▆▆▆▆▆▆<br>Acacia Bank account no: ▆▆▆▆▆ | |
| | **Total Amount due** | **$    14,938,000.96** |

▆▆▆▆▆▆▆▆

4/8/2026
Date

*Should you need to contact Acacia to discuss these charges, please contact ▆▆▆▆▆ : ▆▆▆▆▆▆*

**Acacia Center for Justice**
Contract No: 75P00125C00016
CLIN 2 Services December 2025
Overall

| Labor Category | Budget | Hourly Rate | Budget Hours | UCP Hours | UCP Total Current Period | Total UCP Hours YTD | Total UCP YTD | % spent | Remaining Balance | % Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| **Acacia Center for Justice** | | | | | | | | | | |
| | | | | | | | | | | |
| **Total Labor** | | | | | | | | | | |
| **Subcontractors** | | | | | | | | | | |
| | | | | | | | | | | |
| **Total Labor** | | | | | | | | | | |
| **Grand Labor Total** | | | | | | | | | | |
| **Other Direct Costs** | | | | | | | | | | |
| | | | | | | | | | | |
| **Total Other Direct Cost** | | | | | | | | | | |
| **Grand Totals CLIN 2 UCP IPP Item 110** | | | | | $14,938,000.96 | | | | | |