

Acacia Center for Justice
1025 Connecticut Avenue NW, STE 1000A (1008)
Washington, DC 20036

Subject: Response to Demand for Payment – Contract No. 75P00125C00016

June 29, 2026

Dear Ms. Prestamo:

This responds to Acacia Center for Justice's June 15, 2026, demand letter regarding Invoice No. "Dec 2025 CLIN 2" in the amount of $14,938,000.96, submitted by Acacia under Contract No. 75P00125C00016 on May 7, 2026.  CLIN 2 is a T&M CLIN covering "Representation, Other Legal Assistance, and Services at Emergency Facilities."

I have reviewed Acacia's demand letter, the contract, the invoice, the documentation submitted in support of the invoice, and the available record, and I have determined that the invoice cannot be approved for payment at this time.

Acacia's demand letter asserts that the invoice was properly submitted under the contract and that Acacia is entitled to Prompt Payment Act interest on the invoice.  The letter also references the Government's May 29, 2026, correspondence stating the Government agreed to process payment of the invoice.  In the referenced correspondence, the Government stated the agreement to process the invoice for payment did not constitute acceptance or acknowledgment that the invoice is proper, that the Government reserved all rights with respect to nonconforming invoices, and that invoice submissions would be reviewed and handled in accordance with FAR 52.212-4(a), Inspection/Acceptance.

In reviewing the invoice and supporting documentation Acacia provided, the Government reviewed the A Numbers provided in the December 2025 reports Acacia uploaded to the secure UCP-ORR SharePoint folder entitled "Legal Representation Activity Report."  On April 10, 2025, Acacia confirmed that these monthly reports reflected their active clients and defined an active client as, "generally representation that has been initiated under CLIN 2 funding and has not yet closed."  To verify this active client list, ORR compared the list against available Federal Government records.

Of the **24,157** A-Numbers Acacia provided in its December 2025 report submission, **2,974 UAC** did not have an attorney of record on file with ORR, USCIS, or EOIR.  In addition, **265 UAC** are documented as no longer being in the United States during December 2025 because they were previously repatriated.  Also, the supporting documentation Acacia provided to support labor and other direct costs is partially or fully redacted, does not identify the UAC for which the services were provided, and lacks sufficient details to determine the services were provided to qualified UAC.  The Government is therefore unable to validate/reconcile the claimed costs or trace the claimed costs to a qualified UAC.  The Government also identified 568 cases for individuals whose eligibility for services, based on their ages,  could not be verified.

Based upon this review, the Government cannot conclude that the submitted invoice constitutes a proper invoice for payment under the contract.  Accordingly, payment cannot be authorized at this time.

We appreciate Acacia's willingness to provide supplemental aggregate A-Number reporting.  However, aggregate reporting alone does not help the Government resolve the discrepancies identified in the invoice support or provide the Government with sufficient information to confirm that the billed services were provided to eligible children during the applicable billing period. The Government continues to require sufficient non-privileged information, previously requested, to verify that invoiced services were provided during the applicable billing period and were properly billed under CLIN 2.

**Requested Action**

To inform review of Invoice No. "Dec 2025 CLIN 2," the Government requests non-attorney client privileged supplemental information to substantiate the invoice.

The following is requested for each UAC billed under Invoice No. "Dec 2025 CLIN 2":

1. A# of UAC represented during the billable period
   a. Attorney Name & Firm Name who provided UAC representation
   b. Date of representation/hearing
   c. Date of E28/G28 filing
   d. Billable hours
2. Please explain how direct representation is provided for children who do not have an attorney of record on file and/or have been repatriated to their country of origin.  Also, please explain why these UAC would be on your list of direct representation.
3. Please provide an explanation for the discrepancies identified above, including how Acacia determined that these children were receiving active representation as part of the December invoice, despite the absence of an attorney of record, and/or records showing that the UAC

had been repatriated, and/or cases for individuals whose eligibility for services, based on their ages, could not be verified.

Upon receipt of the requested information and supporting documentation, the Government will review the submission as part of its ongoing inspection/acceptance under FAR 52.212-4(a).

Please submit the requested information to me via email at tatricia.james@hhs.gov  within 5 business days of receipt of this correspondence.  If Acacia needs more time, please let me know.

Sincerely,

_____

Tatricia James
Contracting Officer