# EXHIBIT A

**Performance Work Statement (PWS)**

**UAC Legal Services Caseload Transfer**

**Contract Number: TBD**

**Reference Contract Number: 75P00125C00016**

**Date: July 24, 2026**

---

## 1.0 GENERAL INFORMATION

### 1.1 Introduction

On March 1, 2003, Section 462 of the Homeland Security Act of 2002 (6 U.S.C. 279) (HSA) transferred functions regarding the care and placement of Unaccompanied Alien Children (UAC) from the Commissioner of the Immigration and Naturalization Service to the Director of ORR. ORR has responsibility for the care and custody of UAC in federal custody due to their immigration status and age, as well as ensuring their safe and timely release to appropriate sponsors. The Trafficking Victims Protection Reauthorization Act of 2008, 8 U.S.C. 1232, (TVPRA) states that, consistent with 6 U.S.C 279, the U.S. Department of Health and Human Services (HHS) Secretary is generally responsible for the care and custody of UAC, and describes additional responsibilities related to providing safe and secure placements for children. As relevant to this requirement, the TVPRA requires the Secretary to ensure, to the greatest extent practicable, and consistent with 8 U.S.C. 1362, that UAC "have counsel to represent them in legal proceedings or matters and protect them from mistreatment, exploitation, and trafficking" 8 U.S.C. 1232(c)(5). This means that ORR is responsible for providing immigration legal services to UACs, including legal orientations, consultations, and direct representation. 45 CFR 410.1309 defines standards for the provision of legal services. Caseload transition requirements define expectations for transferring case responsibilities, data, and knowledge to incoming contractors to minimize service disruption. These services have been provided under Contract 75P00125C00016, which expires on July 31, 2026.

### 1.2 Objective

The purpose of this Performance Work Statement (PWS) is to establish the requirements for the Contractor to transfer all active, ongoing, and in-process UAC legal services cases previously funded under Contract 75P00125C00016 to the awardee(s) of ORR's UAC Legal Services actions. This caseload transfer shall be conducted in a professional, orderly and ethical manner to ensure continuity of representation.

### 1.3 Scope of Work

The Contractor shall transfer cases previously funded under 75P00125C00016 to the awardee(s) of the UAC Legal Services actions starting after the kick-off meeting (see 2.3.1.3) wherein the Government will outline to who cases will transfer. This contract does not include a requirement to perform legal services.

**1.4 Period of Performance**

The period of performance begins at award of the transition contract and continues for a maximum of 120 calendar days from award to complete turnover.

**1.5 Operating Constraints**

A. All Contractor personnel involved in transfer activities must adhere to professional legal and ethical standards for case transfer.

B. The Government will provide:

1. A list of UAC legal services action awardees,

2. Points of contact for transition coordination, and

3. Access requirements for secure data transfer.

**PART 2 — PERFORMANCE REQUIREMENTS**

**2.1 General Requirements**

**2.1.1 Case Transfer Criteria**

A. Only cases for the following direct legal representation services shall be transferred:

1. T Visa Application Services

2. U Visa Application Services

3. Violence Against Women Act (VAWA) Services

4. Adjustment of Status Services

5. Temporary Protected Status Services

6. Employment Authorization

7. Applications for Certificate of Citizenship

8. Special Immigrant Juvenile Status (SIJS) Services

9. Affirmative and Defensive Asylum Application Services

10. Voluntary Departure Services

   11. Change of Venue / Address Filings

B. To transfer, cases must also be for UAC who are currently in, or have been released from, ORR custody and who have not left the United States so long as representation was initiated prior to the UAC's 18th birthday and prior to immigration relief being granted. A case for a UAC after the child has turned 18 can transfer only if it is for specific services identified above in 2.1.1.A. and initiated prior to the 18th birthday.

**2.1.2. Case Apportionment**

ORR, at its discretion, will direct the apportionment of cases to transfer from the Contractor to one new UAC legal services awardee or another, if there are multiple awards. The Government anticipates the following guidelines to inform the apportionment:

A. Cases with a legal service provider (LSP) where the LSP assumes a subcontract with one of the new UAC Legal Services awardee(s) will remain with the same LSP. If an LSP is supporting multiple awardees, ORR will direct to which.

