# EXHIBIT B

| From: | Moriarity Miltko, Caelin |
|---|---|
| To: | Cardin, Zachary A. (CIV); Celone, Michael A. (CIV); Sturges, Laura; Masetta Alvarez, Katelyn (CIV); Silvis, William (CIV) |
| Cc: | Laura Flores-Perilla; Karen Tumlin; Esther Sung; Alvaro Huerta; Lya Ferreyra; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott; Halliday, Arthur; Marquart, Katie; Herold, Patty |
| Subject: | Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.) |
| Date: | Saturday, August 1, 2026 3:12:51 PM |

Hi Zach,

Following up on my email below. In addition, our plaintiffs have not heard about the award of any bridge contract, or the transition plan to continue representation of their client children.

Please let us know as soon as possible how the government is intending to comply with its obligations under the TVPRA and the Court's preliminary injunction.

Thank you,


**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Moriarity Miltko, Caelin
**Sent:** Friday, 31 July 2026 16:52:32
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Zach,

Thank you for your response. Could you please clarify how, if at all, the bridge contract(s) handle(s) the continued representation of children who are presently being represented by organizational plaintiffs?

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Friday, July 31, 2026 2:46 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Caelin,

The congressional funding for provision of legal services has not been withdrawn, nor has access been cut off. ORR is in the final steps to awarding a bridge today. This week, in communications with Acacia regarding their transition plan, the CO communicated that they should plan on transitioning to no more than two contractors.

Zachary Cardin
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station

Washington, DC 20044

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Friday, July 31, 2026 10:51 AM
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Zach,

We write regarding the current bridge contract with Acacia that provides funding for legal representation for unaccompanied children, which is set to expire today, July 31. As far as we are aware, there is no extension, bridge, or successor contract in place to take effect after the current contract expires today. This is extremely troubling to plaintiffs.

Please let us know what actions, if any, the government plans to take to remain in compliance with the Court's injunction after July 31.

Given the timing, we would appreciate your prompt response. If helpful, we are available to meet and confer today.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Wednesday, July 29, 2026 6:55 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)


Hi Caelin,

The government will appear in person.

Thanks

Zach

Get Outlook for iOS

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Wednesday, 29 July 2026 15:55:47
**To:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Counsel,

Pursuant to Judge Martínez-Olguín's standing order, the parties must alert her chambers one week prior to the hearing if they would prefer to appear by Zoom. We are prepared to

appear either in-person or via Zoom for the August 6 hearing, but thought it would make sense to coordinate if we wanted to make a joint request to appear via Zoom. Please let us know your preference.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>
**Sent:** Thursday, July 23, 2026 5:34 PM
**To:** Sturges, Laura <LSturges@gibsondunn.com>; Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Thanks, Laura. The only edits are to remove the following names from the signature blocks:

GLENN M. GIRDHARRY
Acting Deputy Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

DEAN PHILLIP DE LAS ALAS
Trial Attorney

You otherwise have our permission to file.

Thanks,
Michael

**Michael A. Celone**

Senior Litigation Counsel
United States Department of Justice
Civil Division
Post Office Box 868 | Ben Franklin Station | Washington, D.C.  20044-0868
(direct) 202.305.2040

---

**From:** Sturges, Laura <LSturges@gibsondunn.com>
**Sent:** Thursday, 23 July 2026 18:03:42
**To:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Michael,

We took back the July 31 date and can agree to that date for a response brief, although we note that the date prompted our client to let us know that July 31 is also the termination date for the current contract. We expect that will not have any impact on the issues currently briefed before the Court, but please advise if you think there is reason for us to seek a more expedited schedule. If not, please see attached a joint status report and joint motion for expedited hearing setting forth the schedule discussed. Please let us know if we have your permission to file.

Thanks,

Laura

**Laura Sturges**
Of Counsel
T: +1 303.298.5929 | M: +1 720.404.4199
LSturges@gibsondunn.com
**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence St. Suite 3000, Denver, CO 80202-2211

**From:** Celone, Michael A. (CIV) Michael.A.Celone@usdoj.gov
**Sent:** Thursday, July 23, 2026 2:06 PM
**To:** Sturges, Laura LSturges@gibsondunn.com; Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Laura,

We will have team members out next week, so we'd appreciate your agreement to our opposition being filed on July 31.

Thanks.

