# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.,* | Case No:  4:25-cv-2847 (AMO) |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.,* | |
| Defendants. | |

## DECLARATION OF RICHARD B. DEBANY

I, Richard B. Debany, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the Chief for the Division of Acquisition Requirements of the Office of Refugee Resettlement (ORR), within the Administration for Children and Families (ACF), a component of the U.S. Department of Health and Human Services (HHS).

2.      My job duties include, among other things, responsibility for coordinating ORR's acquisition requirements with our contracting support partners to deliver and manage contract solutions that meet ORR's programmatic and mission needs. In this capacity, I am responsible, in collaboration and coordination with HHS' Office of Mission Acquisition Solutions, for directing ORR's post award contract management of its contracts, including its legal services contract. This declaration is based upon my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records of ACF and ORR, and information conveyed to me by current agency employees. I submit this declaration pursuant to the Court's August 6, 2026 order, Dkt. 172, granting Plaintiffs' motion to enforce the preliminary injunction in this matter.

3.      At approximately 10:07 a.m. E.D.T. on August 7, 2026, ORR approved all pending invoices (i.e., Dec2025CLIN2, JAN2026CLIN2, FEB2026CLIN2, MAR2026CLIN2, APRIL2026CLIN2) in the Invoice Processing Platform. At 11:03 a.m. E.D.T on August 7, 2026 HHS' Program Support Center generated a standalone payment batch in the Unified Financial Management System. At 12:10 p.m. E.D.T. on August 7, 2026, payment was certified in the Treasury Secure Payment System.  Pursuant to the operation of automatic payment mechanisms that cannot be expedited further, the Treasury is anticipated

1

to make payment by close of the next business day, August 10, 2026, after which, these funds will be available for immediate draw-down by Acacia.

Executed on August 7, 2026.

RICHARD B. DEBANY -S

Digitally signed by RICHARD B. DEBANY -S
Date: 2026.08.07 12:42:38 -04'00'

Richard B. Debany

2