BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 307-4693
william.silvis@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *ET AL.*,

      Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,

      Defendants.

Case No. 3:25-cv-02847-AMO

**DEFENDANTS' NOTICE OF FILING OF DECLARATION**

DEFENDANTS' NOTICE OF FILING OF DECLARATION
3:25-CV-02847-AMO

Pursuant to the Court's Order dated August 6, 2026, ECF No. 172, Defendants hereby submit a declaration regarding the payment of funds by the U.S. Treasury, attached hereto as "Exhibit A."

DATED: August 10, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHAEL A. CELONE
Senior Litigation Counsel

ZACHARY CARDIN
Trial Attorney

*s/ William C. Silvis*
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 307-4693
william.silvis@usdoj.gov


Attorneys for Defendants

DEFENDANTS' NOTICE OF FILING OF DECLARATION
3:25-CV-02847-AMO                    1