# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.,*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.,*

Defendants.

Case No:  4:25-cv-2847 (AMO)

### **DECLARATION OF RICHARD B. DEBANY**

I, Richard B. Debany, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the Chief for the Division of Acquisition Requirements of the Office of Refugee Resettlement (ORR), within the Administration for Children and Families (ACF), a component of the U.S. Department of Health and Human Services (HHS).

2.      My job duties include, among other things, responsibility for coordinating ORR's acquisition requirements with our contracting support partners to deliver and manage contract solutions that meet ORR's programmatic and mission needs. In this capacity, I am responsible, in collaboration and coordination with HHS' Office of Mission Acquisition Solutions, for directing ORR's post award contract management of its contracts, including its legal services contract. This declaration is based upon my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records of ACF and ORR, and information conveyed to me by current agency employees. I submit this declaration to follow up on my declaration submitted on August 7, 2026 pursuant to the Court's August 6, 2026 order, Dkt. 172, granting Plaintiffs' motion to enforce the preliminary injunction in this matter.

3.      As of approximately 11:00 am E.D.T. on August 10, 2026, all pending invoices (i.e., Dec2025CLIN2, JAN2026CLIN2, FEB2026CLIN2, MAR2026CLIN2, APRIL2026CLIN2) have been paid by the Treasury, and the funds are available to Acacia.

Executed on August 10, 2026.

RICHARD B. DEBANY -S

Digitally signed by RICHARD B. DEBANY -S
Date: 2026.08.10 16:26:56 -04'00'

1

Richard B. Debany