BRETT A. SHUMATE
Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532 - 4945
Zachary.a.cardin@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br> Defendants. | Case No. 4:25-cv-02847-AMO <br><br> **DEFENDANTS' NOTICE OF FILING OF DECLARATION** |

DEFENDANTS' NOTICE OF FILING OF DECLARATION
4:25-cv-02847 -AMO

Pursuant to the Court's Order dated August 6, 2026, ECF No. 172, Defendants hereby submit a report detailing their current and ongoing compliance with the preliminary injunction following expiration of the contract with Acacia, attached hereto as "Exhibit A."

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.,*

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.,*

        Defendants.

Case No:  4:25-cv-2847 (AMO)

## DECLARATION OF RICHARD B. DEBANY

I, Richard B. Debany, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief for the Division of Acquisition Requirements of the Office of Refugee Resettlement (ORR), within the Administration for Children and Families (ACF), a component of the U.S. Department of Health and Human Services (HHS).

2. My job duties include, among other things, responsibility for coordinating ORR's acquisition requirements with our contracting support partners to deliver and manage contract solutions that meet ORR's programmatic and mission needs. In this capacity, I am responsible, in collaboration and coordination with HHS' Office of Mission Acquisition Solutions (OMAS), for directing ORR's post award contract management of its contracts, including its legal services contract.

3. This declaration is based upon my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records of ACF and ORR, and information conveyed to me by current agency employees and contractors. I submit this declaration pursuant to the Court's August 6, 2026 order.

4. On August 4, 2026, ORR awarded a supplemental cooperative agreement in an amount of up to $20 million to the U.S. Committee for Refugees and Immigrants ("USCRI") to provide legal services for UAC in ORR care through at least December 2026. Prior to this, USCRI provided services to ORR under a cooperative agreement for Home Study and Post-Release Services and previously performed immigration legal services for Afghan arrivals under an ORR-funded contract. USCRI began providing legal services on August 5, 2026, and ORR is integrating USCRI into its UAC case management process.

1

5.    ORR has operationalized the USCRI supplemental award as an interim legal-services model designed to maintain continuity of services for the approximately 1,800 UAC presently in ORR's care and custody, while successor contractors become operational. ORR provides USCRI with recurring information identifying children in ORR care with upcoming immigration court hearings, including daily information concerning next-day hearings, so that USCRI can verify hearing information, identify children requiring legal coverage, and coordinate attorney assignments. USCRI is providing legal orientations and consultations and, where appropriate, direct legal representation, while reporting updated representation and hearing information back to ORR. ORR has also designated a full-time coordinator to oversee case assignments, track hearing coverage and representation status, address discrepancies or gaps, and coordinate the eventual phased transition of cases to successor providers without disrupting existing representation. USCRI presently has 57 legal personnel dedicated to this work, including 30 staff attorneys, 6 supervising attorneys, 2 managing attorneys, and 1 Program Director, plus 17 paralegals and program assistants. ORR directed USCRI initially to prioritize children with immigration court hearings before the Executive Office for Immigration Review ("EOIR") scheduled during the immediate two-week period following the award while simultaneously providing legal orientation services to newly referred UAC entering ORR care. ORR's operational planning includes deploying USCRI attorneys to immigration court locations where UAC are scheduled to appear. Since implementation, USCRI attorneys have provided 100% coverage for all hearings, with all required services being offered during this interim period. Attorneys have been available to appear at all locations where upcoming hearings are scheduled and appearances have proceeded without complications. In locations where issues have arisen, in-person appearances have been prioritized. These interim measures are intended to ensure that eligible children appearing without counsel have immediate access to representation while successor contracts are being negotiated.

6.    On August 7, OMAS executed a contract with Our Rescue to provide legal orientations, consultations, and direct legal representation. The contract is for performance up to 18 months consisting of a 6-month base period running from August 7, 2026 to February 6, 2027, two 3-month option periods through August 6, 2027, and up to an additional 6-month option to extend services, if necessary. The amount awarded for the base period is $158,124,790 and the total contract value is $244,034,658. Under Our Rescue's contract, performance started immediately after award with ramp-up and all transition activities completed within 120 calendar days of award.

7.    Separately, ORR published a Federal Register Notice on August 4, 2026, stating its intent to enter into an additional cooperative agreement with Burke Law Group, PLLC, a private law firm with a

strong geographic presence in Texas. However, on August 11, 2026 Burke Law Group informed ORR that it was withdrawing from consideration.

8. ORR continues to work with OMAS in an effort to procure additional successor contracts to provide legal representation services for UAC, and is in the final stages of negotiations with another potential successor contractor. Because these procurement negotiations remain ongoing, the Procurement Integrity Act limits the information I can publicly disclose regarding the substance of those negotiations and the ongoing competitive procurement (Request for Proposal ("RFP") 75P00126R00003), under which award and performance of a new contract is mandated to be stayed in accordance with the Competition in Contracting Act pending resolution of Acacia's protest of the terms of the solicitation filed June 15, 2026).

9. ORR continues to conduct operational transition planning, including coordinating with existing legal service providers to identify children who are currently represented and to facilitate continuity of legal services during the transition period.

10. With respect to the four-day gap between the expiration of Acacia's contract on July 31, 2026 and the USCRI award on August 4, 2026, a replacement arrangement was not immediately available because ORR initially focused its transition efforts on establishing a further bridge with Acacia. As the incumbent contractor, Acacia was best positioned to maintain continuity while ORR completed its longer-term contract under the competitive solicitation. ORR and OMAS remained in active negotiations over a subsequent bridge contract to maintain continuity of services with Acacia until approximately June 10, when it became apparent that the parties could not reach agreement on bridge terms prior to the July 31, 2026 expiration. ORR then shifted strategies and pursued an alternative multiple award approach until the competitive procurement is awarded.  As a result, ORR began accelerated negotiations with two potential successor contractors, including Our Rescue. ORR also continued communicating with Acacia in an attempt to negotiate a 4-month contract under which Acacia will support an orderly transition of cases to new legal services providers, including Our Rescue. Acacia submitted a bridge proposal on August 4, which ORR and OMAS are evaluating.

11. Those efforts occurred while ORR's competitive procurement for a long-term follow-on contract was delayed by multiple bid protests challenging the terms of the solicitation. Since November 2025, HHS and ORR attempted three times (November 24, 2025, February 23, 2026, and May 15, 2026) to award the follow-on legal-services contract under the RFP, and each effort was protested (bid protests were filed on December 15, 2025, April 2, 2026, and April 3, 2026, respectively). In response to the bid protests, the agency undertook voluntary corrective action to address the issues raised by reassessing its requirements, revising the solicitation as necessary, and accepting new or revised proposals. The most recent protest was filed by Acacia on June 15, 2026, and a decision is pending.

3

Executed on August 13, 2026.

RICHARD B.
DEBANY -S

Digitally signed by
RICHARD B. DEBANY -S
Date: 2026.08.13 13:49:29
-04'00'

Richard B. Debany

Dated: August 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel

/s/ Zachary Cardin
Zachary Cardin
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-532-4945
Zachary.a.cardin@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' NOTICE OF FILING OF DECLARATION
4:25-cv-02847-AMO                 3