# Exhibit A

MICHIGAN ADVOCACY PROGRAM

**Ana Devereaux <adevereaux@lsscm.org>**

# Fwd: Juvenile Cases Today

**Trent Wickenheiser** <twickenheiser@michiganimmigrant.org> 6 de agosto de 2026 a las 11:47
Para: Polina Hristova <phristova@michiganimmigrant.org>, Ana Devereaux <adevereaux@michiganimmigrant.org>, Ruby Robinson <rubyr@michiganimmigrant.org>

Hello all,

Just wanted to forward this email on to you as I have never received one like this before.

Best,
Trent

---------- Forwarded message ---------
From: **Daniel Verkhlin** <dverkhlin@refugees.org>
Date: Thu, Aug 6, 2026 at 11:39 AM
Subject: RE: Juvenile Cases Today
To: Lexi Andre <aandre@michiganimmigrant.org>
Cc: sgarcia@michiganimmigrant.org <sgarcia@michiganimmigrant.org>, mcano@michiganimmigrant.org <mcano@michiganimmigrant.org>, mdamian@michiganimmigrant.org <mdamian@michiganimmigrant.org>, twickenheiser@michiganimmigrant.org <twickenheiser@michiganimmigrant.org>

Thank you Lexi!

USCRI

**Dan Verkhlin**

Staff Attorney, Humanitarian Legal Services

U.S. Committee for Refugees and Immigrants

**+1 330-501-0865**

**dverkhlin@refugees.org**

**refugees.org**

Cleveland, OH

Arlington VA HQ • Albany NY • Atlanta GA • Austin TX • Cleveland OH • Colchester VT • Dallas TX • Denver CO

Des Moines IA • Detroit MI • Erie PA • Nashville TN • Raleigh NC • Richmond VA • Rinconcito del Sol FL

Rutland VT • San Diego CA • St. Louis MO • Twin Falls ID • Washington DC

El Salvador • Honduras • Kenya • Mexico

Important: This email is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient, please notify the sender at the email address above and delete this email from your computer. Thank you.

---

**From:** Lexi Andre <aandre@michiganimmigrant.org>
**Sent:** Thursday, August 6, 2026 11:23 AM
**To:** Daniel Verkhlin <dverkhlin@refugees.org>
**Cc:** sgarcia@michiganimmigrant.org; mcano@michiganimmigrant.org; mdamian@michiganimmigrant.org; twickenheiser@michiganimmigrant.org
**Subject:** Re: Juvenile Cases Today

Hi Daniel,

All hearings on IJ Hansen's juvenile docket have been rescheduled from today

Thanks,

michiganimmigrant.org

**Lexi Andre** (she/her)

Supervising Attorney

(313) 666-1920
aandre@michiganimmigrant.org

**Michigan Immigrant Rights Center**
7700 Second Ave, Suite 603
Detroit, MI 48202
Intake: (734) 239-6863

*This electronic communication may be subject to attorney-client privilege and may contain confidential information. If you are not the intended recipient, any distribution, copying, or disclosure is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this copy from your system. Thank you for your cooperation.*

*Esta comunicación electrónica puede estar sujeta al privilegio de abogado-cliente y puede contener información confidencial. Si no es el destinatario, cualquier distribución, copia o divulgación está estrictamente prohibida. Si recibió esta comunicación por error, notifique al remitente de inmediato y elimine esta copia de su sistema. Gracias por su cooperación.*

On Thu, Aug 6, 2026 at 11:15 AM Daniel Verkhlin <dverkhlin@refugees.org> wrote:

Hey There,

Our org has been asked by ORR to attend juvenile hearings this week as a friend of the court and ask for continuances. I've been asked to do this for some clients you guys represent (or formerly represented, I'm not sure) in Detroit at 11am today. By chance are you guys in court with your clients who have hearings at 11am today?

Thanks,

Dan

**Dan Verkhlin**

Staff Attorney, Humanitarian Legal Services

U.S. Committee for Refugees and Immigrants

**+1 330-501-0865**

**dverkhlin@refugees.org**

**refugees.org**

Cleveland, OH

Arlington VA HQ • Albany NY • Atlanta GA • Austin TX • Cleveland OH • Colchester VT • Dallas TX • Denver CO

Des Moines IA • Detroit MI • Erie PA • Nashville TN • Raleigh NC • Richmond VA • Rinconcito del Sol FL

Rutland VT • San Diego CA • St. Louis MO • Twin Falls ID • Washington DC

El Salvador • Honduras • Kenya • Mexico

Important: This email is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient, please notify the sender at the email address above and delete this email from your computer. Thank you.

--

Michigan Immigrant Rights Center

michiganimmigrant.org

**Trent Wickenheiser**
Staff Attorney

517-253-1115
Twickenheiser@michiganimmigrant.org

**Michigan Immigrant Rights Center**
15851 S US Highway 27 Suite 73
Lansing, MI 48906

*This electronic communication may be subject to attorney-client privilege and may contain confidential information. If you are not the intended recipient, any distribution, copying, or disclosure is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this copy from your system. Thank you for your cooperation.*

*Esta comunicación electrónica puede estar sujeta al privilegio de abogado-cliente y puede contener información confidencial. Si no es el destinatario, cualquier distribución, copia o divulgación está estrictamente prohibida. Si recibió esta comunicación por error, notifique al remitente de inmediato y elimine esta copia de su sistema. Gracias por su cooperación.*