# Exhibit B

MAP MICHIGAN ADVOCACY PROGRAM

**Ana Devereaux <adevereaux@lsscm.org>**

## UC transferred to BCS Wedgwood LTFC on 7/13 in Grand Rapids

2 mensajes

**Daniel Gestal** <daniel@amicacenter.org> 7 de agosto de 2026 a las 15:09
Para: "adevereaux@michiganimmigrant.org" <adevereaux@michiganimmigrant.org>

Good afternoon, Ana,

I hope this finds you well and that you are hanging in there given everything going on in the world right now. I also left you a VM, but I just appeared as FOC for the detained docket in Annandale, VA for a young man that is currently placed at BCS Wedgwood LTFC in Grand Rapids (he was transferred on 7/13/2026). I'm not sure what MIRC's operating status is currently or your relationship with the shelters, but if there is any chance MIRC would be in a position to work with this young man, please let me know. The court is mailing the youth a blank 589 and has ordered that a 589 must be filed by 8/28 or the relief will be deemed abandoned.

Please feel free to give me a call or respond here and I will be happy to fill you in.

Best,

Dan

**Daniel Gestal** (he/him/el)

**Deputy Director** | Children's Program

Amica Center for Immigrant Rights

1025 Connecticut Avenue NW, Suite 701

Washington, DC 20036
(t) (202) 688-0582
(f) (202) 331-3341
(e) daniel@amicacenter.org

Admitted to practice in Maryland, Virginia, and the District of Columbia.

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of the transmission.

**Me via Boomerang** <adevereaux@lsscm.org> 10 de agosto de 2026 a las 13:47
Responder a: Daniel Gestal <daniel@amicacenter.org>
Para: adevereaux@lsscm.org

Message moved to top of Inbox by Boomerang because there was no reply (view this conversation).

Don't want this notification email in the future? Go to https://b4g.baydin.com/settings and uncheck the 'At the top of your Inbox' option under Settings. Please note that your Boomeranged messages would no longer return to the top of your Inbox.