# Exhibit C

MICHIGAN ADVOCACY PROGRAM

**Ana Devereaux <adevereaux@lsscm.org>**

---

## Connecting re Michigan UC in Need of Representation

1 mensaje

---

**Ana Devereaux** <adevereaux@michiganimmigrant.org> 10 de agosto de 2026 a las 13:47
Para: dverkhlin@refugees.org, Daniel Gestal <daniel@caircoalition.org>

Hi Dan,

I'm writing from MIRC to connect you with Dan from Amica. As you know, MIRC had the ORR contract through Acacia to represent children in and released from custody that ended on July 31st. We were instructed to stop taking new cases as of July 17th and are currently wrapping up the process of closing or keeping open the children's cases based on whatever other funding we have. Dan Gestal reached out from Amica because they were representing a child who was transferred to Michigan right in that window where we weren't able to take the case because the contract was closing. Dan appeared as Friend of the Court and has details to share with whoever will be taking the child's cases.

I understand that USCRI was appearing at MCHs intending to inform the court of it's intend to take on representation of cases. If that is the case, I wanted to make sure you all are connected so this child could have the essential representation they are in need of due to the contract lapse.

MIRC
Michigan Immigrant Rights Center

michiganimmigrant.org

**Ana Raquel Devereaux** (she/her/ella)
Senior Managing Attorney

Direct (phone, text, fax): 269-216-5576
ADevereaux@michiganimmigrant.org

**Michigan Immigrant Rights Center**
15851 Old U.S. 27 #73,
Lansing, MI 48906

Intake: 734-239-6863

*This electronic communication may be subject to attorney-client privilege and may contain confidential information. If you are not the intended recipient, any distribution, copying, or disclosure is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this copy from your system. Thank you for your cooperation.*

*Esta comunicación electrónica puede estar sujeta al privilegio de abogado-cliente y puede contener información confidencial. Si no es el destinatario, cualquier distribución, copia o divulgación está estrictamente prohibida. Si recibió esta comunicación por error, notifique al remitente de inmediato y elimine esta copia de su sistema. Gracias por su cooperación.*