IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 4:25-CV-02847-AMO<br><br>**DECLARATION OF ASHLEY T. HARRINGTON (RMIAN) IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE** |

**DECLARATION OF ASHLEY T. HARRINGTON**

**ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK, CHILDREN'S PROGRAM MANAGING ATTORNEY**

*I, Ashley T. Harrington, make the following statements on behalf of myself and the Rocky Mountain Immigrant Advocacy Network (RMIAN). I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. §1746.*

1. I am over the age of 18 and make this declaration based upon my personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2. I am the Managing Attorney of the Children's Program at RMIAN, a plaintiff in the above-captioned case.

3. The RMIAN Children's Program currently represents over 700 individuals in their immigration cases, over 150 of whom are unaccompanied children formerly served pursuant to the UCP contract. The Children's Program provides direct legal representation to unaccompanied children in Colorado, as well as several who have moved outside the state but who we continue to serve. This representation has included children in ORR custody (previously, youth in a short-term shelter and a residential treatment facility, and currently, those placed in ORR Long Term Foster Care); children placed in the Unaccompanied Refugee Minor Program (URM) who are placed in foster care in Colorado; and unaccompanied children who have been released to the care of an individual sponsor. RMIAN currently has several attorneys and support staff who were previously primarily or substantially funded through the UCP contract and are currently handling the over 150 active cases representing unaccompanied children. Our Pro Bono Coordinating Staff Attorney and other legal staff are also currently supporting numerous volunteer attorneys providing ongoing legal representation to unaccompanied children in partnership with RMIAN. In addition, RMIAN provides information, resources, referrals, and limited assistance to children to whom we are unable to offer representation.

4. Since the expiration of the UCP contract on July 31, 2026, RMIAN has stretched its resources to continue providing free legal representation to all of our current clients despite the lack of funding. When the UCP contract funding became uncertain and temporary last year, RMIAN had to significantly limit how many new unaccompanied children we accepted for representation. And now that UCP contract was terminated, we have not accepted any new clients for representation, and we will be unable to do so unless funding resumes.

5. The TVPRA mandates that unaccompanied immigrant children receive legal counsel to protect them from mistreatment, exploitation, and trafficking. RMIAN provides trauma-informed, zealous legal advocacy to our clients before the immigration court, U.S. Citizenship and Immigration Services, the Board of Immigration Appeals (BIA) and Colorado state courts in order to protect them, defend their rights and provide them with a legal pathway to safety, stability and permanency in the United States. Specifically, RMIAN's representation continues to include: preparation for and representation at court hearings and in court filings with state courts, the immigration court and the BIA, preparation for and representation on asylum applications with the asylum office, and preparation of and filing of numerous applications for immigration relief and benefits with USCIS. In addition, for clients who don't have immediate hearings, interviews, or filing deadlines, we must continue to monitor their cases and communicate with them to answer questions and to provide and receive updates. RMIAN also continues to support volunteer attorneys and the children they represent, as well as provide support and assistance to numerous unrepresented children. While RMIAN has done our best to continue providing representation to ongoing clients, many children have been left without representation because of our inability to accept new cases under funding cuts. Moreover, because of the loss of funding from the UCP contract, RMIAN has faced additional financial strain because we have also undertaken paying filing fees and other case expenses that UCP contract funds previously supported.

6. Continuing representation and legal services unfunded will cause irreparable harm to RMIAN and to unaccompanied children in Colorado. While RMIAN is committed to continuing representation for our current clients for as long as possible, doing so without compensation is not financially sustainable over the long term. Over the past six months RMIAN has billed approximately $76,000 a month under the contract that we will no longer receive. Continuing representation and legal services unfunded will force RMIAN to consider terminating representation and services for children and potentially staff layoffs. Terminating representation and legal services for unaccompanied children will leave them defenseless in an increasingly hostile, adversarial and impossible immigration system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th of August 2026, in Denver, Colorado.

___*/s/ Ashley T. Harrington*____________________

Ashley T. Harrington

Children's Program Managing Attorney

Rocky Mountain Immigrant Advocacy Network (RMIAN)

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

DATED: August 20, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Laura M. Sturges*

Laura M. Sturges

*Attorneys for Plaintiffs*