# Exhibit

# A

**Amica**
Center for Immigrant Rights

1025 Connecticut Avenue NW
Suite 701 | Washington, DC 20036

**amicacenter.org**

August 14, 2026

Julie Beyer
Senior Director of Field Offices and Legal Services
US Committee for Refugees and Immigrants
2231 Crystal Drive
Arlington, VA 22202

Ms. Beyer –

It has come to our attention that officials at Health and Human Services have instructed staff at various shelters holding unaccompanied children to send legal inquiries to your office via UAClegalservices@refugee.org. This includes shelters in Virginia, in which there are children with whom Amica Center has entered into an engagement to provide legal services for all aspects of their immigration proceedings.

Given the vagueness of HHS's directive, this letter serves to clarify Amica Center's position. The rules of Professional Conduct, in Virginia and all other jurisdictions, prohibit an attorney from communicating with represented persons. Rule 4.2 clearly states:

> In representing a client, a lawyer shall not communicate about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized by law to do so.

This prohibition applies even if the represented party initiates the communication. Given this, we expect that USCRI staff will not speak to any child who is already represented by Amica Center.

For clarity, we have no objection to USCRI staff speaking with and providing support to children in shelters, if those children are not represented. It may be that USCRI can provide that population of children with legal support at this time. If USCRI does enter an attorney-client relationship with any children in shelters that we visit, Amica Center will not communicate with those children.

As you may be aware, there are unrepresented children in Virginia shelters who have scheduled or soon-to-be-scheduled asylum interviews. It would be helpful to know how USCRI plans to handle the representation of these children for those interviews. If you could please let us know as soon as practicable, that would be greatly appreciated.

Amica
Center for Immigrant Rights

1025 Connecticut Avenue NW
Suite 701 | Washington, DC 20036

**amicacenter.org**

To ensure that no ethical boundaries are crossed, we expect that, prior to speaking with any child in a shelter, USCRI will work with shelter staff to determine whether that child is currently represented.

If you would like to discuss this issue further, please email me at michael@amicacenter.org

Best,

Michael Lukens