# Exhibit B

U.S. COMMITTEE FOR REFUGEES AND IMMIGRANTS

USCRI

President and CEO
Eskinder Negash

Officers
Earl Johnson, *Chair*
Jeffrey Metzger, *Vice Chair*
John Monaham, *Secretary*
Katharine Laud, *Treasurer*

Board of Directors
Katharine Crost
Diann Dawson
Gene DeFelice
Helen Kanovsky
Jeffrey Kelley
Gabriel Lajeunesse
Regis McDonald
Sam Udani

Headquarters
2231 Crystal Dr. Ste. 350
Arlington, VA 22202
+1 703-310-1130
uscri@refugees.org

August 16, 2026

Michael Lukens
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036

Re: Representation of Children in Virginia Shelters

Dear Mr. Lukens:

Thank you for your August 14, 2026 letter regarding legal services for unaccompanied children residing in Virginia shelters. We appreciate Amica Center's continued commitment to serving these children and your outreach concerning this issue.

USCRI shares Amica Center's commitment to compliance with applicable professional responsibility obligations and to protecting the attorney-client relationships that legal service providers establish with children in ORR custody. USCRI has no intention of interfering with existing attorney-client relationships or communicating with represented children regarding the subject matter of a representation in a manner inconsistent with applicable ethical obligations.

At the same time, USCRI's responsibilities under its legal services program require interaction with shelters, children, and service providers for a variety of operational, administrative, screening, intake, referral, coordination, and program-management purposes. Accordingly, while USCRI will take reasonable steps to identify whether a child is represented before engaging in legal representation activities, we cannot commit to the proposition that all communications by all USCRI personnel with represented children are categorically prohibited. Rather, USCRI will continue to conduct its activities in a manner consistent with applicable law, ethical obligations, contract requirements, and the best interests of the children served.

We agree that accurate identification of represented children is important. To that end, USCRI will continue to work with shelters, ORR, legal service providers, and other stakeholders to obtain reasonably available information regarding representation status before initiating legal representation activities. Because representation information may change over time and may not always be

U.S. COMMITTEE FOR REFUGEES AND IMMIGRANTS

immediately available or complete, we believe continued cooperation among providers is essential to avoiding misunderstandings and ensuring continuity of services for children.

With respect to children who are not currently represented and who may have pending or upcoming asylum interviews, USCRI is evaluating referrals and service needs consistent with its contractual obligations, ethical obligations, and program requirements. Representation decisions will be made on a case-by-case basis based on the needs of the individual child and applicable program requirements.

USCRI welcomes continued communication and coordination with Amica Center to promote effective service delivery and avoid duplication of effort. We would be pleased to discuss practical mechanisms for sharing representation-status information, referral protocols, and other procedures that may assist both organizations in fulfilling their responsibilities while protecting the interests of the children we serve.

Thank you again for your correspondence and for Amica Center's work on behalf of unaccompanied children.

Sincerely,

Julie Beyer
Senior Director, Humanitarian Legal Services & Field Offices