IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants.

Case No. 4:25-CV-02847-AMO

**DECLARATION OF VANESSA GUTIERREZ (NWIRP) IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE**

**DECLARATION OF VANESSA GUTIERREZ**

**DEPUTY DIRECTOR, NORTHWEST IMMIGRANT RIGHTS PROJECT**

*I, Vanessa Gutierrez, make the following statements on behalf of myself and the Northwest Immigrant Rights Project. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. §1746.*

1. I am over the age of 18 and make this declaration based upon my personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2. I am a Deputy Director at Northwest Immigrant Rights Project (NWIRP), a plaintiff in the above-captioned case. I incorporate my Declaration in Support of Plaintiffs' Motion to Enforce the Preliminary Injunction (Dkt. #166-9) and Supplemental Declaration in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. #37-12) as if fully set forth herein.

3. NWIRP currently has 14 Unaccompanied Children Program (UCP) attorneys (comprising approximately 10 full-time employees (FTEs)) who are currently handling approximately 619 active cases representing unaccompanied children. In addition, our attorneys and other staff help support over 60 active pro bono cases representing unaccompanied children in partnership with pro bono attorneys. To my knowledge, NWIRP has not received any information from the government on how any transition of existing cases will be handled with any new legal service providers.

4. To advance its mission and meet its necessary ethical obligations, since the expiration of the UCP contract on July 31, 2026, NWIRP has shouldered the growing challenge to provide full representation to all existing UCP-eligible clients. NWIRP's representation obligations for existing UCP-eligible clients include 136 upcoming master calendar hearings, 14 individual calendar hearings, and many upcoming asylum hearings often

scheduled with short notice. In the gap created by the contract expiration, NWIRP has temporarily sustained services by using some of its limited unrestricted funding; however, this is not a permanent solution. Although NWIRP is committed to continuing this work for its unaccompanied children clients based on our mission and the urgent need for these children to continue receiving legal representation, NWIRP does not have alternative designated funding to provide these services, and this will not be sustainable for our organization long-term.

5. The loss of UCP funding for client filing fee support is also a devastating loss for the numerous clients NWIRP serves who are in need of financial support to pay for their immigration related fees. Over the past year (August 2025 to July 2026), UCP funding paid for approximately $175,000 in immigration fees for NWIRP UCP clients. Although NWIRP maintains a small general budget for client fee advancement support each year ($75,000 in 2026), those funds are rapidly depleting. We will continue to advance this support to NWIRP clients who are in need given the financial hardships often faced by NWIRP clients, including formerly UCP-eligible clients, but given that our designated funds for filing fees is quickly dwindling, we will not be able to continue covering these filing fees for much longer, which will impact these clients' ability to have their applications submitted.

6. Additionally, the loss of UCP funding has severely impacted NWIRP's ability to take on new direct representation cases for unaccompanied children, and others, in Washington State. Given NWIRP's finite resources, we must make difficult decisions about what cases NWIRP is able to take on for representation, resulting in many individuals in need of immigration representation being forced to proceed *pro se* (e.g., representing oneself) in their immigration matters. Those forced to proceed *pro se* include many unaccompanied

children who would have previously been eligible for universal representation for all of their immigration legal proceedings through the former UCP contract. Now, even for the limited cases NWIRP is able to take on for direct representation, clients are not guaranteed universal representation. Instead NWIRP must triage which matters it is able to ethically take on for representation. As a result, more individuals are left without representation, and those NWIRP can represent may only receive limited representation for certain aspects of their immigration legal needs. NWIRP has been contacted by 22 youth, designated unaccompanied children at the time of entry to the United States, who have master calendar hearings scheduled this month and next who we are unable to assist prior to their hearings. NWIRP has partnered with another local nonprofit organization to provide limited court accompaniment to these youth, but the youth will still need to represent themselves during the hearing.

7. Continuing unfunded representation is causing irreparable harm to NWIRP and the client communities that it serves. UCP funding made up approximately 11% of NWIRP's 2026 projected revenue. With the loss of UCP funding, NWIRP is now forced to redirect its strained resource of unrestricted funding in order to ensure it meets its ethical obligations to existing clients through sustained staffing to continue representation commitments to formerly UCP-eligible clients. However, this approach can only be a short-term solution. Continuing to spend down unrestricted funds will rapidly become unsustainable and will consequently result in the need to lay off staff and further reduce availability of services for current clients and potential future clients who are vulnerable and in need of legal representation and critical legal relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th of August 2026, in Wenatchee, WA.

______________________________

VANESSA GUTIERREZ

DEPUTY DIRECTOR

NORTHWEST IMMIGRANT RIGHTS PROJECT