United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br>Defendants. | Case No. 25-cv-02847-AMO<br>**ORDER GRANTING MOTION TO SHORTEN TIME AND SETTING EVIDENTIARY HEARING**<br>Re: Dkt. No. 179 |

Before the Court is Plaintiffs' motion for an order to show cause why defendants are not in violation of the preliminary injunction at an immediate evidentiary hearing. Dkt. No. 178. Plaintiffs contend, based on the August 13, 2026 Declaration of Richard B. Debany, Dkt. No. 177, and additional supporting evidence, that Defendants remain out of compliance with the Court's April 29, 2025 preliminary injunction, Dkt. No. 87. The Court construes Plaintiffs' motion for an order to show cause as a second motion to enforce the preliminary injunction.

Plaintiffs further submit an administrative motion to shorten time pursuant to Civil Local Rule 6-3, requesting that the Court order Defendants to evidence compliance with the preliminary injunction as quickly as possible and to set an evidentiary hearing for the soonest possible date. Dkt. No. 179. Defendants filed an opposition to the motion to shorten time. Dkt. No. 180.

Debany's August 13, 2026 declaration raises serious questions regarding Defendants' compliance with the preliminary injunction following July 31, 2026. Dkt. No. 177. The opacity of Debany's declaration, combined with the evidence submitted by Plaintiffs, establishes good cause to shorten time. The Court therefore **GRANTS** Plaintiffs' motion to shorten time and **SETS** an in-person evidentiary hearing for 10:00 a.m. on Tuesday, September 8, 2026. The hearing will

United States District Court
Northern District of California

take place in Courtroom 5 of the Oakland Courthouse. The hearing will focus on Defendants' ongoing compliance with the preliminary injunction following July 31, 2026, including historical and contemporary contracts negotiated, funds distributed, and the numbers and types of representations of unaccompanied minors that have taken place and which Defendants project will take place. In light of Defendants' claims that certain negotiation details should not be publicly disclosed, the Court **ORDERS** Richard B. Debany to appear in person for the hearing and **ORDERS** the parties to meet and confer regarding an appropriate method for presenting sealed testimony, if any.

Defendants may file a response to Plaintiffs' substantive motion, Dkt. No. 178, by no later than noon PST on Friday, August 28, 2026. The Court will discuss post-hearing briefing with the parties at the conclusion of the proceedings on September 8, 2026.

**IT IS SO ORDERED.**

Dated: August 25, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**