BRETT A. SHUMATE
Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532 - 4945
Zachary.a.cardin@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-02847-AMO<br><br>**DEFENDANTS' REQUEST TO CONTIUNE THE EVIDENTARY HEARING ON SEPTEMBER 8, 2026** |

Pursuant to Civil Local Rule 6-3, Defendants move to continue the evidentiary hearing currently scheduled for September 8, 2026 to the week of September 14, 2026. Additionally, Defendants request that the Court allow them to appear at the evidentiary hearing remotely. Plaintiffs oppose both requests.

Agency counsel has expressed serious concerns about the adequacy of time to prepare the declarant for the evidentiary hearing, in light of the broad nature of the topics identified by the Court that the witness needs to be prepared to address at the hearing. The witness must also liaise with multiple colleagues about the status of ongoing work streams, many of which are pre-decisional and confidential, which poses additional complications that would benefit from additional preparation time. In addition, Plaintiffs' motion is supported by 138 pages of declarations containing multiple, detailed allegations about specific, but unidentified, UAC. Defendants have reached out to Plaintiffs' counsel to obtain more information about these allegations, and in the meantime are endeavoring to identify these children using available information, which is a labor and time intensive process that would benefit from an expansion of time.

The scheduled evidentiary hearing on September 8, 2026 poses additional challenges due to the Labor Day holiday. Undersigned counsel will be on pre-approved leave with non-refundable travel. Additionally, multiple employees of the Office of Refugee Resettlement and The Administration for Children and Families engaged in the ongoing procurement workstreams and operations intend to accompany Mr. Debany to the hearing, and these individuals are based in Washington, D.C. Because it is not feasible for them to travel on September 8 for the 10:00 am hearing, they would be required to travel on a federal holiday, which increases personal burdens.

Additionally, Defendants request that they be allowed to appear remotely for the evidentiary hearing. As mentioned previously, multiple ORR and ACR personnel are engaged to ensure that Mr. Debany has the most up-to-date information possible, and these individuals—and Mr. Debany—are based in Washington, D.C. Providing the opportunity to appear remotely would obviate the need for them to

spend time traveling and would allow them to focus on their many responsibilities at their duty stations. Plaintiffs indicated that they oppose the request for a remote hearing at this time.

Defendants respectfully submit that additional time to prepare the declarant will help ensure the declarant is best able to answer the Court's questions at the hearing. Additionally, Defendants respectfully request that the Court allow Defendants to appear at the evidentiary hearing remotely.

Dated: August 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel

*<u>/s/ Zachary Cardin</u>*
Zachary Cardin
Trial Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-532-4945
Zachary.a.cardin@usdoj.gov

*Attorneys for Defendants*