BRETT A. SHUMATE
Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532 - 4945
Zachary.a.cardin@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-02847-AMO<br><br>**DECLARATION OF ZACHARY CARDIN IN SUPPORT OF DEFENDANTS' REQUEST TO CONTINUE THE EVIDENTIARY HEARING ON SEPTEMBER 8, 2026** |

**DECLARATION OF ZACHARY CARDIN**

I, Zachary Cardin, declare as follows:

I am an adult over the age of 18 and a resident of the District of Columbia. The information set forth herein is true and correct of my own personal knowledge and if asked to testify thereto, I would do so competently.

1. The reasons for the requested continuance and to appear remotely are set forth below: counsel's pre-approved leave and non-refundable personal travel; the need for additional time to prepare the declarant to address the extensive and detailed factual record in Plaintiffs' declarations; the burdens related to travel for the scheduled hearing on September 8, 2026.

2. Defendants are not aware of any previous stipulation or order continuing the evidentiary hearing or requesting the ability to appear remotely.

3. A continuance to the week of September 14, 2026 would not affect any other deadline in this case, not would Defendants' request to appear remotely.

4. Defendants conferred with Plaintiffs' counsel regarding this request. Plaintiffs oppose a continuance to the week of September 14, 2026, and oppose at this time the request for a virtual hearing.

5. Granting this motion to extend time and to appear remotely would not alter any other deadlines in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 27th of August 2026, in Washington, DC.

*/s/ Zachary Cardin*

Zachary Cardin
Trial Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-532-4945
Zachary.a.cardin@usdoj.gov

*Attorney for Defendants*