UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br>Defendants. | Case No. **4:25-cv-02847-AMO**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO CONTINUE THE EVIDENTIARY HEARING ON SEPTEMBER 8, 2026** |

THIS CAUSE is before the Court upon the Defendants' Request to Continue the Evidentiary Hearing on September 8, 2026 to the week of September 14, 2026 and to appear remotely.

UPON CONSIDERATION of the Motion, and for the reasons set forth therein, the Court ORDERS the following:

The Motion is GRANTED, and the Evidentiary Hearing is reset to ________.

Defendants' request to appear remotely at the Evidentiary Hearing is GRANTED.

**IT IS SO ORDERED.**

DATED: _____________, 2026

______________________________
ARACELI MARTINEZ-OLGUIN
U.S. DISTRICT JUDGE