# EXHIBIT A

| | |
|---|---|
| **From:** | Moriarity Miltko, Caelin |
| **Sent:** | Monday, August 31, 2026 7:31 AM |
| **To:** | Cardin, Zachary A. (CIV); Sturges, Laura; Silvis, William (CIV); Celone, Michael A. (CIV); Masetta Alvarez, Katelyn (CIV) |
| **Cc:** | Laura Flores-Perilla; Karen Tumlin; Esther Sung; Alvaro Huerta; Lya Ferreyra; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott; Halliday, Arthur; Marquart, Katie; Herold, Patty |
| **Subject:** | Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.) |

Hi Zach and Will,

Thank you. We will send an invite for 9 AM PT.

We are also sending over a non-exhaustive list of misstatements in Defendants' Friday filing that raise concerns for Plaintiffs since they either mischaracterize the Court's findings in this case so far, Plaintiffs' complaint, and/or the parties' discussions:

- "Defendants have been providing this funding in compliance with this Court's orders for over a year, and have maintained contracts for the required legal services into the future." Dkt. 186 at 3.
- "Here, Plaintiffs alleged that payment was withheld during a contract." Dkt. 186 at 4.
- "This Court's preliminary injunction was entered on the operative complaint's claim that Defendants were withdrawing the services and funds ORR was providing as of March 20, 2025, under the contract with Acacia, by withholding payment on certain invoices submitted pursuant to that contract." Dkt. 186 at 6.
- "The Acacia contract has expired, and Defendants released the withheld CLIN 2 funds this Court ordered released (and will pay all remaining unsubmitted invoices as it receives them), resolving the financial injury that gave rise to this dispute." Dkt. 186 at 9.
- "Defendants requested that Plaintiffs identify these affected children by A-number to permit the agency to reasonably investigate the circumstances, yet Plaintiffs refused to provide that information." Dkt. 186 at 10.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Monday, 31 August 2026 04:59:39
**To:** Sturges, Laura <LSturges@gibsondunn.com>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Moriarity Miltko,

Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

**This Message Is From an External Sender**
This message came from outside your organization.

Good Morning. The government can meet and confer at 9am pacific.

Get Outlook for iOS

---

**From:** Sturges, Laura <LSturges@gibsondunn.com>
**Sent:** Friday, 28 August 2026 20:05:58
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Thanks Will, jumping in for Caelin who is stuck on calls this afternoon – we can do 9 am PT or 11:15 am PT Monday – can you make either of those times work? Thanks.

**Laura Sturges**
Of Counsel
T: +1 303.298.5929 | M: +1 720.404.4199
LSturges@gibsondunn.com
**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Sent:** Friday, August 28, 2026 2:45 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur

<AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Caelin,

Zach is traveling, but I am happy to coordinate a meet and confer for our side. Are there any times that work particularly well for your team early next week? If you offer a few timeslots there is a good chance we can make one work.

Best – Will

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Friday, August 28, 2026 4:21 PM
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Zach,

I am writing to follow up on my email yesterday and to reiterate our request to confer early next week. **Please provide times today that will work for you to meet-and-confer early next week.**

As we noted below, plaintiffs are willing to share some of the requested information subject to receiving client consent and a sufficient protective order. You have not responded to this offer. We have received your submissions to the Court today in which you suggested to the Court that plaintiffs are not providing that information. This is a statement that we will need to correct with the Court.

As previewed in our email, we've prepared a proposed protective order, which is attached. As you know, the Court ordered the parties to meet-and-confer regarding the hearing, and we expect we may need to discuss over multiple sessions, unless Defendants have changed their position that contracting information is confidential. Further, your motion for continuance may require additional discussion during these sessions as well.

We would also like to confer about certain misstatements in your brief, including as to the nature of the operative complaint (attached). If you do not correct or withdraw those statements, we will need to raise this with the Court.

Related to your motion to continue, we had not heard that travel from DC on Labor Day was the concern for Defendants. We are willing to agree to a hearing later in the day on September 8 if that allows you to fly that morning. Please let us know your position. We also note that your motion for a continuance did not accurately state plaintiffs' position as to moving the hearing. As you know, you requested that we

move the hearing back to a later date that week, and we informed you that the judge was unavailable those dates. And, as you know, the Court has already granted plaintiffs' motion to shorten time for this hearing given the urgency of these requests. Again, these are representations that we will need to correct with the Court.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Moriarity Miltko, Caelin
**Sent:** Thursday, August 27, 2026 4:23 PM
**To:** 'Cardin, Zachary A. (CIV)' <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Zach,

In light of Judge Martínez-Olguín's order specifically ordering the government's witness to appear in person, we think an in-person hearing is important, particularly because the purpose of the hearing is to provide evidence and plaintiffs understand the government may request part of the hearing be closed.

We would also like to follow up regarding last week's request for certain A#s. We have spoken to plaintiffs and declarants about your request. While plaintiffs maintain that much of this information is already in EOIR's possession, plaintiffs and declarants are willing to provide some of the requested information or similar information that would help identify the relevant hearings so long as the parties agree to a sufficient protective order and as long as plaintiffs and declarants obtain appropriate client consent. We are working on a draft protective order, which we expect to share with you tomorrow.

Please provide dates and times to meet-and-confer early next week regarding the hearing. We are happy to meet-and-confer regarding the request to make the hearing remote, but we would object to making the hearing remote at this time.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Thursday, August 27, 2026 3:42 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Caelin,

What is your position on having a remote hearing on September 8th?

Thanks,
Zach

Zachary Cardin
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Wednesday, August 26, 2026 4:59 PM
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur

<AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Zach,

Unfortunately, Judge Martínez-Olguín is out for the rest of that week and we will not be able to reschedule for that week. Looking at her calendar, any rescheduled hearing would need to be set at least a week later. Given the urgency here, plaintiffs are not able to agree to postpone the hearing.

We are happy to discuss further if needed, alongside our discussion about whether and how to seal the hearing. Please let us know if there are times early next week that work for you to discuss.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Wednesday, August 26, 2026 1:11 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Caelin,

DOJ has terrible scheduling problems on September 8.

Are you amenable to rescheduling the hearing to any date between September 9 and September 11 or the following week?

Thank you for your consideration.

Sincerely,

Zach

Get Outlook for iOS