UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants.

Case No. 25-cv-02847-AMO

**ORDER RE EVIDENTIARY HEARING**

Re: Dkt. No. 187

The Court set an in-person evidentiary hearing to take place at 10:00 a.m. on September 8, 2026. Dkt. No. 183. Defendants move to continue the evidentiary hearing to September 14, 2026, in order to accommodate (1) additional time to prepare their witness, Richard B. Debany, for the hearing and (2) to accommodate counsel's Labor Day travel plans. Dkt. No. 187. The Court **GRANTS** Defendants' motion as modified: the hearing is **CONTINUED** to 1:30 p.m. on September 8, 2026. The Court **DENIES** the request to appear remotely at the evidentiary hearing.

To clarify, the Court does not expect Debany to testify about any of the specific, unidentified, unaccompanied minors described in Plaintiffs' motion. *See* Dkt. No. 178. Debany need not prepare to respond to those contentions. Rather, the Court's attention will be focused on the assertions Debany made in his August 13, 2026 declaration and his newly filed August 28, 2026 declaration – assertions which Debany declared were "based on [his] personal knowledge, information acquired by [him] in the course of performing [his] official duties, information contained in the records of ACF and ORR, and information conveyed to [him] by current agency employees and contractors." Dkt. No. 177 ¶ 3; Dkt. No. 186-1 ¶ 3. The Court's focus will remain on Defendants' efforts to comply with the preliminary injunction, including the contracts and

United States District Court
Northern District of California

United States District Court
Northern District of California

agreements reached to comply with the TVPRA and the Foundational Rule. If Defendants wish to proffer in-person witnesses in addition to Debany to evidence their compliance with the preliminary injunction, they may do so.

**IT IS SO ORDERED.**

Dated: September 1, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**