# EXHIBIT A

| | |
|---|---|
| **From:** | Moriarity Miltko, Caelin |
| **Sent:** | Friday, August 28, 2026 1:21 PM |
| **To:** | Cardin, Zachary A. (CIV); Celone, Michael A. (CIV); Sturges, Laura; Masetta Alvarez, Katelyn (CIV); Silvis, William (CIV) |
| **Cc:** | Laura Flores-Perilla; Karen Tumlin; Esther Sung; Alvaro Huerta; Lya Ferreyra; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott; Halliday, Arthur; Marquart, Katie; Herold, Patty |
| **Subject:** | RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.) |
| **Attachments:** | (DRAFT) CLSEPA - CAND_StandardProtOrd.Feb2022.docx; 2025.03.26 [01] Complaint for Declaratory and Injunctive Relief (1).pdf |

Zach,

I am writing to follow up on my email yesterday and to reiterate our request to confer early next week. **Please provide times today that will work for you to meet-and-confer early next week.**

As we noted below, plaintiffs are willing to share some of the requested information subject to receiving client consent and a sufficient protective order. You have not responded to this offer. We have received your submissions to the Court today in which you suggested to the Court that plaintiffs are not providing that information. This is a statement that we will need to correct with the Court.

As previewed in our email, we've prepared a proposed protective order, which is attached. As you know, the Court ordered the parties to meet-and-confer regarding the hearing, and we expect we may need to discuss over multiple sessions, unless Defendants have changed their position that contracting information is confidential. Further, your motion for continuance may require additional discussion during these sessions as well.

We would also like to confer about certain misstatements in your brief, including as to the nature of the operative complaint (attached). If you do not correct or withdraw those statements, we will need to raise this with the Court.

Related to your motion to continue, we had not heard that travel from DC on Labor Day was the concern for Defendants. We are willing to agree to a hearing later in the day on September 8 if that allows you to fly that morning. Please let us know your position. We also note that your motion for a continuance did not accurately state plaintiffs' position as to moving the hearing. As you know, you requested that we move the hearing back to a later date that week, and we informed you that the judge was unavailable those dates. And, as you know, the Court has already granted plaintiffs' motion to shorten time for this hearing given the urgency of these requests. Again, these are representations that we will need to correct with the Court.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Moriarity Miltko, Caelin
**Sent:** Thursday, August 27, 2026 4:23 PM
**To:** 'Cardin, Zachary A. (CIV)' <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Zach,

In light of Judge Martínez-Olguín's order specifically ordering the government's witness to appear in person, we think an in-person hearing is important, particularly because the purpose of the hearing is to provide evidence and plaintiffs understand the government may request part of the hearing be closed.

We would also like to follow up regarding last week's request for certain A#s. We have spoken to plaintiffs and declarants about your request. While plaintiffs maintain that much of this information is already in EOIR's possession, plaintiffs and declarants are willing to provide some of the requested information or similar information that would help identify the relevant hearings so long as the parties agree to a sufficient protective order and as long as plaintiffs and declarants obtain appropriate client consent. We are working on a draft protective order, which we expect to share with you tomorrow.

Please provide dates and times to meet-and-confer early next week regarding the hearing. We are happy to meet-and-confer regarding the request to make the hearing remote, but we would object to making the hearing remote at this time.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Thursday, August 27, 2026 3:42 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Caelin,

What is your position on having a remote hearing on September 8th?

Thanks,
Zach

Zachary Cardin
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Wednesday, August 26, 2026 4:59 PM
**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Zach,

Unfortunately, Judge Martínez-Olguín is out for the rest of that week and we will not be able to reschedule for that week. Looking at her calendar, any rescheduled hearing would need to be set at least a week later. Given the urgency here, plaintiffs are not able to agree to postpone the hearing.

We are happy to discuss further if needed, alongside our discussion about whether and how to seal the hearing. Please let us know if there are times early next week that work for you to discuss.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Wednesday, August 26, 2026 1:11 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Caelin,

DOJ has terrible scheduling problems on September 8.

Are you amenable to rescheduling the hearing to any date between September 9 and September 11 or the following week?

Thank you for your consideration.

