GIBSON, DUNN & CRUTCHER LLP
Katherine Marquart (CA Bar No. 248043)
Ariana Sañudo (CA Bar No. 324361)
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
asanudo@gibsondunn.com
ahalliday@gibsondunn.com

Laura M. Sturges (*pro hac vice*)
Patricia M. Herold (*pro hac vice*)
Caelin Moriarity Miltko (*pro hac vice*)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Riley H. Mailman (CA Bar No. 329015)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org
rmailman@immdef.org

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
Emily Satifka (*pro hac vice*)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
emily.satifka@justiceactioncenter.org

AMICA CENTER FOR IMMIGRANT RIGHTS
Adina Appelbaum (*pro hac vice*)
Samantha Hsieh (*pro hac vice*)
Peter Alfredson (*pro hac vice*)
Evan Benz (*pro hac vice*)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,
Plaintiffs,
v.
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,
Defendants.

CASE NO. 4:25-CV-02847-AMO

**DECLARATION OF LAURA M. STURGES IN SUPPORT OF JOINT STIPULATED PROTECTIVE ORDER**

**DECLARATION OF LAURA M. STURGES**

I, Laura M. Sturges, declare as follows:

1. I am an adult over the age of 18 and a resident of the state of Colorado. The information set forth herein is true and correct of my own personal knowledge and if asked to testify thereto, I would do so competently. Pursuant to the Court's standing order, I submit this declaration to explain each modification the parties have made to the Court's model order, along with a redline version comparing the proposed order with the model order.

2. Attached as **Exhibit A** is a redline comparison between the Northern District of California's "Stipulated Protective Order for Standard Litigation" and the parties' stipulated protective order.

3. The changes the parties have made to the model order are explained as follows:

   a. Because the parties are not currently engaged in civil discovery, the parties replaced language referencing "discovery" or "production" with more general language to fit the disclosure of information between the parties in this litigation.

   b. The parties removed the distinction between categories of counsel, which are not applicable in this case.

   c. The parties inserted specific protections to acknowledge the particular sensitivity of personal information of any unaccompanied child that may be disclosed in this litigation.

   d. The parties inserted language to make it explicit—though it was already forbidden by the existing, less specific language—that no "Protected Information" under this order may be used for any immigration enforcement purpose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 8th of September, 2026, in San Francisco, California.

*/s/ Laura M. Sturges*
Laura M. Sturges