**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**EVIDENTIARY HEARING MINUTES**

| | | |
|---|---|---|
| **Date:** September 8, 2026 | **Time in Court:** 1 hour and 41 minutes | **Judge:** ARACELI MARTÍNEZ-OLGUÍN |
| **Case No.**: 25-cv-02847-AMO | **Case Name:** Community Legal Services in East Palo Alto v. United States Department of Health and Human Servi | |

**Attorney for Plaintiff:** Caelin Moriarity Miltko, Emily Satifka, Lya Ferreyra, Laura Sturges, Arthur Halliday, Alvaro Huerta, Sam Hsieh, Karen Tumlin, and Esther Sung
**Attorney for Defendant:** William Silvis and Daniel Schutrum-Boward

**Deputy Clerk:** Alexis Solorzano Rodriguez **Court Reporter:** Ruth Levine Ekhaus

**PROCEEDINGS**

Evidentiary Hearing held on 9/8/2026.

Plaintiffs to file briefing, no more than 15 pages, regarding evidence presented today addressing whether the government is or is not compliant with the preliminary injunction due by noon on 9/18/2026. Defendants' response, due by noon on 9/25/2026.

Richard B. Debany called to the stand, sworn, and examined.

See attached trial log.