UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

25-cv-02847-AMO Community Legal Services in East Palo Alto v. United States Department of Health and Human Services et al

**EVIDENTIARY HEARING SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | **PLAINTIFF ATTORNEY:** | **DEFENSE ATTORNEY:** |
|---|---|---|
| Araceli Martínez-Olguín | Caelin Moriarity Miltko, Emily Satifka, Lya Ferreyra, Laura Sturges, Arthur Halliday, Alvaro Huerta, Sam Hsieh, Karen Tumlin, and Esther Sung | William Silvis and Daniel Schutrum-Boward |
| **TRIAL DATE:** | **REPORTERS:** | **CLERK:** |
| September 8, 2026 | Ruth Levine Ekhaus | Alexis Solorzano Rodriguez |

| **PLF NO.** | **DEF NO** | **TIME OFFERED** | **ID** | **DESCRIPTION** |
|---|---|---|---|---|
| | | 1:36 PM | | Court called into session. Plaintiffs to file briefing, no more than 15 pages, regarding evidence presented today addressing whether the government is or is not compliant with the preliminary injunction due by noon on 9/18/2026. Defendants' response, due by noon on 9/25/2026. |
| | | 1:41 PM | | Richard B. Debany called to the stand and sworn. Plaintiff's counsel, Lya Ferreyra began examination of Richard B. Debany. |
| | | 2:21 PM | | The Court began examination of Richard B. Debany. |
| | | 2:27 PM | | Court in recess. |
| | | 2:39 PM | | Court back in session. Richard B. Debany called back to the stand. Plaintiff's counsel, Lya Ferreyra continued examination of Richard B. Debany. |
| | | 2:46 PM | | Defense counsel, William Silvis, began examination of Richard V. Debany. |
| | | 3:16 PM | | Plaintiff's counsel, Lya Ferreyra, continued examination of Richard B. Debany. |
| | | 3:21 PM | | Richard B. Debany excused from the witness stand. |
| | | 3:22 PM | | Court adjourned. |