GIBSON, DUNN & CRUTCHER LLP
Katherine Marquart (CA Bar No. 248043)
Ariana Sañudo (CA Bar No. 324361)
Arthur Halliday (CA Bar No. 347620)
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
asanudo@gibsondunn.com
ahalliday@gibsondunn.com

Laura M. Sturges (*pro hac vice*)
Patricia M. Herold (*pro hac vice*)
Caelin Moriarity Miltko (*pro hac vice*)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

IMMIGRANT DEFENDERS LAW CENTER
Alvaro M. Huerta (CA Bar No. 274787)
Carson A. Scott (CA Bar No. 337102)
Lya Ferreyra (CA Bar No. 340148)
Riley H. Mailman (CA Bar No. 329015)
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA
(213) 634-0999
ahuerta@immdef.org
cscott@immdef.org
lferreyra@immdef.org
rmailman@immdef.org

JUSTICE ACTION CENTER
Esther H. Sung (CA Bar No. 255962)
Karen C. Tumlin (CA Bar No. 234691)
Laura Flores-Perilla (CA Bar No. 355645)
Hillary Li (*pro hac vice*)
Brandon Galli-Graves (*pro hac vice*)
Emily Satifka (*pro hac vice*)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
esther.sung@justiceactioncenter.org
karen.tumlin@justiceactioncenter.org
laura.flores-perilla@justiceactioncenter.org
hillary.li@justiceactioncenter.org
brandon.galli-graves@justiceactioncenter.org
emily.satifka@justiceactioncenter.org

AMICA CENTER FOR IMMIGRANT RIGHTS
Adina Appelbaum (*pro hac vice*)
Samantha Hsieh (*pro hac vice*)
Peter Alfredson (*pro hac vice*)
Evan Benz (*pro hac vice*)
Amica Center for Immigrant Rights
1025 Connecticut Ave., NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
peter@amicacenter.org
evan@amicacenter.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, et al.,
Plaintiffs,
v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,
Defendants.

CASE NO. 4:25-CV-02847-AMO

**DECLARATION OF LAURA M. STURGES IN SUPPORT OF PLAINTIFFS' POST-HEARING BRIEF**

# DECLARATION OF LAURA M. STURGES

I, Laura M. Sturges, declare as follows:

1. I am an adult over the age of 18 and a resident of the state of Colorado. The information set forth herein is true and correct of my own personal knowledge and if asked to testify thereto, I would do so competently.

2. Attached as **Exhibit A** is a true and correct copy of the transcript of the September 8, 2026, evidentiary hearing in this case.

3. At the September 8, 2026, evidentiary hearing, Defendants' witness testified that Defendants expected USCRI data in "mid-September." *See* Ex. A at 16:18-21.

4. Plaintiffs' counsel emailed Defendants' counsel on September 10, September 15, September 16, and September 17 to request that data. At 6:44 a.m. Pacific Time on September 18—five hours before Plaintiffs' post-hearing brief was due—Defendants' counsel informed Plaintiffs' counsel that Defendants had received the data and "should be able to provide it in the next hour." Plaintiffs' counsel emailed again at 8:05 a.m. PT after not receiving it within the hour; Defendants finally sent the data—marked as from September 4 and September 11—at 8:11 a.m. PT September 18, the date of this filing.

5. An excerpt from the email chain between counsel is attached as **Exhibit B**. In it, Defendants' counsel, transmitting incomplete data and reserving their right to send more data—and to change the data already sent.

6. A true and correct copy of the file titled "Legal Orientations 9.4_Redacted.pdf" is attached hereto as **Exhibit C**.

7. A true and correct copy of the file titled "Legal Orientations 9.11_Redacted.pdf" is attached hereto as **Exhibit D**.

8. A true and correct copy of the file titled "Legal Representation Information Table 9.4_Redacted.pdf" is attached hereto as **Exhibit E**.

9. A true and correct copy of the file titled "Legal Representation Information Table 9.11_Redacted.pdf" is attached hereto as **Exhibit F**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th of September, 2026, in Denver, Colorado.

*/s/ Laura M. Sturges*
Laura M. Sturges