# EXHIBIT B

| | |
|---|---|
| **From:** | Silvis, William (CIV) <William.Silvis@usdoj.gov> |
| **Sent:** | Friday, September 18, 2026 8:05 AM |
| **To:** | Moriarity Miltko, Caelin; Celone, Michael A. (CIV); Halliday, Arthur; Cardin, Zachary A. (CIV); Sturges, Laura; Masetta Alvarez, Katelyn (CIV) |
| **Cc:** | Laura Flores-Perilla; Karen Tumlin; Esther Sung; Alvaro Huerta; Lya Ferreyra; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott; Marquart, Katie; Herold, Patty; Riley Mailman; Schutrum-Boward, Daniel R. (CIV) |
| **Subject:** | RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.) |
| **Attachments:** | Legal Orientations 9.4_Redacted.pdf; Legal Orientations 9.11_Redacted.pdf; Legal Representation Information Table_9.4.2026_Redacted.pdf; 9-11-2026 Legal Representation Information Table_Redacted.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Caelin,

Attached please find USCRI's most recent reports. A couple key points:

- These reports are "raw" data from USCRI and have not yet been validated by ORR—Defendants are providing them now, unvalidated, only because the of condensed briefing schedule. ORR validates recipient-reported performance data before relying on it to confirm that the information is complete, internally consistent, and supported by program records. This is a routine program-oversight practice that allows ORR to identify and resolve any errors, anomalies, or inconsistencies in recipient-reported data. Defendants reserve the right to supplement, correct, amend, and contextualize any data after ORR's review in our forthcoming brief.
- The spreadsheets have been redacted for UAC PII. Our typical practice before producing third party PII is to have a protective order in place that specifically covers the Privacy Act. If necessary, we are willing to a stipulated amendment of the operative protective order (Dkt. 198), but we are not sure that that is UAC PII would be necessary for the current briefing due with the Court.
- The legal screenings report will be sent shortly.

Best – Will

---

**From:** Silvis, William (CIV)
**Sent:** Friday, September 18, 2026 9:44 AM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Halliday, Arthur <AHalliday@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Marquart, Katie

<KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>; Riley Mailman <rmailman@immdef.org>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.SCHUTRUM-BOWARD@usdoj.gov>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Caelin,

HHS received the data and we should be able to provide it in the next hour.

Best -- Will

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Thursday, September 17, 2026 9:23 PM
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Halliday, Arthur <AHalliday@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>; Riley Mailman <rmailman@immdef.org>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Will,

Following up here. Has HHS received this data? Please produce it to plaintiffs by 10 AM ET tomorrow.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Sent:** Wednesday, September 16, 2026 6:04 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Halliday, Arthur <AHalliday@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Marquart, Katie

<KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>; Riley Mailman <rmailman@immdef.org>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** Re: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Caelin,

My understanding is that HHS is expecting to get reporting today but has not yet received it. I am continuing to follow up.

Will

Get Outlook for iOS

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Wednesday, 16 September 2026 16:15:34
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Halliday, Arthur <AHalliday@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org <Peter@amicacenter.org>; adina@amicacenter.org <adina@amicacenter.org>; sam@amicacenter.org <Sam@amicacenter.org>; evan@amicacenter.org <evan@amicacenter.org>; Carson Scott <CScott@ImmDef.org>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>; Riley Mailman <rmailman@immdef.org>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Will,

I am following up on this request. Please let us know if you have any updates.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Sent:** Tuesday, September 15, 2026 12:41 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Halliday, Arthur <AHalliday@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>

**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>; Riley Mailman <rmailman@immdef.org>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Caelin,

I am told that HHS does not have the data yet, so unfortunately, I do not know when we will be able to provide it to Plaintiffs. I will let you know once I have more information.

Best – Will

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Tuesday, September 15, 2026 1:49 PM
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Halliday, Arthur <AHalliday@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>; Riley Mailman <rmailman@immdef.org>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Will,

I wanted to touch base regarding this request. Do you have any updates regarding this data and whether you will be able to provide to plaintiffs this week?

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Sent:** Friday, September 11, 2026 2:28 PM
**To:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>; Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Halliday, Arthur <AHalliday@gibsondunn.com>; Cardin, Zachary A. (CIV)

<Zachary.A.Cardin@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>; Riley Mailman <rmailman@immdef.org>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Hi Caelin,

It was nice seeing you as well. We are checking with HHS to confirm when the data will be ready and will respond once we know more.

Best – Will

---

**From:** Moriarity Miltko, Caelin <CMoriarityMiltko@gibsondunn.com>
**Sent:** Thursday, September 10, 2026 4:15 PM
**To:** Celone, Michael A. (CIV) <Michael.A.Celone@usdoj.gov>; Halliday, Arthur <AHalliday@gibsondunn.com>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Sturges, Laura <LSturges@gibsondunn.com>; Masetta Alvarez, Katelyn (CIV) <Katelyn.Masetta.Alvarez@usdoj.gov>
**Cc:** Laura Flores-Perilla <Laura.Flores-Perilla@justiceactioncenter.org>; Karen Tumlin <karen.tumlin@justiceactioncenter.org>; Esther Sung <esther.sung@justiceactioncenter.org>; Alvaro Huerta <AHuerta@ImmDef.org>; Lya Ferreyra <LFerreyra@ImmDef.org>; peter@amicacenter.org; adina@amicacenter.org; sam@amicacenter.org; evan@amicacenter.org; Carson Scott <CScott@ImmDef.org>; Marquart, Katie <KMarquart@gibsondunn.com>; Herold, Patty <PHerold@gibsondunn.com>; Riley Mailman <rmailman@immdef.org>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** [EXTERNAL] RE: Community Legal Services in East Palo Alto v. HHS, No. 3:25-cv-02847-AMO (N.D. Cal.)

Will and Daniel,

It was nice to see you Tuesday. As we mentioned at the end of the hearing, we would like to come to an agreement regarding the reporting data ORR expects to receive from USCRI in mid-September. Mr. Debany did not have a precise date for when ORR expected to receive that data.

In light of the Court's requested briefing schedule, can you please confirm with your client and USCRI that you can provide us the data no later than September 16, so that we can ensure that our brief is based on full information? If the data will not be available by then, please let us know right away so we can discuss other alternatives.

Thank you,

**Caelin Moriarity Miltko** (she/her)
Associate Attorney

T: +1 303.298.5936 | C: +1 303.503.5701
CMoriarityMiltko@gibsondunn.com

**GIBSON DUNN**