# EXHIBIT C

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Attorney Last Name | Attorney First Name | Type | Date | Legal Orientation Given | Time Spent | UACID | Alien Number | First/Full Name | Last Name | Placement Date | Program Name | 6 month in | |
| 2 | Murillo Figueroa | Jaquelinne | In person - Gro | 9/3/2026 | Y | 1 | [redacted] | | | | 7/31/2026 | CPLC Hummingbird House | | |
| 3 | Murillo Figueroa | Jaquelinne | In person - Gro | 9/3/2026 | Y | 1 | [redacted] | | | | 8/1/2026 | CPLC Hummingbird House | | |
| 4 | Murillo Figueroa | Jaquelinne | In person - Gro | 9/3/2026 | Y | 1 | [redacted] | | | | 8/14/2026 | CPLC Hummingbird House | | |
| 5 | Murillo Figueroa | Jaquelinne | In person - Gro | 9/2/2026 | Y | 1 | [redacted] | | | | 3/13/2026 | Upbring LTFC | 6 mo | |
| 6 | Murillo Figueroa | Jaquelinne | In person - Gro | 9/2/2026 | Y | 1 | [redacted] | | | | 3/20/2026 | Upbring LTFC | 6 mo | |
| 7 | Murillo Figueroa | Jaquelinne | In person - Gro | 9/2/2026 | Y | 1 | [redacted] | | | | 3/23/2026 | Upbring LTFC | 6 mo | |
| 8 | Murillo Figueroa | Jaquelinne | In person - Gro | 9/2/2026 | Y | 1 | [redacted] | | | | 3/29/2026 | Upbring LTFC | 6 mo | |
| 9 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/3/2026 | Y | 1 | [redacted] | | | | 8/12/2026 | Urban Strategies San Benito | | |
| 10 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/3/2026 | Y | 1 | [redacted] | | | | 8/12/2026 | Urban Strategies San Benito | | |
| 11 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/3/2026 | Y | 1 | [redacted] | | | | 8/12/2026 | Urban Strategies San Benito | | |
| 12 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/3/2026 | Y | 1 | [redacted] | | | | 8/16/2026 | Urban Strategies San Benito | | |
| 13 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/3/2026 | Y | 1 | [redacted] | | | | 8/15/2026 | Urban Strategies San Benito | | |
| 14 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/3/2026 | Y | 1 | [redacted] | | | | 8/20/2026 | Urban Strategies San Benito | | |
| 15 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/3/2026 | Y | 1 | [redacted] | | | | 8/20/2026 | Urban Strategies San Benito | | |
| 16 | Hoffman D'Amico | Kyrsten | Virtual - individ | 9/4/2026 | Y | 2 | [redacted] | | | | 8/16/2026 | Compass Connections Chavaneaux | | |