# EXHIBIT D

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Attorney Last Name | Attorney First Name | Type | Date | Legal Orientation Given | Time Spent | UACID | Alien Number | First/Full Name | Last Name | Placement Date | Program Name | 6 month in | |
| 2 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/10/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 8/19/2026 | Compass Connections Chavaneaux | | |
| 3 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/10/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 8/19/2026 | Compass Connections Chavaneaux | | |
| 4 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/10/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 8/22/2026 | Compass Connections Chavaneaux | | |
| 5 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/10/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 8/22/2026 | Compass Connections Chavaneaux | | |
| 6 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/10/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 8/26/2026 | Compass Connections Chavaneaux | | |
| 7 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/10/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 7/30/2026 | Compass Connections Chavaneaux | | |
| 8 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/10/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 7/17/2026 | Compass Connections Chavaneaux | | |
| 9 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/11/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 7/29/2026 | Sunny Glen Children's Home New Tomorrow Resiliency Center | | |
| 10 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/11/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 7/31/2026 | Sunny Glen Children's Home New Tomorrow Resiliency Center | | |
| 11 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/11/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 8/13/2026 | Sunny Glen Children's Home New Tomorrow Resiliency Center | | |
| 12 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/11/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 8/25/2026 | Sunny Glen Children's Home New Tomorrow Resiliency Center | | |
| 13 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/10/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 8/21/2026 | Sunny Glen Children's Home New Tomorrow Resiliency Center | | |
| 14 | Hoffman D'Amico | Kyrsten | Virtual - group | 9/10/2026 | Y | 1 | [redacted] | [redacted] | [redacted] | [redacted] | 8/21/2026 | Sunny Glen Children's Home New Tomorrow Resiliency Center | | |