# EXHIBIT E

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A-Number | First Name | Last Name | Gender | DOB | COO | Next | Next Hearing | Hearing Location | Attorney | Attorney | Legal | L-Form | E-Form | Form | Form | G-28 | Type of | If | If | Immigrat | Next Scheduled Appearance | Labor | Addition | | | |
| 2 | [redacted] | | | | | Honduras | 8/31/2026 | 1330 | HOUSTON | Celik | Nurullah | | | | | | | FOC | | | | 9/17/2026 | 6.5 | | | | |
| 3 | [redacted] | | | | | Honduras | 8/31/2026 | 1330 | HOUSTON | Celik | Nurullah | | | | | | | FOC | | | | 9/17/2026 | 0.25 | | | | |
| 4 | [redacted] | | | | | Guatemala | 8/31/2026 | 1400 | HOUSTON | Celik | Nurullah | | | | | | | FOC | | | | 9/3/2026 | 0.25 | | | | |
| 5 | [redacted] | | | | | Guatemala | 8/31/2026 | 1400 | HOUSTON | Celik | Nurullah | | | | | | | FOC | | | | 9/17/2026 | 0.25 | | | | |
| 6 | [redacted] | | | | | Guatemala | 8/31/2026 | 1400 | HOUSTON | Celik | Nurullah | | | | | | | FOC | | | | 9/17/2026 | 0.25 | | | | |
| 7 | [redacted] | | | | | Guatemala | 8/31/2026 | 1430 | HOUSTON | Celik | Nurullah | | | | | | | FOC | | | | 9/17/2026 | 0.25 | | | | |
| 8 | [redacted] | | | | | Honduras | | | DETROIT | Tarnogork | Anna | Atty Polina | | | | | | | | | | No future hearings scheduled | 0.5 | | | | |
| 9 | [redacted] | | | | | Mexico | 8/31/2026 | 900 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 9/9/2026 | 0.25 | | | | |
| 10 | [redacted] | | | | | Honduras | 8/31/2026 | 900 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 10/9/2026 | 0.25 | | | | |
| 11 | [redacted] | | | | | Mexico | 8/31/2026 | 900 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 10/9/2026 | 0.25 | | | | |
| 12 | [redacted] | | | | | Honduras | 8/31/2026 | 1300 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 13 | [redacted] | | | | | Mexico | 8/31/2026 | 1300 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 14 | [redacted] | | | | | Guatemala | 8/31/2026 | 1300 | HARLINGEN | Morales Rc | Carol | Attorney Fitz | | | | | | | | | | 9/9/2026 | 0.25 | | | | |
| 15 | [redacted] | | | | | Guatemala | 8/31/2026 | 1300 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 16 | [redacted] | | | | | Honduras | 8/31/2026 | 1430 | HYATTSVILLE | Noor | Zeyna | Ayuda | | | | | | | | | | 10/26/2026 | 1 | | | | |
| 17 | [redacted] | | | | | Honduras | | | SANTA ANA | Verkhlin | Dan | | | | | | | | | | | No future hearings scheduled | 0.25 | | | | |
| 18 | [redacted] | | | | | Guatemala | 8/31/2026 | 1000 | SANTA ANA | Verkhlin | Dan | | | | | | | | | | | 9/21/2026 | 0.25 | | | | |
| 19 | [redacted] | | | | | Mexico | 8/31/2026 | 1000 | SANTA ANA | Verkhlin | Dan | | | | | | | | | | | 9/21/2026 | 0.25 | | | | |
| 20 | [redacted] | | | | | Guatemala | 8/31/2026 | 1000 | SANTA ANA | Verkhlin | Dan | | | | | | | | | | | 9/21/2026 | 0.25 | Lizzette Olvera | | | |
| 21 | [redacted] | | | | | Mexico | | | VAN NUYS | Verkhlin | Dan | | | | | | | | | | | No future hearings scheduled | 0.25 | | | | |
| 22 | [redacted] | | | | | Mexico | 8/31/2026 | 1000 | SANTA ANA | Verkhlin | Dan | | | | | | | | | | | 9/21/2026 | 0.25 | | | | |
| 23 | [redacted] | | | | | Mexico | 8/31/2026 | 1000 | SANTA ANA | Verkhlin | Dan | | | | | | | | | | | 9/21/2026 | 0.25 | | | | |
| 24 | [redacted] | | | | | Mexico | 8/31/2026 | 1000 | SANTA ANA | Verkhlin | Dan | | | | | | | | | | | 9/21/2026 | 0.25 | | | | |
| 25 | [redacted] | | | | | Guatemala | 8/31/2026 | 1000 | SANTA ANA | Verkhlin | Dan | | | | | | | | | | | 9/21/2026 | 0.25 | Lizzette Olvera | | | |
| 26 | [redacted] | | | | | Guatemala | | | STERLING | Celik | Nurullah | Name Unknown | | | | | | Has LSP | | | | No future hearings scheduled | 0.5 | | | | |
| 27 | [redacted] | | | | | Guatemala | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 28 | [redacted] | | | | | Honduras | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 29 | [redacted] | | | | | El Salvador | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | Ugo Ugeh | | | | | | | | | | 9/22/2026 | 0.25 | | | | |
| 30 | [redacted] | | | | | Guatemala | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 31 | [redacted] | | | | | Honduras | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 32 | [redacted] | | | | | Guatemala | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 33 | [redacted] | | | | | Nicaragua | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | Name Unknown | | | | | | Has LSP | | | | 9/22/2026 | 0.25 | | | | |
| 34 | [redacted] | | | | | Guatemala | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 35 | [redacted] | | | | | Guatemala | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 36 | [redacted] | | | | | Guatemala | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | Name Unknown | | | | | | Has LSP | | | | 9/22/2026 | 0.25 | | | | |
| 37 | [redacted] | | | | | Mexico | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 38 | [redacted] | | | | | El Salvador | 9/1/2026 | 1300 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | Name Unknown | | | | | | Has LSP | | | | 9/22/2026 | 0.25 | | | | |
