UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No: 4:25-cv-2847 (AMO) |

**DECLARATION OF JENNY MITRA**

I, Jenny Mitra, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Director of Data Analytics and Information Management for the Office of Refugee Resettlement (ORR), within the Administration for Children and Families (ACF), a component of the U.S. Department of Health and Human Services (HHS).

2. My job duties include, among other things, responsibility for receiving and analyzing performance data and other information submitted by organizations such as USCRI and Acacia, and for preparing reports based on that information, including the report submitted with this declaration.

3. Attached as Exhibit A is a true and correct copy of ORR's Legal Services Compliance Overview, which analyzes USCRI's validated performance data.

4. Appended to the report is a true and correct copy of the performance data ORR received from USCRI on September 16, 2026.

5. I understand that, on September 18, 2026, unvalidated copies of USCRI's performance spreadsheets were shared with Plaintiffs' counsel in the above-captioned matter. Performance data for federal grants and contracts is provided to the agency by the grantee or contractor. ORR typically validates incoming performance data before relying on or further disseminating it to confirm that the information is complete, internally consistent, and supported by program records. This routine program-oversight practice allows ORR to identify and resolve errors, anomalies, or inconsistencies in recipient-reported data.

6. Due to the compressed briefing schedule, USCRI's spreadsheets were produced to Plaintiffs before validation was completed. The attached report analyzes the validated USCRI data, which

was cross-checked against ORR's current and historical systems of record to confirm that Case Managers documented the reported legal orientations and consultations. The analysis also uses the placement dates reflected in ORR's records to assess compliance with the applicable ten-day requirement. As a result, the validated data may differ in minor respects from the data attached to Plaintiffs' brief.

Executed on September 25, 2026.

Mitra, Jenny (ACF) Digitally signed by Mitra, Jenny (ACF)
Date: 2026.09.25 10:58:47 -04'00'

Jenny Mitra