ADMINISTRATION FOR CHILDREN & FAMILIES

**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, D.C. 20201 | www.acf.hhs.gov

# ORR Legal Services Compliance Overview

This Legal Services Compliance Overview accompanies the USCRI service reports and summarizes ORR's validation of USCRI's compliance as of September 18, 2026. This report provides historical background on ORR's legal services program for Unaccompanied Alien Children (UAC), including the prior service delivery and oversight structure under Acacia and the reporting, compliance, and monitoring enhancements implemented during the transition to USCRI. It also describes USCRI's ramp up efforts, including its work to expand legal service capacity, and provides an update on the status of transitioning Acacia's active cases to the new service-delivery model. USCRI's underlying performance data is appended to this report.

## Legal Services Program Overview and Transition from Acacia to USCRI

ORR has historically provided required legal services to unaccompanied alien children through a prime contractor, Acacia, which subcontracted with legal service providers (LSPs) across the country. In this model, Acacia primarily served as the program administrator, while LSPs delivered legal services directly to children and reported service delivery information to ORR through Acacia. Acacia and its predecessor Vera Institute of Justice have served as ORR's prime legal services contractor since at least September 2015[1]. Throughout this time, Acacia developed a national network of LSPs and the active case load which is the subject of ongoing transfer negotiations.

Following the end of the Acacia contract on July 31, 2026, ORR entered into a Cooperative Agreement with USCRI to continue providing legal services. Under this new model, USCRI serves both as a program administrator and as a direct service provider. USCRI is working to expand its network of attorneys and legal service partners through subawards to additional service providers. ORR typically provides new service providers with a ramp up period to allow sufficient time to hire qualified staff, identify and enter into agreements with subrecipients, operationalize service delivery, and establish required monitoring and reporting systems. In this instance, however, ORR was unable to provide USCRI with the standard pre-planning and ramp up period typically associated with these services. Because the legal services procurement process was delayed by multiple protests, and negotiations with Acacia to continue services through a bridge contract were unsuccessful, ORR was unable to timely award a contract to Acacia that ensured continuity of services or to a provider who could be afforded a reasonable ramp up period. To minimize the impact of the protests and impasse with Acacia, ORR pursued a multiple award strategy to bridge the gap. In addition to offering full legal services bridge contracts for up to 18-months to ICF and Our Rescue, and eventually awarding one to Our Rescue (which was subsequently protested and remains in a statutorily mandated stop-work), ORR entered into a Cooperative Agreement with USCRI that prioritized the delivery of the core required legal services with the intent for USCRI to simultaneously build operational capacity and expand delivery capacity.

[1] The contract was originally awarded to Vera Institute of Justice in September 2015 and then novated to be awarded to Acacia Center for Justice in November 2023.

ORR requires USCRI to provide immigration legal services consistent with those required under the prior contract with Acacia as follows:

- **Legal orientations** (also known as “Know Your Rights” presentations) for all UAC in care within 10 business days of being placed in ORR care, again after six months of being in ORR care, or after a transfer to a new facility (requirement began August 11, 2026)
- **Legal consultations** (also known as legal screenings) for all UAC in care within 10 business days of being placed in ORR care and again after six months of being in ORR care (requirement began August 11, 2026)
- **Direct representation**, including courtroom assistance in the form of Friend of Court for unrepresented children scheduled to attend immigration court while in ORR custody

In addition to requiring USCRI to provide the core legal services, ORR has adopted requirements for USCRI beyond those in the contract with Acacia to strengthen courtroom representation and to allow for greater oversight of service delivery. The enhanced requirements and monitoring framework are described in greater detail below and include the following key improvements:

- Requiring USCRI to build capacity toward providing full-scope representation in all removal proceedings.
- Requiring detailed data reporting by A number on direct representation to assess the level and scope of legal services provided, including whether services constitute full-scope representation, pro se assistance, or Friend of the Court support, as well as the type of case filed;
- Requiring weekly reporting from USCRI, rather than monthly, bimonthly, or semiannual reporting;
- Validating reported data through cross-checks against EOIR, USCIS, and ORR internal data sources.

ORR adopted these enhancements to ensure children in removal proceedings are not limited to Friend of the Court assistance, but instead have access to representation by an attorney who enters a formal appearance when appropriate. The enhanced reporting requirements also allow ORR to more effectively validate compliance with grant requirements by cross-checking USCRI’s reported data against other data sources available to ORR. Under the prior Acacia reporting structure, ORR had limited visibility into the level, scope, and type of direct representation provided, which created a significant impediment to ORR’s ability to ensure compliance with its statutory mandate and to evaluate Acacia’s performance. The changes adopted in the USCRI Cooperative Agreement provide ORR with greater visibility into the scope, frequency, and quality of legal services provided to children. They also strengthen ORR’s ability to monitor compliance, validate reported outcomes, identify performance concerns earlier, and more accurately compare USCRI’s service-delivery model with the services previously reported by Acacia.

