BRETT A. SHUMATE
Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
DANIEL SCHUTRUM-BOWARD
Senior Litigation Counsels
ZACHARY A. CARDIN
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 532 - 4945
Zachary.a.cardin@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-02847-AMO<br><br>**DEFENDANTS' STATUS REPORT** |

Pursuant to the Court's Order dated April 29, 2025, ECF No. 87, Defendants submit this Status Report. Defendants did not file status reports on August 20, 2026 or October 5, 2026 because Defendants were actively briefing the Court on the status of compliance with the Preliminary Injunction and had no additional information to submit. Since Defendants' Response to for Order to Show Cause Why Defendants are not in Violation of the Preliminary Injunction, and Post Hearing Briefing, filed on August 28, 2026 and September 25, 2026, *see* ECF No. 186, 206, Defendant Office of Refugee Resettlement ("ORR") continues to abide by the Court's Preliminary Injunction.

As previously reported, ORR's compliance is being effectuated through a cooperative agreement with USCRI, which has an initial funding allotment of $20 million that will support the provision of legal services through at least February 28, 2027, with the option to increase both funding and duration as necessary.

USCRI currently has one approved legal services subrecipient onboard, with several additional subrecipients in the pipeline. In total, there are currently 51 attorneys and 16 legal assistants providing services, which includes both USCRI and subrecipient staff. In addition to the staffing already in place, USCRI plans to add at least 23 attorneys, 21 paralegals, and 6 program assistants. USCRI anticipates reaching this staffing level by the end of November 2026. USCRI intends to continue using subrecipients to meet staffing needs and will continue engaging with potential subrecipients as they are identified, recruited, and approved. ORR continues to monitor USCRI's staffing, including the number of staff attorneys, staff augmentation planning, subrecipient onboarding, and performance data.

For the period from August 5, 2026, to November 2, 2026, USCRI has reported attending 4,754 individual hearings across approximately 698 immigration removal dockets. 3,392 of those appearances were friend-of-court appearances, not including USCRI's presence when children appeared with other representation. With respect to direct representation, USCRI entered an appearance by filing 128 E-28s with EOIR and 60 G-28s with USCIS for UAC in ORR's care. Once fully staffed, USCRI anticipates being positioned to enter appearances for most children in ORR care.

USCRI reports that it has achieved 100 percent completion of legal orientations and legal consultations for children who arrived on or after July 31, 2026. For children who arrived before July 31, USCRI is continuing to coordinate with shelters to confirm whether those children have received, and still

want, a legal consultation. USCRI also reports that it is now maintaining the 10-day requirement for both legal orientations and legal consultations going forward and is implementing appropriate tracking. ORR is working to validate the USCRI reported statuses.

In addition, ORR continues to engage with Acacia on a case transfer contract, which would, among other things, provide payment for active cases that continue to be handled by Acacia's subcontractors (i.e., plaintiffs) during the transfer period. After receiving Acacia's comments on an earlier Performance Work Statement and related questions, ORR issued a revised request for proposal on October 20, 2026. On October 27, ORR provided Acacia with additional scope information, including the identification of 2,739 ineligible cases on Acacia's purported "active" client list. Acacia's proposal is due November 9, 2026. After receipt, the proposal will be evaluated and, if appropriate, the parties may conduct further discussions or negotiations. If the parties are able to agree to terms and conditions, a contract will be awarded, with performance anticipated to start immediately thereafter.

On October 7, 2026, Acacia filed a protest at the Court of Federal Claims, challenging the U.S. Government Accountability Office's ("GAO") September 18, 2026 decision denying Acacia's protest of the competitive follow-on legal services solicitation (Request for Proposal 75P00126R00003), and upholding ORR's approach of using a firm-fixed-united-price model with A-number-linked invoice substantiation requirements designed to tie payment to confirmed delivery of service.

Acacia's GAO protest of the Our Rescue bridge contract (Contract 7571MN26C00029) remains pending, with a GAO decision anticipated in late November.

DATED: November 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
DANIEL SCHUTRUM-BOWARD
Senior Litigation Counsels

*/s/ Zachary Cardin*
Zachary Cardin
Trial Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-532-4945
Zachary.a.cardin@usdoj.gov

Attorneys for Defendants