B. If a case is with an LSP that is not a subcontracted LSP with a new UAC Legal Services awardee, ORR will direct to which new UAC Legal Services awardee the case shall transfer to.

C. The Contractor shall not transfer cases to an LSP or UAC Legal Services awardee until ORR has authorized cases to be transferred to either a specific awardee or LSP. The COR will provide this authorization.

D. The Government reserves the right to revise this apportionment at any time.

**2.2 Specific Requirements**

To ensure professional and adequate turnover, the Contractor shall perform the following attorney-to-attorney case transfer functions as described in the following tasks, recognizing that each case will have its own timeline and service requirements. The Contractor shall ensure continuity, data integrity, and compliance with minimum disruption and completion of all transfers as soon as practicable and within the 120-day period of performance.

The Government considers a case to be fully transferred when a UAC case has completed all of the following (as applicable), regardless of the stage of representation at which the transfer occurs (initial consultation, filing of a specific relief application such as asylum, or active representation before EOIR):

A. The receiving legal service provider has been assigned as attorney or accredited representative of record in the applicable system(s) of record for the case (e.g., EOIR's official record, and ORR has been advised of the change);

B. Where the case was previously assigned counsel of record before EOIR, a Notice of Entry of Appearance (EOIR-28) has been filed by the receiving provider and any required motion to substitute or withdraw prior counsel has been filed and, where required, granted by the immigration court;

C. The complete case file including consultation notes, intake documentation, filed applications, evidence, correspondence, and internal case status notes has been transmitted to and acknowledged as received by the receiving provider;

D. The UAC (and sponsor, where applicable) has been notified of the change in legal service provider; and

E. All case status information has been provided to the COR by Alien Number (A#), outgoing LSP identified and reflects that the identified receiving provider is the current responsible party as of [date].

The COR will validate (e) with the appropriate awardee for acknowledgement that they have received the specific A# case files and information.

**2.2.1 Task 1: Service Continuity and Risk Mitigation**

A. The Contractor must work cooperatively with the incoming UAC Legal Services awardee(s) and the Government to provide a seamless transition of all services specified in the PWS. The Contractor shall work collaboratively with government personnel identified by the CO or COR to ensure a seamless transition of the activities included in this contract to the incoming LSP/government personnel.

B. The Contractor shall:

1. Assess each case against the criteria in 2.1.1 to determine the transfer eligibility and prepare a Case Eligibility List, to be provided to the Government at the Kick-Off Meeting in 2.3.1.3. The Case Eligibility List shall list all current active cases by A#, indicate whether or not each is an incumbent pro bono case or paid, name the current LSP/sub-Contractor for each case, and state each case's eligibility for transfer.

2. Identify high-risk cases (i.e., those with deadlines/hearings between contract award and full assumption by new legal services awardee(s), those with special individualized needs).

3. Prioritize turnover for sensitive or urgent cases (i.e., those cases with upcoming hearings within 90 days of award, cases currently in specialized facilities).

4. Report risks weekly in accordance with 2.3.3 and as outlined in Section 4.0 and Attachment 1, Deliverables Schedule and Performance Requirement Summary.

5.  Notify the COR via e-mail within 24 hours of identifying any case for which continuity gaps may impact representation.

**2.2.2 Task 2:  Case Assessment & Preparation**

A.  For each case to be transitioned, the Contractor shall prepare:

1.  The current procedural posture of the case.

2.  Upcoming deadlines and required filings.

3.  All risks and client-specific needs identified during the representation of the child, including legal and non-legal issues.

4.  Documented legal strategy to date.

5.  Evidence status (received, missing, pending).

6.  Summary of communications with client/sponsor.

This supplements requirements to provide in-process services descriptions and pending deliverables.

ORR notes that this information will be passed attorney to attorney and that ORR will not review these case files in order to preserve attorney-client privilege and confidentiality. ORR will validate with the appropriate Legal Services awardee that all information has transitioned.