**Michael A. Celone**
Senior Litigation Counsel
United States Department of Justice
Civil Division
Post Office Box 868 | Ben Franklin Station | Washington, D.C.  20044-0868
(direct) 202.305.2040

---

**From:** Sturges, Laura <LSturges@gibsondunn.com>
**Sent:** Thursday, 23 July 2026 15:43:44
**To:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty

<PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Michael – we can agree to a week for the reply (if we file today, that will mean July 30). We will send a draft status report for you to review before filing as well, assuming we will file jointly or unopposed. (If you'd prefer to file a separate status report, just let us know) Thanks!

**Laura Sturges**
Of Counsel
T: +1 303.298.5929 | M: +1 720.404.4199
LSturges@gibsondunn.com
**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence St. Suite 3000, Denver, CO 80202-2211

---

**From:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>
**Sent:** Thursday, July 23, 2026 1:12 PM
**To:** Sturges, Laura <LSturges@gibsondunn.com>; Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Laura and all,

ORR does not agree that plaintiffs' prospective provision of the requested information resolves the outstanding contract issues. If plaintiffs therefore intend to move to enforce, we would need until at least next Friday, July 31 (or a week from Plaintiffs' filing, whichever is later) to respond in opposition to the MTE.

Regarding any notice to the court today as to the parties' plans, can you please note Defendants' intention to move for modification of the PI to allow for compliance with any terms of the contract as well as the Federal Acquisition Regulations? We would be happy to coordinate on any language for the proposed modification, assuming Plaintiffs assent to the motion.

Thanks,
Michael

**Michael A. Celone**
Senior Litigation Counsel
United States Department of Justice
Civil Division
Post Office Box 868 | Ben Franklin Station | Washington, D.C.  20044-0868
(direct) 202.305.2040

---

**From:** Sturges, Laura <LSturges@gibsondunn.com>
**Sent:** Thursday, 23 July 2026 10:21:53
**To:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Counsel,

Thank you for sending across this correspondence to Acacia, which we understand mirrors the impossible requests for information previously made. Nonetheless, we have spoken to our plaintiffs about what is possible to provide prospectively in an effort to resolve the current dispute. We understand from your email below that Defendants are primarily interested in the following information:

1. Which UAC received direct representation during the billable month;
2. The hours billed for each UAC; and
3. The UAC A-number associated with all other direct costs

Plaintiffs agree to provide this data prospectively (with the caveat that for professional and ethical obligations, plaintiffs will be required to get child consent for certain items). We understand that Acacia is also supportive of this plan, such that the above three items can

be included in any bridge contract going forward.

If this proposal cannot resolve the withheld past invoices, please let us know immediately and at the latest by 3:30 pm ET today. If we cannot resolve past invoices, Plaintiffs will file a Motion to Enforce the Court's preliminary injunction.

With respect to that Motion, as previewed during last week's hearing, time is of the essence for any briefing and resolution. We propose filing our Motion to Enforce (if needed) later tonight or tomorrow, with an opposition brief due on 7/29, and a reply brief on 8/3 with a hearing later that week. Would you be amenable to that schedule?

We look forward to hearing from you at your earliest convenience.

Thank you,

Laura

**Laura Sturges**
Of Counsel
T: +1 303.298.5929 | M: +1 720.404.4199
LSturges@gibsondunn.com
**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence St. Suite 3000, Denver, CO 80202-2211

---

**From:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>
**Sent:** Tuesday, July 21, 2026 2:48 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Laura and all,

Nice speaking with you this afternoon. As mentioned on the call, we are forwarding the correspondence our clients recently exchanged with Acacia. The attached email was sent to Acacia yesterday, including the attached spreadsheet laying out sample information for purposes of substantiation.

As you'll see in the email, ORR has noted that the specific information needed to "validate the invoiced amounts" includes:

1. Which UAC received direct representation during the billable month;

2. The hours billed for each UAC; and
3. The UAC A-number associated with all other direct costs.

Please let us know if you are able to work with your clients to provide the above information to Acacia so that we might be able to obviate the need for motions practice here.

Thanks,
Michael

**Michael A. Celone**
**Senior Litigation Counsel**
**United States Department of Justice**
**Civil Division – General Litigation and Appeals Section**
Post Office Box 868 | Ben Franklin Station | Washington, D.C.  20044-0868
(direct) 202.305.2040

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Thursday, July 16, 2026 6:13 PM
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Zach,

We can do 11 AM to noon PT or 2-2:30 PT tomorrow.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Thursday, July 16, 2026 2:48 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)


Hi Caelin,


Unfortunately, this afternoon does not work for us.