Sincerely,
Zach

Get Outlook for iOS

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Friday, 21 August 2026 19:41:48

**To:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur <AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Zach,

We are conferring with our clients regarding your request. However, much of the information you have requested is information that is in EOIR's possession as it concerns scheduled immigration hearings. Our understanding is that much of this information is likely not in Plaintiffs' possession as Plaintiffs are describing events they observed at various immigration courts around the country concerning children who they do not represent. We understand that since the majority of declarations identify the date, time, and location of the hearings in question, EOIR should be able to identify the children who appeared on those dates.

Plaintiffs have raised these examples to respond to Defendants' representation that USCRI was providing "100% coverage for all hearings, with all required services being offered during this interim period." Debany Decl. ¶ 5. We would expect that having made that representation, Defendants would be in a position to report on what occurred at each of these hearings, but this is precisely why Plaintiffs have requested an evidentiary hearing concerning Defendants' representations to date.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
**Sent:** Friday, August 21, 2026 2:45 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Halliday, Arthur

<AHalliday@gibsondunn.com>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Caelin,

To permit Defendants to investigate and respond to the child-specific factual allegations raised in the 139 pages of declarations accompanying your 8/20 motion to show cause, please provide the A-numbers for the children referenced in the following portions of those declarations:

- **Martinez Decl. ¶ 5:** MNM client whose identifying information was allegedly transmitted to and/or by USCRI.
- **Martinez Decl. ¶ 6:** Unrepresented child who requested voluntary departure at the August 6 Los Angeles hearing.
- **Martinez Decl. ¶ 7:** MNM client for whom a USCRI attorney allegedly appeared as Friend of Court on August 7.
- **Devereaux Decl. ¶¶ 8–9:** Child transferred to Michigan who appeared at an August 7 hearing and was given an August 28 deadline to file an I-589.
- **Devereaux Decl. ¶ 10:** MIRC client for whom USCRI allegedly attempted to appear as Friend of Court notwithstanding MIRC's representation.
- **Nally Decl. ¶ 11:** Child previously detained in Virginia and subsequently transferred to Michigan who appeared pro se and was given a deadline to file an asylum application. If this is the same child described in Devereaux ¶¶ 8–9, please confirm.
- **Nally Decl. ¶ 13:** Unrepresented child at an ORR-subcontracted facility in Maryland with an August 19 master-calendar hearing.
- **Flores Decl. ¶ 11:** Seven-year-old child who appeared pro se on August 11 and was granted voluntary departure.
- **Kennedy Decl. ¶ 6:** Two children whom ICE allegedly attempted to remove on August 12 and August 14, including the child who was ultimately removed.
- **Kennedy Decl. ¶ 7:** The two children for whom GHIRP states it entered representation in connection with separation from detained parents, including the nine-year-old child discussed in that paragraph.
- **Lopez Decl. ¶ 6:** Two released, unrepresented children who were ordered removed on August 7.
- **Lopez Decl. ¶ 7:** Six-year-old child whose case manager advised the court on August 14 that the child wished to take voluntary departure.
- **Avila-Cimpeanu Decl. ¶ 10:** Two children allegedly ordered removed despite pending or approved I-360 petitions for SIJS.
- **Avila-Cimpeanu Decl. ¶ 25:** Unrepresented children on the August 6 Tucson detained-children's docket at which the declaration states no USCRI or Our Rescue attorney was present.
- **Avila-Cimpeanu Decl. ¶ 30:** The six unrepresented children discussed in connection with the August 19 Phoenix detained-children's docket.
- **Avila-Cimpeanu Decl. ¶ 31:** Child transferred to an Arizona facility with a pending asylum interview, and the unrepresented one-year-old child ordered to file an asylum application at the August 18 hearing.
- **Hough Decl. ¶ 11:** Child who advised through a Young Center advocate at the August 6 Philadelphia docket that the child wished to take voluntary departure rather than receive a continuance.

Because Plaintiffs rely on these incidents in seeking an expedited order to show cause and evidentiary hearing, Defendants need the A-numbers to identify the relevant children and proceedings and evaluate the allegations. We will treat the information as confidential and use it for purposes of investigating and responding to Plaintiffs' filings.

Please provide the requested A-numbers as soon as practicable.

Thanks,
Zach

Zachary Cardin
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044