| 39 | [redacted] | | | | | Mexico | 9/1/2026 | | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | Name Unknown | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 40 | [redacted] | | | | | Honduras | 9/1/2026 | 1330 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 41 | [redacted] | | | | | Guatemala | 9/1/2026 | 1330 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 42 | [redacted] | | | | | Honduras | 9/1/2026 | 1330 | SAN ANTONIO | Tripp | Derek | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 43 | [redacted] | | | | | Honduras | 9/1/2026 | 1330 | SAN ANTONIO | Tripp | Derek | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 44 | [redacted] | | | | | Guatemala | 9/1/2026 | 1330 | SAN ANTONIO | Tripp | Derek | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 45 | [redacted] | | | | | El Salvador | 9/1/2026 | 1330 | SAN ANTONIO | Tripp | Derek | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 46 | [redacted] | | | | | Guatemala | 9/1/2026 | 1330 | SAN ANTONIO | Tripp | Derek | | | | | | | Case not called | | | | 9/23/2026 | 0.25 | | | | |
| 47 | [redacted] | | | | | Guatemala | 9/1/2026 | 1330 | SAN ANTONIO | Tripp | Derek | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 48 | [redacted] | | | | | Guatemala | 9/1/2026 | 1330 | SAN ANTONIO | Tripp | Derek | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 49 | [redacted] | | | | | Guatemala | 9/1/2026 | 1330 | SAN ANTONIO | Tripp | Derek | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 50 | [redacted] | | | | | Colombia | 9/1/2026 | 1330 | SAN ANTONIO | Tripp | Derek | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 51 | [redacted] | | | | | Guatemala | 9/1/2026 | 1330 | SAN ANTONIO | Tripp | Derek | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 52 | [redacted] | | | | | Mexico | 9/1/2026 | | VARICK SPC | Hearey | Clement | USCRI | | | | | | EOIR | | | | 9/22/2026 | 0.5 | | | | |
| 53 | [redacted] | | | | | Guatemala | 9/1/2026 | | VARICK SPC | Hearey | Clement | USCRI | | | | | | EOIR | | | | 9/22/2026 | 0.25 | | | | |
| 54 | [redacted] | | | | | Mexico | 9/1/2026 | | MEMPHIS | Verkhlin | Dan | | | | | | | | | | | No future hearings scheduled | 0.25 | | | | |
| 55 | [redacted] | | | | | Mexico | 9/1/2026 | | VARICK SPC | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | N/A - VD granted on 9/1/26 | 0.25 | | | | |
| 56 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 57 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 58 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 59 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 60 | [redacted] | | | | | Ecuador | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | Name Unknown | | | | | | Has LSP | | | | 9/28/2026 | 0.25 | | | | |
| 61 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 62 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 63 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | Empire Justice | | | | | | Has LSP | | | | 9/16/2026 | 0.25 | | | | |
| 64 | [redacted] | | | | | Honduras | | | MEMPHIS | Verkhlin | Dan | Name Unknown | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 65 | [redacted] | | | | | Ecuador | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | | | | | 9/8/2026 | 0.25 | | | | |
| 66 | [redacted] | | | | | Honduras | 9/1/2026 | | VARICK SPC | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | 9/22/2026 | 0.5 | | | | |
| 67 | [redacted] | | | | | Mexico | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 68 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 69 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 70 | [redacted] | | | | | El Salvador | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | Attorney Felipe Fernandez | | | | | | Has LSP | | | | 9/28/2026 | 0.25 | | | | |
| 71 | [redacted] | | | | | El Salvador | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 72 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 73 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | Robert Cisneros | | | |
| 74 | [redacted] | | | | | Guatemala | 9/1/2026 | | VARICK SPC | Hearey | Clement | USCRI | | | | | | EOIR | | | | 9/22/2026 | 0.5 | | | | |
| 75 | [redacted] | | | | | Guatemala | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | Empire Justice Center | | | | | | Has LSP | | | | 9/16/2026 | 0.25 | | | | |
| 76 | [redacted] | | | | | Ecuador | 9/1/2026 | 900 | VARICK SPC | Verkhlin | Dan | | | | | | | | | | | 9/22/2026 | 0.25 | | | | |
| 77 | [redacted] | | | | | Honduras | 9/2/2026 | 900 | CHICAGO | Hoffman D | Kyrsten | | | | | | | FOC | | | | 9/30/2026 | 0.25 | | | | |
| 78 | [redacted] | | | | | Mexico | 9/2/2026 | 830 | HOUSTON SOUTH GESSNER | Celik | Nurullah | | | | | | | FOC | | | | 9/17/2026 | 0.25 | | | | |
| 79 | [redacted] | | | | | Honduras | 9/2/2026 | 830 | HOUSTON SOUTH GESSNER | Celik | Nurullah | | | | | | | FOC | | | | 9/17/2026 | 0.25 | | | | |