## Legal Services Reports

USCRI provides ORR weekly reports and ORR has validated compliance based on those submissions and other available data sources. Validation of grantee and contractor reports is a core oversight function that ORR performs to ensure awardees are meeting the terms and conditions of their awards. In this instance, ORR validated the data provided by USCRI against multiple data sources, including

legal orientation and legal consultation information entered by shelter case managers in ORR's case management system, notices of representation uploaded to ORR's case management platform, and relevant DOJ/EOIR and USCIS data sets.

The data presented below reflects USCRI's performance over a 45-day period beginning August 11, 2026, when ORR first provided USCRI with information about the UAC in care. Because USCRI did not have access to this information before August 11, it could not initiate legal screenings or consultations before that date. Nevertheless, ORR is monitoring compliance for all children in care as of the week of July 18, 2026, including those for whom Acacia may not have completed required legal services prior to the conclusion of its contract.

*Legal Orientations (i.e., Know Your Rights) ("LO") and Legal Consultations (Legal Screenings)* ("LC")*

| Admitted Week of | UAC In-Care | Received LO | % LO Compliant | Received LC | % LC Compliant |
|---|---|---|---|---|---|
| Before 7/18/26 | 1078 | 1041 | 82% | 1,044 | 90% |
| 7/20/26 | 88 | 71 | 80% | 67 | 73% |
| 7/27/26 | 95 | 69 | 41% | 57 | 37% |
| 8/3/26 | 91 | 73 | 35% | 39 | 21% |
| 8/10/26 | 88 | 54 | 47% | 45 | 30% |
| 8/17/26 | 102 | 62 | 50% | 33 | 28% |
| 8/24/26 | 74 | 11 | 12% | 7 | 10% |
| 8/31/26 | 77 | 15 | 18% | 14 | 17% |
| 9/7/26 | 92 | 11 | ** | 11 | ** |
| 9/14/26 | 59 | 12 | ** | 11 | ** |
| **Total** | **1,844** | **1,419** | **68%** | **1,328** | **64%** |

*This report includes data as reported by USCRI through 9/11/26 and data from ORR's Integrated Care and Case Management (ICCM) system through 9/18/26.
**Services for UAC admitted the week of 9/7/26 or after were still within the period of compliance at the time the table was generated.

The table above reflects ORR's validation of USCRI's compliance with the requirement to provide legal orientations and legal consultations within ten business days of a child's placement. ORR also requires that children who remain in care receive an additional legal orientation and consultation every six months after placement. ORR's validation of USCRI's compliance with the six-month orientation and consultation requirement will be addressed in a future report.

*USCRI Court Assistance Services*

- **Total hearings for UAC in care between 8/5/26 and 9/14/26:** 1,975
- **Total hearings USCRI has attended:** 1,852 (93.8%)
  USCRI has primarily attended immigration court proceedings in a Friend of Court capacity. USCRI was not present at some hearings for several reasons. During the first week of USCRI's services, some virtual appearances were not approved, which limited USCRI's ability to appear in those matters. In other cases, USCRI did not appear because the hearing had been rescheduled

before it was called, the hearing was reset, venue had changed, the case was not called, or another procedural outcome occurred.

### *UAC in Care with Direct Representation (Cases with G-28 or E-28)*

- **Total UAC in Care as of 09/18/26:** 1,844
- **Total UAC in Care with E-28 per EOIR:** 716 (38.8%)
- **Total UAC in Care with G-28 per USCIS:** 315 (17%)
- **USCRI E-28 and G-28 filings as of 9/18/26:**
    - **E-28:** 41
    - **G-28:** 4

**Note:** The above data includes UAC who entered care while the Acacia contract was in effect, and Acacia sub-recipient legal services providers (LSPs) may have been responsible for delivering services. ORR has instructed USCRI to ensure all UAC in care receive legal orientations and legal consultations, regardless of whether they entered care prior to USCRI being awarded the Cooperative Agreement.

## Reporting, Compliance, and Data Validation

### *USCRI*

As part of the Cooperative Agreement with USCRI, ORR has strengthened reporting requirements and increased the rigor of its monitoring, compliance oversight, and data validation processes for legal services. USCRI submits weekly reports to ORR, which ORR validates against multiple data sources, including legal orientation and legal consultation information entered by shelter case managers, notices of representation uploaded to ORR's case management platform, and relevant DOJ/EOIR and USCIS data sets. This enhanced reporting structure gives ORR greater visibility into service delivery and improves its ability to monitor compliance in a timely and meaningful way.

### *Acacia*

By contrast, Acacia submitted reports on legal orientation and legal consultation services less frequently, and its direct representation reporting was limited to aggregate counts or lists of A-numbers without additional detail. The direct representation reporting presented the most significant oversight challenge for ORR because it did not allow ORR to determine the scope of services provided, such as full-scope representation versus *pro se* assistance or the outcomes of those cases. As a result, ORR's ability to assess Acacia's direct representation compliance and performance was largely dependent on Acacia's own self-reporting, without sufficient data to independently validate service delivery or evaluate programmatic outcomes.