**2.2.3 Task 3: Case File Transfer**

A.  The Contractor shall transfer all eligible cases to the appropriate Legal Services awardee, as specified in this PWS and as directed by the Government, as early as practicable and within the period of performance.

B.  For each case, the Contractor shall transfer the complete case file, including, but not limited to:

1.  All applications/filings, receipts, notices.

2.  Attorney work products.

3.  Case management system entries.

4.  Evidence packets, declarations, drafts.

5.  Records of consultations/orientations.

6.  Any pending deliverables for each case.

7. Anything not listed above but directed by the courts or required under standard case transfer industry practices.

C. Upon completion of transition of case file to the identified LSP, Contractor to notify the Government in their weekly summary by A# and identifying the receiving LSP.

D. If complete files cannot be transferred due to organizational practices or limitations, the Contractor shall notify the COR and request resolution instructions.

### 2.2.4 Task 4: Case Summary Memorandum

A. The Contractor shall provide a comprehensive case summary, including a minimum of the following elements for each case to the legal services awardee's identified LSP:

1. Client biographical information.

2. Legal claims pursued.

3. Filing history and outcomes.

4. Outstanding tasks and deadlines.

5. Client safety/trauma-informed considerations.

6. Sponsor communication summary.

7. Whether the child is in-care, discharged or in the Unaccompanied Refugee Minor (URM) program.

### 2.2.5 Task 5: Attorney-to-Attorney Briefing

A. For high risk, sensitive or urgent cases (as defined in 2.2.1), the Contractor shall hold direct turnover meetings with incoming contractor attorneys. Meetings shall include:

1. Summary of case narrative and strategy.

2. Litigation posture.

3. Special accommodations needed.

4. Details about upcoming hearings or filings.

B. The Contractor shall document all such meetings in weekly transition reporting in accordance with PWS 2.3.3.1.

### 2.2.6 Task 6: Client/Sponsor Notifications

A. The Contractor shall notify clients and sponsors of:

1. Case transfer.

2. New provider contact information.

3. Changes in representation.

4. Warm handoff (i.e., for cases involving high risk, sensitive, or urgent , or sensitive matters per 2.2.1cases) (i.e., for cases involving high risk, urgent , or sensitive matters per 2.2.1) includes, but is not limited to, a real-time, direct introduction and a coordinated transfer of case information to maintain continuity of representation through clear communication of case status, upcoming deadlines, and next steps.

**2.2.7 Task 7: Data Transfer and Reporting**

The Contractor shall fully transfer all status reports per tasks 1-6 under Section 2.2, Section 2.3.3, Reporting Requirements, and:

A. Additional Data Transfer Requirements:

1. Continue transferring to existing ORR platforms and tools via documented integration methods that comply with HHS security standards [including secure file transfer protocols, and cloud storage solutions such as S3 buckets].

2. Network infrastructure requires ongoing maintenance to ensure reliable, secure connectivity between systems and access to data, including uptime monitoring, security patching, and performance optimization.

B. Data shall be collected and transferred in accordance with ORR policies and reported in accordance with this section as well as Section 2.3.3, Reporting Requirements, and Section 4.0 and Attachment 1, Deliverables Schedule and Performance Requirements Summary.

**2.3 OTHER REQUIREMENTS**

**2.3.1 Meetings**

**2.3.1.1 General Requirements**

A. The Contractor shall attend, participate, and provide input and agenda information for scheduled and unscheduled meetings, conferences, and briefings that relate to the functions and services herein, as required by the CO or COR to provide effective communication and impart necessary information.

B. Meeting Participation:

1. The Contractor's designated Project Director (PD) or equivalent level representative shall attend meetings at the request of the CO or COR.

2. The Contractor's managerial, supervisory, and other personnel knowledgeable of the subject matter shall attend meetings as necessary as determined by the CO or COR.