What is your availability tomorrow afternoon or Monday?


Zachary Cardin
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Thursday, July 16, 2026 2:23 PM
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Zach,

Pursuant to the Court's order, we are available to meet and confer today before 2 PM PT or after 3 PM PT. Please let us know your availability and we can send an invite.

Thanks,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Monday, July 13, 2026 10:58 AM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Caelin,

I will be arguing for the government. Thanks.

Best,
Zach

Zachary Cardin
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Monday, July 13, 2026 12:44 PM
**To:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Counsel,

Pursuant to the Court's order, the parties must submit a joint list of names of attorneys who will argue at Thursday's hearing by noon PT today. Myself and Laura Sturges from Gibson Dunn will be arguing for plaintiffs. Please let us know by 11 AM PT who will be arguing for Defendants so that we may email the Court.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>
**Sent:** Wednesday, June 24, 2026 2:44 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>

**Subject:** Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Good afternoon Caelin,

Thank you for bringing the issue regarding pending invoice payments to our attention.

We have conferred with our clients and understand that the Office of Refugee Resettlement (ORR) informed Acacia in December 2025 of the need for certain non-privileged documentation required to substantiate payments for services claimed under Contract Line Item Number (CLIN) 2. Our understanding is that Acacia has not yet provided this requisite information, which precludes ORR from fulfilling their regulatory responsibilities under the Federal Acquisition Regulations (FAR) to ensure that all invoiced services were fully performed and properly billed.  We also understand that ORR has paid the invoices for CLINs 1, 3, and 4.

To verify that the CLIN 2 invoiced services were provided during the billing period, correctly allocated under CLIN 2, and otherwise FAR- and contract-compliant, ORR requires the following non-privileged supplemental information:

- · The Alien number of each Unaccompanied Alien Child represented during the billing period.

- · The attorney name and corresponding firm name providing the representation.

- · The specific dates of representation or scheduled hearings.

- · The dates of the respective Form EOIR-28 or Form G-28 filings.

- · The respective billable hours and direct costs allocated to these verifiable services.

We appreciate your assistance in facilitating the collection and submission of these materials. Resolving this billing substantiation issue administratively will ensure our clients can promptly facilitate payment and mitigate any need for judicial involvement over these specific contractual mechanics.

We are generally available this week for a meet and confer to discuss this matter further. Please let us know your availability.

Thanks,
Michael

**Michael A. Celone**
Senior Litigation Counsel
United States Department of Justice
Civil Division
Post Office Box 868 | Ben Franklin Station | Washington, D.C.  20044-0868
(direct) 202.305.2040

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Thursday, June 18, 2026 8:01:39 PM
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>
**Subject:** [EXTERNAL] Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Zach,

Following up on the correspondence below. We understand from our plaintiff providers that your client still has not paid any invoices from December 2025 forward. This lack of payment for more than six months is materially impacting providers' ability to continue services. As you know, the Court's order states that your clients are "ENJOINED from withdrawing the services or funds provided by" ORR, and "particularly ORR's provision of funds for direct legal representation services to unaccompanied children." Further, the Court's injunction "precludes cutting off access to congressionally appropriated funding."

We intend to ask the Court to issue an order to show cause why Defendants' withholding of payments is not a violation of this injunction. Please let us know by COB Wednesday June 24 if there is information you can share that would preclude our need for relief from the Court.

Thank you.

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>

**Sent:** Wednesday, 20 May 2026 15:30:56
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Good Evening,

I am not aware of this issue and don't plan to address it in the status report, but if plaintiffs can provide more information that would be helpful.

Best,
Zachary Cardin
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Wednesday, May 20, 2026 3:32 PM
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Sturges, Laura <LSturges@gibsondunn.com>; Halliday, Arthur <AHalliday@gibsondunn.com>
**Subject:** [EXTERNAL] Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Counsel,

We have received information that Defendants have been withholding December 2025 invoice payments, impeding Providers' ability to continue providing services. Please let us know whether you intend to address these payments in your upcoming status report, including the extent to

which ongoing withholding is in violation of the Preliminary Injunction's prohibition on "withdrawing the services or funds provided by the Office of Refugee Resettlement ("ORR") as of March 20, 2025" under the TVPRA and ORR Foundational Rule, including funds for direct legal representation services.

Best,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to

advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the

intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.