| 80 | [redacted] | | | | | Guatemala | 9/2/2026 | 1300 | PHOENIX | Celik | Nurullah | | | | | | | FOC | | | | 9/23/2026 | 1.25 | | | | |
| 81 | [redacted] | | | | | Guatemala | 9/2/2026 | 1300 | PHOENIX | Celik | Nurullah | Florence Project | | | | | | Has LSP | | | | 9/16/2026 | 0.25 | | | | |
| 82 | [redacted] | | | | | Guatemala | 9/2/2026 | 1300 | PHOENIX | Celik | Nurullah | | | | | | | Case not called | | | | 9/23/2026 | 0.25 | | | | |
| 83 | [redacted] | | | | | Mexico | 9/2/2026 | 1300 | PHOENIX | Celik | Nurullah | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 84 | [redacted] | | | | | Guatemala | 9/2/2026 | 1300 | PHOENIX | Celik | Nurullah | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 85 | [redacted] | | | | | Mexico | 9/2/2026 | 1300 | PHOENIX | Celik | Nurullah | Huy Nguyen | | | | | | Has LSP | | | | 9/30/2026 | 0.25 | | | | |
| 86 | [redacted] | | | | | Guatemala | | | PHOENIX | Celik | Nurullah | Att Cooper Richardson | | | | | | Has LSP | | | | N/A - VD granted on 9/2/26 | 0.25 | | | | |
| 87 | [redacted] | | | | | Honduras | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 88 | [redacted] | | | | | Guatemala | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 89 | [redacted] | | | | | Guatemala | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 90 | [redacted] | | | | | Mexico | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 91 | [redacted] | | | | | Mexico | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | Atty Marcus Maldonado | | | | | | Has LSP | | | | 9/16/2026 | 0.25 | | | | |
| 92 | [redacted] | | | | | Dominican Republic | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | Case not called | | | | 9/9/2026 | 0.25 | | | | |
| 93 | [redacted] | | | | | Honduras | | | SAN ANTONIO | Verkhlin | Dan | Advokato | | | | | | Has LSP | | | | N/A - VD granted on 9/2/26, a Motion | 0.25 | | | | |
| 94 | [redacted] | | | | | Guatemala | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 95 | [redacted] | | | | | Mexico | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 96 | [redacted] | | | | | Honduras | | | SAN ANTONIO | Verkhlin | Dan | | | | | | | Case not called | | | | N/A - Dismissal ordered on 8/29/26 | 0.25 | | | | |
| 97 | [redacted] | | | | | Mexico | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 98 | [redacted] | | | | | Mexico | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | Advokato | | | | | | Has LSP | | | | 9/9/2026 | 0.25 | | | | |
| 99 | [redacted] | | | | | El Salvador | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 100 | [redacted] | | | | | Guatemala | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | Atty Allison Lampert | | | | | | Has LSP | | | | 9/9/2026 | 0.25 | | | | |
| 101 | [redacted] | | | | | Venezuela | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | Atty Nadia Corona | | | | | | Has LSP | | | | 9/16/2026 | 0.25 | | | | |
| 102 | [redacted] | | | | | Venezuela | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | Atty Nadia Corona | | | | | | Has LSP | | | | 9/16/2026 | 0.25 | | | | |
| 103 | [redacted] | | | | | Mexico | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | | | | | | | Case not called | | | | 9/9/2026 | 0.25 | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | [redacted] | | | | | Mexico | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | | | | | | | Case not called | | | | 9/9/2026 | 0.25 | | | | |
| 105 | [redacted] | | | | | Colombia | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 106 | [redacted] | | | | | Guatemala | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/9/2026 | 0.25 | | | | |
| 107 | [redacted] | | | | | Guatemala | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | Advokato | | | | | | Has LSP | | | | 9/9/2026 | 0.25 | | | | |
| 108 | [redacted] | | | | | Nicaragua | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/9/2026 | 0.25 | | | | |
| 109 | [redacted] | | | | | Mexico | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | | | | | | | Case not called | | | | 9/9/2026 | 0.25 | | | | |
| 110 | [redacted] | | | | | Honduras | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 111 | [redacted] | | | | | Honduras | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 112 | [redacted] | | | | | Mexico | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 113 | [redacted] | | | | | Mexico | | | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | No future hearings scheduled | 0.25 | | | | |
| 114 | [redacted] | | | | | Mexico | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 115 | [redacted] | | | | | Honduras | 9/2/2026 | 1330 | SAN ANTONIO | Verkhlin | Dan | Atty Allison Lampert | | | | | | Has LSP | | | | 9/9/2026 | 0.25 | | | | |
| 116 | [redacted] | | | | | Guatemala | | | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | N/A - Removal ordered on 9/2/26 | 0.25 | | | | |