ORR's ability to meaningfully monitor service delivery and validate compliance by Acacia was further constrained by limitations in the legacy ORR UAC case management system and by inconsistent data entry practices.

As described above, ORR has adopted more robust reporting requirements for USCRI and additionally addressed key system and process limitations. These improvements allow ORR to monitor award performance more effectively and include:

- Cross referencing EOIR and USCIS data to validate reported information.

- Requiring weekly USCRI reports on legal orientation, legal consultation and direct representation services.
- Required detailed reporting from USCRI about the scope of direct representation offered.
- Roll out of a new case management system that allows shelter case managers to enter data related to the services delivered.
- Reinforcement of policies requiring shelters to timely enter data related to legal services.

## Representation in Immigration Court

USCRI has been instructed to build up capacity to ensure direct representation for UAC in immigration court rather than provide courtroom assistance as a Friend of Court where possible. This expands upon the prior ORR contract requirement with Acacia to maximize offers of representation, provide limited courtroom assistance in the form of Friend of Court, and provide other legal assistance / other immigration-case related preparation services. During the first 45 days of the Cooperative Agreement, ORR has provided USCRI with information about upcoming immigration court hearings on at least a weekly basis. When a child is unrepresented, USCRI has attended the hearing and provided Friend of Court support. This initial period serves as a transition phase, allowing USCRI and ORR to identify which children will continue to be represented by prior providers, and allowing USCRI to meet with potential clients, assess their cases, and file notices of entry of appearance as appropriate.

## USCRI Ramp Up

USCRI entered into a Cooperative Agreement on August 5, 2026, and is in a ramp up phase. The original services provided by USCRI were intended to be limited to in-court representation following the expiration of the Acacia contract on July 31, 2026. USCRI subsequently offered to expand services in an agreement reached on August 7th, to include legal orientation, legal consultations and direct representation for children in ORR custody, through December 31, 2026. Subsequently, on August 26th, USCRI again offered to further expand services to also include children released from ORR custody who were eligible for direct representation services and expand the period of performance through the end of February 2027. Under normal circumstances, ORR would propose a 120-day ramp up period for a provider onboarding and newly providing immigration services.

The data presented above reflects USCRI's performance over a 45-day period beginning August 11, 2026, when ORR first provided USCRI with information about the UAC in care. As part of its staffing ramp-up plan, USCRI is augmenting its ability to timely provide Legal Orientations by adding additional legal assistants. As of the date of this report, 1,844 children are in ORR's care. Of these children, 1,419 have received legal orientations and 1,328 have received legal consultations. Based on current rates, ORR anticipates that all 1,844 children currently in care will have received both legal orientations and legal consultations by October 1, 2026.

USCRI currently has 28 cleared attorneys assigned to this work. Three additional attorneys are confirmed to start this week, and one additional attorney is scheduled to start next week. A new Director has been hired to oversee the program and is scheduled to start on September 29.

As staffing increases, ORR anticipates achieving at least 90 percent weekly compliance for all children entering care by October 15, 2026. This projection accounts for new staff being added to support service delivery.

**Subaward Staffing in Progress**: In total, subaward staffing currently in progress includes 21 attorneys and more than 20 DOJ-accredited representatives.

- Subgrant 1: 3 attorneys
- Subgrant 2: 8 attorneys and 18 DOJ-accredited representatives
- Subgrant 3: 2 attorneys
- Subgrant 4: 3 attorneys and 2 DOJ-accredited representatives
- Subgrant 5: 4 attorneys to continue post-release representation
- Subgrant 6: 1 attorney
- Subgrant 7: DOJ-accredited representatives to be determined

## Acacia's Active Cases

Acacia has reported to ORR that, at the conclusion of its contract, Legal Service Providers (LSPs) maintained more than 20,000 "active cases" involving ongoing representation that could require transition to a new provider. Based on Acacia's reports, the active case list includes cases initiated as early as 2020 that have not yet been fully resolved. It is important to note that ORR is not able to verify the scope of direct representation provided by Acacia but understands that Acacia included Friend of Court appearances and other *pro se* services in its count of active cases with direct representation.

ORR is actively negotiating a contract with Acacia to facilitate an orderly and legally appropriate case transfer process in which ORR would fund Acacia to continue providing legal services to UAC until a case is transferred. In parallel, ORR and USCRI have also communicated to Acacia regarding USCRI's ability to begin accepting transferred cases. Case transfer will require several procedural steps, including obtaining informed consent from clients, securing any required court approvals, and providing appropriate notice to USCIS and other relevant adjudicatory bodies. Due to the number of active cases and the individualized steps required for each matter, ORR anticipates that completion of the full transfer process will require approximately 120 days.