3. Meetings will generally be via Zoom, MS Teams, or similar video teleconference technology approved by the COR. When meeting with ORR personnel, the Contractor shall prepare meeting minutes in writing and submit those minutes to the COR within two business days after the meeting for review and contract documentation. The Contractor shall revise meeting minutes if the COR identifies required changes.

4. See delivery requirements in Section 4.0 and Attachment 1, Deliverables Schedule and Performance Requirements Summary.

**2.3.1.2 Contract Status Meetings**

A. The Contractor shall prepare for and participate in conference calls or video teleconferences to discuss:

1. The Contractor's overall project performance assessment, to include performance issues and challenges.

2. Estimated capacity for delivery of services.

3. Capacity changes.

4. Operational or service delivery challenges.

5. Other business items identified by the Contractor or COR, as agreed upon in advance.

B. The Contractor shall take the actions necessary to resolve outstanding issues identified during the Status Meetings within five business days after identification of the issue.

C. Contract Status Meetings will occur weekly during the performance of this contract (unless directed otherwise by the COR).

D. See delivery requirements in Section 4.0 and Attachment 1, Deliverables Schedule and Performance Requirements Summary.

**2.3.1.3 Kick Off Meeting**

A. Within five business days of contract award, or as directed by the COR, the Contractor shall schedule a kick-off meeting, which will consist of the following:

1. Introduction of both key Contractor and Government personnel performing work related to this contract.

2. Brief overview of contract administration and reporting.

3. Discussion of substantive risks and issues that may impact delivery of the project.

4. The specific activities and deliverables associated with the period of performance specified in the contract.

5. Review of the Contractor's Case Eligibility List required under 2.2.1, Task 1.

6. Review by the Contractor of its understanding of the work to be accomplished under this contract, to ensure that the Contractor understands the requirements and of the respective responsibilities and obligations of the parties.

7. Review by both the Government and the Contractor of the required methods to resolve, track, and report on risks and issues.

8. Details of the Transition Plan required in 2.3.2.1.

B. See delivery requirements in Section 4.0 and Attachment 1, Deliverables Schedule and Performance Requirements Summary.

### 2.3.2 Required Plans

### 2.3.2.1 Transition Plan

A. The Contractor shall submit a draft Transition Plan to the COR within five business days of award, to fully document its approach to execute the PWS requirements. The Government will return comments, if necessary, within five business days, and the Contractor shall finalize the plan within an additional five business days.

B. The plan shall include:

1. A Responsibility Matrix: A comprehensive listing of the responsibilities of all personnel participating in the transition.

2. A list of all active/ongoing cases by A# and LSP.

3. Case records locations and documentation.

4. Risks and risk management strategies.

5. A timeline and milestones for transition activities.

6. Details of the Contractor's approach to coordinate with the incoming awardee personnel and government personnel to receive necessary knowledge/information to facilitate and ensure a seamless transition.

7. Any actions required by the Government to facilitate the Contractor's performance.

C.  See delivery requirements in Section 4.0 and Attachment 1, Deliverables Schedule and Performance Requirements Summary.

ORR notes that the actual case records and documentation will be passed attorney to attorney and that ORR will not review these case files in order to preserve attorney-client privilege and confidentiality. ORR will validate with the appropriate Legal Services awardee that all information has transitioned.

**2.3.2.2 Quality Management Plan**

A.  The Contractor shall develop a comprehensive Quality Management Plan (QMP) describing the Contractor's specific processes that address continuous Quality Planning (QP), Quality Control (QC), and Quality Improvement (QI), and how the Contractor shall support the Government's Quality Assurance (QA) of service deliverables and contract performance, as further described in this section. The QMP shall include, at a minimum, the following components:

1.  Project Deliverables & Project Processes. The project deliverables (to include all services and deliverables) and processes that are subject to quality review.

2.  Deliverable Quality Standards. The quality standards are the "measures" used to determine a successful outcome for a deliverable.

3.  Customer Satisfaction. Customer satisfaction shall be assessed, at a minimum, through the Government's acceptance of services and deliverables as specified within the PWS and Section 4.0 and Attachment 1, Deliverables Schedule and Performance Requirements Summary.