| 117 | [redacted] | | | | | Guatemala | 9/2/2026 | 830 | SANTA ANA | Noor | Zeyna | SBC Global | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 118 | [redacted] | | | | | Guatemala | 9/2/2026 | 830 | SANTA ANA | Noor | Zeyna | Emily Sugarman | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 119 | [redacted] | | | | | Guatemala | 9/2/2026 | 830 | SANTA ANA | Noor | Zeyna | Emily Sugarman | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 120 | [redacted] | | | | | Mexico | 9/2/2026 | 830 | SANTA ANA | Noor | Zeyna | ImmDef | | | | | | Has LSP | | | | 9/25/2026 | 0.25 | | | | |
| 121 | [redacted] | | | | | Mexico | | | CHICAGO | Noor | Zeyna | | | | | | | FOC | | | | No future hearings scheduled | 0.25 | | | | |
| 122 | [redacted] | | | | | Guatemala | | | MIAMI | Noor | Zeyna | | | | | | | FOC | | | | No future hearings scheduled | 0.25 | | | | |
| 123 | [redacted] | | | | | Mexico | 9/2/2026 | 830 | SANTA ANA | Noor | Zeyna | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 124 | [redacted] | | | | | Honduras | 9/2/2026 | 830 | SANTA ANA | Noor | Zeyna | Russel Jauregui | | | | | | Has LSP | | | | 9/25/2026 | 0.25 | | | | |
| 125 | [redacted] | | | | | Honduras | 9/2/2026 | 830 | SANTA ANA | Noor | Zeyna | Russel Jauregui | | | | | | Has LSP | | | | 9/25/2026 | 0.25 | | | | |
| 126 | [redacted] | | | | | Mexico | 9/2/2026 | 830 | SANTA ANA | Noor | Zeyna | Janet Verwelius | | | | | | Has LSP | | | | 9/8/2026 | 0.25 | | | | |
| 127 | [redacted] | | | | | Guatemala | 9/2/2026 | 830 | SANTA ANA | Noor | Zeyna | Madeleine Carot | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 128 | [redacted] | | | | | Dominican Republic | 9/2/2026 | 930 | SANTA ANA | Morales Ra | Carol | USCRI | | Y | | | | EOIR | | | | 9/23/2026 | 0.25 | | | | |
| 129 | [redacted] | | | | | Guatemala | 9/2/2026 | 900 | VARICK SPC | Ryu | Rachel | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 130 | [redacted] | | | | | Guatemala | 9/2/2026 | | VARICK SPC | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | 9/23/2026 | 0.5 | | | | |
| 131 | [redacted] | | | | | Guatemala | 9/2/2026 | 900 | VARICK SPC | Ryu | Rachel | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 132 | [redacted] | | | | | Guatemala | 9/2/2026 | 900 | VARICK SPC | Ryu | Rachel | | | Case reset | | | | Case reset | | | | 9/8/2026 | 0.25 | | | | |
| 133 | [redacted] | | | | | Guatemala | 9/2/2026 | 900 | VARICK SPC | Ryu | Rachel | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 134 | [redacted] | | | | | Mexico | 9/2/2026 | | VARICK SPC | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | 9/23/2026 | 0.5 | | | | |
| 135 | [redacted] | | | | | Guatemala | 9/2/2026 | 900 | VARICK SPC | Ryu | Rachel | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 136 | [redacted] | | | | | Guatemala | 9/2/2026 | 900 | VARICK SPC | Ryu | Rachel | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 137 | [redacted] | | | | | Dem Rep Of The Congo | 9/2/2026 | 900 | VARICK SPC | Ryu | Rachel | Atty Godson Nyahe | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 138 | [redacted] | | | | | Mexico | 9/2/2026 | 900 | VARICK SPC | Ryu | Rachel | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 139 | [redacted] | | | | | Guatemala | | | CHARLOTTE | Ryu | Rachel | | | | | | | Case not called | | | | No future hearings scheduled | 0.25 | | | | |
| 140 | [redacted] | | | | | Guatemala | 9/2/2026 | 900 | HYATTSVILLE | Ryu | Rachel | | | | | | | FOC | | | | 10/5/2026 | 0.25 | Sarah Caspari, YC Child Advocate | | | |
| 141 | [redacted] | | | | | Guatemala | 9/2/2026 | 900 | VARICK SPC | Ryu | Rachel | | | | | | | FOC | | | | 9/9/2026 | 0.25 | | | | |
| 142 | [redacted] | | | | | Guatemala | 9/2/2026 | 900 | VARICK SPC | Ryu | Rachel | Empire Justice Center | | | | | | Has LSP | | | | 9/28/2026 | 0.25 | | | | |
| 143 | [redacted] | | | | | Guatemala | 9/2/2026 | | VARICK SPC | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | 9/16/2026 | 0.5 | | | | |
| 144 | [redacted] | | | | | Guatemala | 9/1/2026 | | VARICK SPC | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | 9/22/2026 | 0.25 | | | | |
| 145 | [redacted] | | | | | Guatemala | 9/2/2026 | 1100 | VARICK SPC | Ryu | Rachel | Carmen Maria Rey Caldas | | | | | | Has LSP | | | | 9/9/2026 | 0.25 | | | | |
| 146 | [redacted] | | | | | Guatemala | 9/3/2026 | 1430 | CONCORD | Celik | Nurullah | Att. Stephany Arzaga | | | | | | Has LSP | | | | 9/24/2026 | 0.25 | | | | |
| 147 | [redacted] | | | | | Guatemala | | | EL PASO | Ryu | Rachel | | | | | | | Age out | | | | N/A - Removal ordered on 9/3/26 | 0.25 | | | | |
| 148 | [redacted] | | | | | Honduras | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | Attorney Lauren Schenkel | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 149 | [redacted] | | | | | Guatemala | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 150 | [redacted] | | | | | Honduras | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.5 | | | | |
| 151 | [redacted] | | | | | Mexico | 9/3/2026 | 830 | HARLINGEN | Leonard | Breanna | USCRI | | Y | | | | EOIR | | | | 9/23/2026 | 0.25 | | | | |
| 152 | [redacted] | | | | | Guatemala | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.5 | | | | |