4.  Quality Control Activities. The Contractor quality control activities to monitor and verify that the project deliverables meet defined quality standards. See general quality definitions in PWS Section 2.3.2.2.G.

5.  Process Quality Standards. The quality standards are the metrics/measures used to determine if the Contractor is following project work processes.

6.  Stakeholder (Government and Internal) Expectations. Meeting stakeholder expectations regarding contractor performance is a measure of project/process effectiveness.

7.  Quality Assurance Activities. The Contractor quality assurance activities that monitor and verify that processes used to manage and create the deliverables are followed and are effective. See general quality definitions in PWS Section 2.3.2.2.G.

8. Quality Improvement. Ensure that quality is constantly improving and that Contractor- and Government-identified non-conformances receive effective and timely corrective action at the request of internal Contractor leadership or direction from the Government as appropriate. See general quality definitions in PWS Section 2.3.2.2.G.

9. Roles and Responsibilities. Describes the roles and responsibilities of contractor stakeholders (at both the prime contractor and sub-contractor (if applicable) levels) in the quality management process.

B. During performance, the Government reserves the right to reject the QMP if the COR or CO determines the QMP to be deficient or insufficient to adequately drive QC or QA. The QMP is a living document that should be changed, as conditions change, during contract performance. The Contractor may propose a QMP revision for COR approval at any time. If COR the COR identifies issues in the Contractor's proposed QMP revision, the Contractor shall address the identified issues within seven business days.

C. The Government's Quality Assurance Surveillance Plan (QASP) (Attachment 2) defines how the Government will conduct quality assurance and surveillance to ensure the effectiveness of the Contractor's PMP, to include the QMP, that all deliverables and tasks/services fully conform to contract requirements, and may also be used to inform inspection and acceptance of the Contractor's invoices. The QASP also addresses Contractor non-conformances and required corrective action by the Contractor when the Government identifies a non-conformance.

D. Upon receipt of revisions of the QASP, the Contractor shall review and modify, if necessary, the QMP.

E. The PRS and acceptable quality levels (AQL) at Section 4.0 and Attachment 1, Deliverables Schedule and Performance Requirements Summary, identify any allowable variance from the requirements defined in this contract.

F. Issue Notification. The Contractor shall inform the COR of issues or potential issues that might affect performance within two working hours of identifying or notification of those issues. Verbal reports must be followed by written reports to the COR within three business days.

G. General quality definitions:

1. Quality Assurance:

a. Contractor: The Contractor's procedures and activities to monitor and verify that processes used to manage and create the deliverables and perform services are followed and are effective.

b. Government: The functions the Government performs to determine whether a contractor has fulfilled the contract obligations regarding quality and quantity. It encompasses inspection, acceptance, and other measures to ensure conformity with contract requirements.

2. Quality Control: The Contractor's responsibility to control the quality of supplies or services, to tender only conforming services, establish an inspection system acceptable to the Government, and maintain evidence of compliance.

3. Quality Plan: The process of defining standards and procedures to ensure project deliverables meet customer requirements. Output includes a QMP covering QC, QA, and QI/continuous improvement processes, quality metrics, checklists, improvement plans, and quality baselines.

4. Quality Improvement: Synonymous with continuous improvement. A proactive and deliberate effort to continually enhance processes, reduce waste, improve performance, and maintain or exceed quality goals. Documented in Process Improvement Plans requiring metrics, analysis, and performance targets

### 2.3.3 Reporting Requirements

### 2.3.3.1 Project Progress Reports

A. The Contractor shall provide weekly project progress reports that include:

1. Timeline and milestones to transition cases to the incoming provider or the Government.

2. Complete list of A#s that identifies whether the child is in-care, discharged, or in the URM program, and transition status that shows:

   a. Cases fully transferred to include date of transfer and, where required, Immigration Judge approvals for change in representation.

   b. Cases pending transfer annotated with reason (e.g., awaiting LSP, awaiting Judge approval).

   c. Cases pending attorney-to-attorney transfer briefings.

   d. Cases not being transferred and why (e.g., repatriated).