| 153 | [redacted] | | | | | Honduras | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.5 | | | | |
| 154 | [redacted] | | | | | Honduras | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.5 | | | | |
| 155 | [redacted] | | | | | Honduras | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 156 | [redacted] | | | | | Honduras | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 157 | [redacted] | | | | | Mexico | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | Susanna Silva | | | | | | Has LSP | | | | 9/9/2026 | 0.25 | | | | |
| 158 | [redacted] | | | | | Mexico | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | Susanna Silva | | | | | | Has LSP | | | | 9/9/2026 | 0.25 | | | | |
| 159 | [redacted] | | | | | Mexico | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | Susanna Silva | | | | | | Has LSP | | | | 9/9/2026 | 0.25 | | | | |
| 160 | [redacted] | | | | | Honduras | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.5 | | | | |
| 161 | [redacted] | | | | | Mexico | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | Name Unknown | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 162 | [redacted] | | | | | Honduras | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | AC Keshi | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 163 | [redacted] | | | | | Mexico | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.5 | | | | |
| 164 | [redacted] | | | | | Honduras | | | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | N/A - VD granted on 9/3/26 | 0.25 | | | | |
| 165 | [redacted] | | | | | Guatemala | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | Whitney Jurado | | | | | | Has LSP | | | | 12/9/2026 | 0.25 | | | | |
| 166 | [redacted] | | | | | Guatemala | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 167 | [redacted] | | | | | Guatemala | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.5 | | | | |
| 168 | [redacted] | | | | | Honduras | | | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | N/A - VD granted on 9/3/26 | 0.25 | | | | |
| 169 | [redacted] | | | | | Honduras | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.5 | | | | |
| 170 | [redacted] | | | | | Honduras | | | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | N/A - VD granted on 9/3/26 | 0.25 | | | | |
| 171 | [redacted] | | | | | El Salvador | | | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | N/A - VD granted on 9/3/26 | 0.25 | | | | |
| 172 | [redacted] | | | | | Guatemala | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 173 | [redacted] | | | | | Guatemala | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 174 | [redacted] | | | | | Guatemala | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 175 | [redacted] | | | | | Ecuador | 9/3/2026 | 830 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 176 | [redacted] | | | | | Ecuador | 9/3/2026 | 930 | HARTFORD | Noor | Zeyna | | | | | | | FOC | | | | 9/17/2026 | 0.25 | Catherine Falvey, CIRI | | | |
| 177 | [redacted] | | | | | Haiti | 9/3/2026 | 1500 | INDIANAPOLIS | Hoffman D | Kyrsten | National Immigrant Justice Center | | | | | | Has LSP | | | | 11/2/2026 | 0.25 | | | | |
| 178 | [redacted] | | | | | Haiti | 9/3/2026 | 1500 | INDIANAPOLIS | Hoffman D | Kyrsten | National Immigrant Justice Center | | | | | | Has LSP | | | | 11/2/2026 | 0.25 | | | | |
| 179 | [redacted] | | | | | Guatemala | | | DETROIT | Skompinsk | Lauren | | | | | | | FOC | | | | No future hearings scheduled | 0.25 | Gabrielle Tock, CWS | | | |
| 180 | [redacted] | | | | | Mexico | | | PHILADELPHIA | Skompinsk | Lauren | | | | | | | | | | | No future hearings scheduled | 0.25 | | | | |
| 181 | [redacted] | | | | | Guatemala | | | DETROIT | Skompinsk | Lauren | | | | | | | FOC | | | | No future hearings scheduled | 0.25 | | | | |
| 182 | [redacted] | | | | | Guatemala | | | PHILADELPHIA | Skompinsk | Lauren | | | | | | | | | | | No future hearings scheduled | 0.25 | | | | |
| 183 | [redacted] | | | | | El Salvador | | | PHILADELPHIA | Skompinsk | Lauren | | | | | | | | | | | No future hearings scheduled | 0.25 | | | | |
| 184 | [redacted] | | | | | Haiti | | | INDIANAPOLIS | Skompinsk | Lauren | | | | | | | | | | | No future hearings scheduled | 0.25 | | | | |
| 185 | [redacted] | | | | | Haiti | | | PHILADELPHIA | Skompinsk | Lauren | Name Unknown | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 186 | [redacted] | | | | | Guatemala | | | PHILADELPHIA | Skompinsk | Lauren | | | | | | | FOC | | | | No future hearings scheduled | 0.25 | | | | |
| 187 | [redacted] | | | | | Romania | | | PHILADELPHIA | Skompinsk | Lauren | Name Unknown | | | | | | Has LSP | | | | N/A - VD granted on 9/3/26 | 0.25 | | | | |
| 188 | [redacted] | | | | | Romania | | | PHILADELPHIA | Skompinsk | Lauren | Name Unknown | | | | | | Has LSP | | | | N/A - VD granted on 9/3/26 | 0.25 | | | | |
| 189 | [redacted] | | | | | Canada | | | PHILADELPHIA | Skompinsk | Lauren | Name Unknown | | | | | | Has LSP | | | | N/A - VD granted on 9/3/26 | 0.25 | | | | |