3. Known and potential risks to transitioning all cases to the follow-on provider(s) listed by A# identifying the barrier or risk, and the Contractor's plan to mitigate or eliminate the identified and anticipated risks. This includes information about high-risk cases identified as part of 2.2.1 (Task 1).

4. Barriers or issues requiring Government action.

5. Performance and quality assurance issues.

6. Reporting of resource expenditures relative to projected cost and schedule limitations.

7. Any other requirements specified in this PWS to include Attachment 1, Deliverables Schedule and Performance Requirements Summary.

B. Format, Frequency, and Submission Requirements:

1. The Contractor shall provide progress reports utilizing the Government templates and via the modality required by the Government including through dashboards and direct API connection to existing ORR applications.

2. In addition to the encrypted e-mail submission, the Contractor shall submit the project progress report to the COR via email.

3. The COR may require the Contractor to adjust report contents on an as-needed basis.

4. See also Section 4.0 and Attachment 1, Deliverables Schedule and Performance Requirements Summary.

## 3.0 CONTRACTOR QUALITY MANAGEMENT

A. The Contractor shall ensure quality planning, quality control, and contract compliance.

B. The Contractor shall use the accepted QMP and the Government QASP to guide and document the implementation of required program and quality management actions as outlined in Section 2.3.2.2.

C. The Contractor shall conform to the requirements of the contract and abide by all Federal and State laws and regulations, licensing standards, ORR Policies and Procedures, and best practices. To ensure compliance, the Contractor is subject to monitoring by ORR.

## 4.0 DELIVERABLES AND PERFORMANCE REQUIREMENTS SUMMARY

Performance requirements are defined in the tasks and requirements specified in this PWS and the Delivery Schedule and Performance Requirement Summary at attachment 1. In synchronization with the surveillance per the QASP, performance shall be measured against:

A. **Timeliness:** All milestones met within 120 days.

B. **Completeness:** All required case summaries/files transferred.

C. **Quality:** Case summaries must enable seamless continuation of representation.

D. **Cooperation:** Contractor must coordinate professionally and promptly with incoming awardee(s) and Government personnel.

**5.0 STAFF CONDUCT**

The Contractor shall ensure that all personnel assigned to perform work under this contract, including employees, subcontractors, and consultants, comply with the standards of conduct established herein. While Contractor personnel performing services under this contract might not have direct physical contact with UAC, the nature of the work may involve access to systems, environments, databases, or data that contain UAC personally identifiable information (PII) or case-related records. Given the sensitivity of that information and ORR's overarching responsibility for the safety and wellbeing of UAC in its care, all Contractor personnel are subject to the conduct requirements set forth in this section. Noncompliance with any provision of this section may constitute grounds for removal of the individual from contract performance, issuance of a cure notice, or termination of the contract for default, at the CO's discretion.

**5.1 Personnel Standards of Conduct**

All Contractor personnel shall abide by the ORR [Policy Guide Section 4.3.5](#) [- Staff Code of Conduct.](#) Contract staff must sign and follow Standards of Conduct to refrain from any or all actions that may mislead, threaten, or affect the wellbeing and safety of UAC.

**5.2 Child Abuse Affirmations**

The Contractor shall ensure that prior to hire, all Contractor personnel acknowledge via signature that: "I affirm and attest under penalty of perjury that I have never been the subject of any Child Abuse and Neglect investigations, substantiated or unsubstantiated, and/or arrested for a crime involving child abuse and/or neglect in any state; and am currently not involved in any criminal or civil proceedings pending a disposition, nor been found guilty or entered a plea of *nolo contendere* or guilty to any offenses relating to child abuse, child neglect, or exploitation of children and/or the failure to report such abuse."

**5.3 Mandatory Reporting**

Contractor personnel are mandated to report suspected child abuse and neglect, including all allegations of sexual abuse, sexual harassment, and inappropriate sexual behavior immediately and verbally to the appropriate care provider personnel (if applicable) and in writing and within four hours in writing to the ORR Primary Program Contact.