| 190 | [redacted] | | | | | Guatemala | | | PHILADELPHIA | Skompinsk | Lauren | | | | | | | FOC | | | | No future hearings scheduled | 0.25 | | | | |
| 191 | [redacted] | | | | | Guatemala | | | PHILADELPHIA | Skompinsk | Lauren | Name Unknown | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 192 | [redacted] | | | | | El Salvador | | | PHILADELPHIA | Skompinsk | Lauren | | | | | | | FOC | | | | No future hearings scheduled | 0.25 | | | | |
| 193 | [redacted] | | | | | Honduras | | | PHILADELPHIA | Skompinsk | Lauren | | | | | | | FOC | | | | No future hearings scheduled | 0.25 | | | | |
| 194 | [redacted] | | | | | Guatemala | | | PHILADELPHIA | Skompinsk | Lauren | Name Unknown | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 195 | [redacted] | | | | | Nicaragua | | | PHILADELPHIA | Skompinsk | Lauren | | | | | | | FOC | | | | No future hearings scheduled | 0.25 | | | | |
| 196 | [redacted] | | | | | Honduras | | | PHILADELPHIA | Skompinsk | Lauren | Name Unknown | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 197 | [redacted] | | | | | Guatemala | | | PHILADELPHIA | Skompinsk | Lauren | Name Unknown | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 198 | [redacted] | | | | | Honduras | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | Immigrant Defenders Law Center | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 199 | [redacted] | | | | | Guatemala | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | Immigrant Defenders Law Center | | | | | | Has LSP | | | | 9/24/2026 | 0.25 | | | | |
| 200 | [redacted] | | | | | Guatemala | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | Immigrant Defenders Law Center | | | | | | Has LSP | | | | 9/25/2026 | 0.25 | | | | |
| 201 | [redacted] | | | | | Guatemala | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | Julia Duming | | | | | | Has LSP | | | | 10/1/2026 | 0.25 | | | | |
| 202 | [redacted] | | | | | Guatemala | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | Immigrant Defenders Law Center | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 203 | [redacted] | | | | | Guatemala | | | WEST VALLEY | Noor | Zeyna | Julia Duming | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 204 | [redacted] | | | | | Vietnam | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | MNM Law Offices | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 205 | [redacted] | | | | | Guatemala | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | Immigration Defenders Law Center | | | | | | Has LSP | | | | 9/23/2026 | 0.25 | | | | |
| 206 | [redacted] | | | | | China | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | Immigration Defenders Law Center | | | | | | Has LSP | | | | 9/25/2026 | 0.25 | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 207 | [redacted] | | | | | Mexico | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | Immigration Center for Women and Children (ICWC) | | | | | | Has LSP | | | | 9/25/2026 | 0.25 | | | | |
| 208 | [redacted] | | | | | Guatemala | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | | | | | | | | | | | 9/23/2026 | 0.25 | | | | |
| 209 | [redacted] | | | | | El Salvador | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | | | | | | | | | | | 9/23/2026 | 0.25 | | | | |
| 210 | [redacted] | | | | | Mexico | 9/3/2026 | 1000 | SANTA ANA | Noor | Zeyna | | | | | | | | | | | 9/24/2026 | 0.25 | | | | |
| 211 | [redacted] | | | | | Afghanistan | 9/3/2026 | 830 | SANTA ANA | Nurullah | Celik | | | | | | | | | | | 9/16/2026 | 0.25 | | | | |
| 212 | [redacted] | | | | | Guatemala | | | SANTA ANA | Nurullah | Celik | | | | | | | Case not called | | | | No future hearings scheduled | 0.5 | | | | |
| 213 | [redacted] | | | | | Mexico | 9/3/2026 | 830 | SANTA ANA | Nurullah | Celik | | | | | | | Case not called | | | | 9/24/2026 | 0.5 | | | | |
| 214 | [redacted] | | | | | Honduras | | | LAS VEGAS | Nurullah | Celik | | | | | | | Age out | | | | No future hearings scheduled | 2.5 | | | | |
| 215 | [redacted] | | | | | Guatemala | | | TUCSON | Hoffman D | Kyrsten | Florence Immigrant and Refugee Rights Project | | | | | | Has LSP | | | | N/A - Removal ordered on 9/3/26 | 0.25 | | | | |
| 216 | [redacted] | | | | | El Salvador | 9/16/2026 | 1030 | HOUSTON | | | | | | | | | Case reset | | | | 9/16/2026 | 0 | | | | |
| 217 | [redacted] | | | | | Guatemala | 11/30/2026 | 1300 | CONCORD | | | | | | | | | Case reset | | | | 11/30/2026 | 0 | | | | |
| 218 | [redacted] | | | | | Bolivia | 9/4/2026 | 830 | ANNANDALE | Morales Rc | Carol | | | | | | | Case reset | | | | 9/15/2026 | 0.25 | | | | |
| 219 | [redacted] | | | | | Guatemala | 9/4/2026 | 830 | ANNANDALE | Morales Rc | Carol | Amica | | | | | | Has LSP | | | | 9/25/2026 | 0.25 | | | | |
| 220 | [redacted] | | | | | Mexico | 9/4/2026 | 830 | ANNANDALE | Morales Rc | Carol | JFCS Immigration Legal Service | | | | | | Has LSP | | | | No future hearings | 0.25 | | | | |
| 221 | [redacted] | | | | | Honduras | 9/4/2026 | 830 | ANNANDALE | Morales Rc | Carol | N - JFCS withdrew | | | | | | | | | | N/A - VD granted 9/4 | 0.25 | | | | |
| 222 | [redacted] | | | | | Honduras | 9/4/2026 | 830 | ANNANDALE | Morales Rc | Carol | | | | | | | | | | | 9/25/2026 | 0.25 | David Gestal FOC; YC Child Advocate | | | |
| 223 | [redacted] | | | | | El Salvador | 9/4/2026 | 830 | ANNANDALE | Morales Rc | Carol | | | | | | | | | | | 9/25/2026 | 0.25 | David Gestal FOC; YC Child Advocate | | | |
| 224 | [redacted] | | | | | Honduras | 9/4/2026 | 830 | ANNANDALE | Morales Rc | Carol | | | | | | | Case reset | | | | 9/25/2026 | 0.25 | | | | |
| 225 | [redacted] | | | | | Honduras | 9/4/2026 | 830 | ANNANDALE | Morales Rc | Carol | | | | | | | Case reset | | | | 9/25/2026 | 0.25 | | | | |
| 226 | [redacted] | | | | | Mexico | 9/4/2026 | 830 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 1 | | | | |
| 227 | [redacted] | | | | | Mexico | 9/4/2026 | 830 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | N/A - VD granted 9/4 | 0.75 | | | | |
| 228 | [redacted] | | | | | Guatemala | 9/4/2026 | 830 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 1.5 | | | | |
| 229 | [redacted] | | | | | Guatemala | 9/4/2026 | 830 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 1.5 | | | | |
| 230 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 9/18/2026 | 0.5 | | | | |
| 231 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 9/11/2026 | 0.5 | | | | |
| 232 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | Case reset | | | | 10/2/2026 | 0.5 | | | | |
| 233 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 0.5 | | | | |
| 234 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 9/11/2026 | 0.5 | | | | |
| 235 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | Case reset | | | | 10/2/2026 | 0.5 | | | | |
| 236 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 0.5 | | | | |
| 237 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 0.5 | | | | |
| 238 | [redacted] | | | | | El Salvador | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 0.5 | | | | |
| 239 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 0.5 | | | | |
| 240 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 9/11/2026 | 0.5 | | | | |
| 241 | [redacted] | | | | | Honduras | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 9/11/2026 | 0.5 | | | | |
| 242 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 9/11/2026 | 0.5 | | | | |
| 243 | [redacted] | | | | | Mexico | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | Pablo Palomeque | | | | | | Has LSP | | | | 10/2/2026 | 0.5 | | | | |
| 244 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 9/11/2026 | 0.5 | | | | |
| 245 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 9/18/2026 | 0.5 | | | | |
| 246 | [redacted] | | | | | Mexico | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 0.5 | | | | |
| 247 | [redacted] | | | | | Peru | 9/4/2026 | 1030 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 9/11/2026 | 0.5 | | | | |
| 248 | [redacted] | | | | | Guatemala | 9/4/2026 | 830 | NEWARK | | | Church World Service | | | | | | Has LSP | | | | 10/20/2026 | 0.25 | | | | |
| 249 | [redacted] | | | | | | 8/31/2026 | 1300 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 9/15/2026 | 0.25 | | | | |
| 250 | [redacted] | | | | | | 8/31/2026 | 1300 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 9/4/2026 | 0.25 | | | | |
| 251 | [redacted] | | | | | | 8/31/2026 | 1300 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 252 | [redacted] | | | | | | 8/31/2026 | 1300 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 253 | [redacted] | | | | | | 8/31/2026 | 1300 | HARLINGEN | Morales Rc | Carol | | | | | | | FOC | | | | 9/4/2026 | 0.5 | | | | |
| 254 | [redacted] | | | | | Honduras | 9/1/2026 | 1330 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 255 | [redacted] | | | | | Honduras | 9/1/2026 | 1330 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | Name Unknown | | | | | | Has LSP | | | | 9/22/2026 | 0.25 | | | | |
| 256 | [redacted] | | | | | Mexico | | | | Tripp | Derek | | | | | | | FOC | | | | 9/4/2026 | 0.25 | | | | |
| 257 | [redacted] | | | | | Colombia | | | | Tripp | Derek | | | | | | | Case not called | | | | No future hearings scheduled | 0.25 | | | | |
| 258 | [redacted] | | | | | Nicaragua | 9/1/2026 | 1330 | HOUSTON GREENSPOINT PARK | Verkhlin | Dan | | | | | | | FOC | | | | 9/22/2026 | 0.25 | | | | |
| 259 | [redacted] | | | | | Honduras | 9/2/2026 | 1030 | HOUSTON SOUTH GESSNER | Celik | Nurullah | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 260 | [redacted] | | | | | Honduras | 9/2/2026 | 1030 | HOUSTON SOUTH GESSNER | Celik | Nurullah | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 261 | [redacted] | | | | | | 9/2/2026 | 1030 | SANTA ANA | Noor | Zeyna | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 262 | [redacted] | | | | | Guatemala | 9/2/2026 | 1030 | SANTA ANA | Noor | Zeyna | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 263 | [redacted] | | | | | | 9/2/2026 | 1030 | SANTA ANA | Noor | Zeyna | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 264 | [redacted] | | | | | | 9/2/2026 | 1030 | SANTA ANA | Noor | Zeyna | | | | | | | | | | | 9/21/2026 | 0.25 | | | | |
| 265 | [redacted] | | | | | | 9/2/2026 | 1030 | SANTA ANA | Noor | Zeyna | | | | | | | FOC | | | | 9/21/2026 | 0.25 | | | | |
| 266 | [redacted] | | | | | Guatemala | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 267 | [redacted] | | | | | | 9/2/2026 | 1300 | SAN ANTONIO | Verkhlin | Dan | | | | | | | FOC | | | | 9/16/2026 | 0.25 | | | | |
| 268 | [redacted] | | | | | Mexico | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | Attorney Daniel Herrera | | | | | | Has LSP | | | | 9/28/2026 | 0.25 | | | | |
| 269 | [redacted] | | | | | Turkiye | | | PHILADELPHIA | Skompinsk | Lauren | Name Unknown | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 270 | [redacted] | | | | | Turkiye | | | PHILADELPHIA | Skompinsk | Lauren | Name Unknown | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 271 | [redacted] | | | | | Guatemala | | | PHILADELPHIA | Skompinsk | Lauren | JFCS | | | | | | Has LSP | | | | No future hearings scheduled | 0.25 | | | | |
| 272 | [redacted] | | | | | Guatemala | 9/3/2026 | 745 | PHILADELPHIA | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | 9/3/2026 | 0.25 | | | | |
| 273 | [redacted] | | | | | Ecuador | | | PHILADELPHIA | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | No future hearings scheduled | 0.25 | | | | |
| 274 | [redacted] | | | | | Guatemala | | | PHILADELPHIA | Hearey | Clement | USCRI | | Y | | | Y | USCIS/EOIR | | | | No future hearings scheduled | 0.25 | | | | |
| 275 | [redacted] | | | | | Mexico | 9/3/2026 | 1330 | SANTA ANA | Noor | Zeyna | ImmDef | | | | | | Has LSP | | | | 9/8/2026 | 0.25 | | | | |
| 276 | [redacted] | | | | | El Salvador | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 277 | [redacted] | | | | | Guatemala | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 278 | [redacted] | | | | | Guatemala | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 279 | [redacted] | | | | | Guatemala | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 280 | [redacted] | | | | | Guatemala | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 281 | [redacted] | | | | | Guatemala | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/23/2026 | 0.25 | | | | |
| 282 | [redacted] | | | | | El Salvador | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 283 | [redacted] | | | | | Guatemala | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | N/A | 0.25 | | | | |
| 284 | [redacted] | | | | | Guatemala | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 285 | [redacted] | | | | | Guatemala | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 286 | [redacted] | | | | | | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 287 | [redacted] | | | | | | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 288 | [redacted] | | | | | | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 289 | [redacted] | | | | | Guatemala | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 290 | [redacted] | | | | | El Salvador | 9/3/2026 | 900 | HARLINGEN | Verkhlin | Dan | | | | | | | FOC | | | | 9/28/2026 | 0.25 | | | | |
| 291 | [redacted] | | | | | Mexico | 9/4/2026 | 830 | EL PASO | Ryu | Rachel | | | | | | | Case reset | | | | 10/2/2026 | 0.5 | | | | |
| 292 | [redacted] | | | | | Guatemala | 9/4/2026 | 830 | EL PASO | Ryu | Rachel | | | | | | | Case reset | | | | 10/2/2026 | 0.5 | | | | |
| 293 | [redacted] | | | | | Guatemala | 9/4/2026 | 830 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 9/18/2026 | 0.5 | | | | |
| 294 | [redacted] | | | | | Guatemala | 9/4/2026 | 830 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 0.5 | | | | |
| 295 | [redacted] | | | | | Guatemala | 9/4/2026 | 830 | EL PASO | Ryu | Rachel | | | | | | | FOC | | | | 10/2/2026 | 0.5 | | | | |
| 296 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Morales Rc | Carol | | | | | | | IJ did not allow FOC | | | | 9/25/2026 | 0.25 | | | | |
| 297 | [redacted] | | | | | Guatemala | 9/4/2026 | 1030 | EL PASO | Morales Rc | Carol | | | | | | | IJ did not allow FOC | | | | 9/25/2026 | 0.25 | | | | |
| 298 | [redacted] | | | | | Guatemala | 9/3/2026 | | PHILADELPHIA | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | N/A - VD granted 9/3 | | | | | |
| 299 | [redacted] | | | | | Ecuador | 9/4/2026 | | NEWARK | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | 9/18/2026 | 2.5 | | | | |
| 300 | [redacted] | | | | | Ecuador | 9/4/2026 | | NEWARK | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | 9/18/2026 | 2.5 | | | | |
| 301 | [redacted] | | | | | Ecuador | 8/25/2026 | | VARICK SPC | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | 9/9/2026 | 0.25 | | | | |
| 302 | [redacted] | | | | | Guatemala | 8/12/2026 | | VARICK SPC | Hearey | Clement | USCRI | | Y | | | | EOIR | | | | 9/9/2026 | 1 | | | | |